# EXHIBIT A

RICHARD A. CUTLER
KENT R. CUTLER
BRIAN J. DONAHOE *#
STEVEN J. SARBACKER
JAYNA M. VOSS
MICHAEL D. BORNITZ ‡
TRENT A. SWANSON*
RYAN J. TAYLOR °
KIMBERLY R. WASSINK
MEREDITH A. MOORE
NATHAN S. SCHOEN *# ‡
ONNA B. HOUCK #
NICHOLE J. MOHNING %
BOBBI L. THURY *#
DANIEL J. DOYLE
ALEX S. HALBACH *
JOSEPH M. DYLLA
ROBERT D. TRZYNKA
ERIC E. ERICKSON
JOSEPH P. HOGUE °

# CUTLER & DONAHOE, LLP

ATTORNEYS AT LAW

Telephone (605) 335-4950
Fax (605) 335-4961
www.cutlerlawfirm.com

JEAN BROCKMUELLER, CPA (Inactive)
BUSINESS MANAGER

* Also licensed to practice in Minnesota
# Also licensed to practice in Iowa
‡ Also licensed to practice in Nebraska
% Also licensed to practice in Kansas
° Also licensed as a Certified Public Accountant (Inactive)

Page: 1
January 15, 2014
Account No: 3858-03M
Statement No: 751431

Debbie Plucker
45730 SD Highway 44
Parker  SD  57053-5624

Bad Faith Billing

## Fees

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 11/30/2012 | MDB | Exchange emails and conferred with RDT regarding Defendants' request for discovery extension. | 0.20 | 45.00 |
|  | RDT | Email from counsel regarding discover extension until 1/14/2013. | 0.10 | 17.50 |
| 01/15/2013 | RDT | Read, respond to email on inability to provide discovery responses; research timing on discovery. | 0.40 | 70.00 |
| 01/17/2013 | RDT | Email to opposing counsel asking about attending discovery. | 0.10 | 17.50 |
| 01/24/2013 | RDT | Email opposing counsel regarding discovery. | 0.10 | 17.50 |
| 01/25/2013 | MDB | Email from counsel regarding discovery; conferred with RDT regarding the same. | 0.30 | 67.50 |
| 01/28/2013 | RDT | Review discovery responses; research underlying law; and letter to opposing counsel. | 2.70 | 472.50 |
| 02/20/2013 | RDT | Letter to opposing counsel regarding production. | 3.50 | 612.50 |
| 04/23/2013 | RDT | Confer with MDB regarding protective order; draft email to opposing counsel regarding protective order and subsequent | | |

|  |  |  |
|---|---|---|
|  | Page: | 2 |
| Debbie Plucker | January 15, 2014 |  |
|  | Account No: | 3858-03M |
|  | Statement No: | 751431 |
| Bad Faith Billing |  |  |

|  |  |  | Hours |  |
|---|---|---|---:|---:|
|  |  | production of documents. | 0.30 | 52.50 |
| 05/13/2013 | RDT | Review Defendant's discovery responses. | 4.30 | 752.50 |
| 05/14/2013 | RDT | Email to counsel regarding *in camera* review of employment records. | 2.80 | 490.00 |
| 06/05/2013 | RDT | Review Defendant's discovery responses; correspondence to opposing counsel regarding discovery responses. | 1.00 | 175.00 |
| 06/26/2013 | RDT | Draft letter to opposing counsel regarding several discovery issues. | 0.50 | 87.50 |
| 07/01/2013 | RDT | Phone conversation with opposing counsel regarding stipulations for discovery and other matters in discovery; discuss reassignment of case to different opposing counsel. | 0.30 | 52.50 |
| 08/16/2013 | RDT | Draft email to opposing counsel. | 0.30 | 52.50 |
| 08/19/2013 | RDT | Meet with opposing counsel regarding discovery issues; review case materials; forward Lillibridge order to opposing counsel. | 1.30 | 227.50 |
| 09/17/2013 | RDT | Confer with opposing counsel regarding production. | 0.20 | 35.00 |
| 09/18/2013 | RDT | Phone conversation with opposing counsel regarding discovery extension. | 0.60 | 105.00 |
| 09/23/2013 | RDT | Confer with opposing counsel. | 0.60 | 105.00 |
| 09/27/2013 | RDT | Correspondence with opposing counsel. | 0.20 | 35.00 |
| 10/01/2013 | RDT | Draft Stipulation Modifying Scheduling Order; confer with |  |  |

