UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| DEBBIE PLUCKER,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED FIRE & CASUALTY COMPANY,<br><br>Defendant. | Civ. 12-4075<br><br>**AFFIDAVIT OF ROBERT D. TRZYNKA IN SUPPORT OF PLAINTIFF'S REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S RULE 37(B) MOTION FOR SANCTIONS** |

STATE OF SOUTH DAKOTA   )
                                                : SS
COUNTY OF MINNEHAHA   )

Robert D. Trzynka, after being duly sworn upon his oath, states as follows:

1. I am one of the attorneys representing Debbie Plucker in the above-captioned lawsuit. I possess personal knowledge of the issues stated herein and have made due inquiry as to their status as of the date of this affidavit.

2. True and correct copies of the following documents are referenced in the Plaintiff's Reply to Defendant's Response to Plaintiff's Rule 37(b) Motion for Sanctions:

   A. Exhibit A is a true and correct copy of excerpts from Sniffen Personnel File and is filed under seal pursuant to Protective Order [Doc. 13];

   B. Exhibit B is a true and correct copy of the Sniffen Training Manual and is filed under seal pursuant to Protective Order [Doc. 13];

   C. Exhibit C is a true and correct copy of Defendant's Certification;

   D. Exhibit D is a true and correct copy of excerpts from the Claims File and is filed under seal pursuant to Protective Order [Doc. 13];

   E. Exhibit E is a true and correct copy of the July 26, 2011, email from Justice to United Fire;

   F. Exhibit F is a true and correct copy of excerpts from Schares Personnel File and is filed under seal pursuant to Protective Order [Doc. 13];

  G. Exhibit G is a true and correct copy of the Compensation Spreadsheet and is filed under seal pursuant to Protective Order [Doc. 13].

  H. Exhibit F is a true and correct copy of excerpts from Conner Personnel File and is filed under seal pursuant to Protective Order [Doc. 13];

  I. Exhibit I is a true and correct copy of the March 6, 2014, email from DeNure to Trzynka.

Dated this 10th day of March, 2014.

_____
Robert D. Trzynka

Subscribed and sworn to before me this 10th day of March, 2014.

_____
Notary Public – South Dakota
My Commission Expires: 11-10-15

[SEAL]

CONNIE M. LECKNER
NOTARY PUBLIC
SOUTH DAKOTA

## CERTIFICATE OF SERVICE

I certify that on the 10th day of March, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the appropriate parties:

**Lon Kouri**
lkouri@mayjohnson.com

**Eric DeNure**
edenure@mayjohnson.com

         /s/ Robert D. Trzynka
         Michael D. Bornitz
         Robert D. Trzynka
         Cutler & Donahoe, LLP
         100 N. Phillips Avenue, 9th Floor
         PO Box 1400
         Sioux Falls, SD  57101-1400
         Telephone:  (605) 335-4950
         Facsimile:  (605) 335-4961
         MikeB@cutlerlawfirm.com
         BobT@cutlerlawfirm.com
         *Attorneys for Plaintiff*