Debbie Plucker

Bad Faith Billing

Page: 3
January 15, 2014
Account No:   3858-03M
Statement No:   751431

|  |  |  | Hours |  |
|---|---|---|---|---|
|  |  | opposing counsel regarding discovery issues. | 1.70 | 297.50 |
| 10/07/2013 | RDT | Confer with opposing counsel regarding outstanding discovery. | 0.10 | 17.50 |
| 10/16/2013 | RDT | Draft motion to compel. | 2.00 | 350.00 |
| 10/17/2013 | MDB | Email from counsel regarding document production; conferred with RDT regarding motion to compel issues. | 0.80 | 180.00 |
|  | RDT | Email to counsel regarding document production; draft motion to compel. | 6.00 | 1,050.00 |
| 10/18/2013 | MDB | Review brief; conferred with RDT; email from counsel regarding production. | 1.50 | 337.50 |
|  | RDT | Draft motion to compel and work on brief. | 9.00 | 1,575.00 |
| 10/19/2013 | MDB | Conferred with RDT regarding motion to compel following email from opposing counsel. | 0.25 | 56.25 |
| 10/21/2013 | MDB | Conferred with RDT regarding motion to compel; telephone conference with opposing counsel regarding same. | 0.40 | 90.00 |
|  | RDT | Confer with opposing counsel regarding discovery and finalize motion to compel. | 7.00 | 1,225.00 |
| 10/22/2013 | RDT | Confer with opposing counsel regarding discovery issues; review law as it applies to pooling agreements under subsidiaries for insurance companies. | 0.60 | 105.00 |
| 10/28/2013 | MDB | Conferred with RDT regarding discovery and deposition issues. | 0.50 | 112.50 |
|  | RDT | Review motion to compel; confer with opposing counsel. | 1.30 | 227.50 |
| 11/05/2013 | RDT | Review documents produced by opposing counsel; review |  |  |

Debbie Plucker

Page: 4
January 15, 2014
Account No: 3858-03M
Statement No: 751431

Bad Faith Billing

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| | | correspondence from opposing counsel regarding discovery. | 0.90 | 157.50 |
| 11/06/2013 | RDT | Review order from Court; review opposing counsel's motion for extension of deadline. | 0.40 | 70.00 |
| 11/07/2013 | RDT | Review correspondence from opposing counsel regarding newly provided discovery; review new discovery for completeness; additional correspondence with opposing counsel regarding additional production for voice newsletter. | 1.70 | 297.50 |
| 11/12/2013 | RDT | Review correspondence from opposing counsel regarding additional discovery for claims objectives and profit sharing tables and review same. | 2.00 | 350.00 |
| 11/18/2013 | RDT | Correspondence with opposing counsel regarding mediation. | 0.20 | 35.00 |
| 11/22/2013 | RDT | Correspondence with opposing counsel regarding ongoing discovery issues; review letter from opposing counsel regarding *in camera* review which was electronically filed. | 0.70 | 122.50 |
| 11/25/2013 | RDT | Confer with opposing counsel regarding ongoing discovery issues; research regarding parties' duty to document and certify its good faith efforts to find discovery requests. | 1.00 | 175.00 |
| 12/02/2013 | RDT | Confer with opposing counsel regarding discovery. | 0.20 | 35.00 |
| 12/17/2013 | RDT | Draft reply brief to motion to compel. | 7.00 | 1,225.00 |
| 12/18/2013 | MDB | Review Reply brief. | 1.00 | 225.00 |
| | RDT | Revise reply brief regarding motion to compel. | 6.00 | 1,050.00 |
| 12/19/2013 | RDT | Finalize reply brief regarding motion to compel. | 2.00 | 350.00 |
| | | For Current Services Rendered | 74.05 | 13,206.25 |

Debbie Plucker

Bad Faith Billing

Page: 5
January 15, 2014
Account No:   3858-03M
Statement No:   751431

| | |
|---|---:|
| Sales Tax on Services | 792.38 |
| Total Current Work | 13,998.63 |
| Balance Due | $13,998.63 |

Accounts over 30 days past due will accrue interest at the rate of 18% per annum.