# EXHIBIT I

## Bob Trzynka

| | |
|---|---|
| **From:** | Eric DeNure [eric@mayjohnson.com] |
| **Sent:** | Thursday, March 06, 2014 11:43 AM |
| **To:** | Bob Trzynka |
| **Subject:** | Plucker |
| **Attachments:** | UF 2995 Employee Compensation.pdf |

Bob: Attached are the employee compensation figures for Wade, Sniffin, Schares and Conner. The attached is designated confidential under the PO. This document does not exist at UF. It was put together by HR specifically for this case. I disagree with your 2/28 letter and the representation that this info was ordered by the Court, as it's not contained in the individual personnel file (RFPD. No. 7), nor is it information contemplated by RFPD. No. 15. Nonetheless, here is the information.

As for your Motion for Sanctions, the reason behind the tardiness had nothing to do with UF. I assumed all documents had been produced so I didn't forward the Order to UF until after I received the Motion for Sanctions. As you know, an additional training manual was recently produced outside the order deadline and we are double checking the available trademarked materials so you can go out and purchase them. I own this issue, not UF.

I further interpreted the Order not to have a deadline for the Certification. You feel the Cert was due by Jan. 31, and the Court may or may not agree. If the Court agrees with you, again, my fault, not UF's.

As for RFPD No. 22, we disagree about your ability to limit production to that which you already agreed was relevant. It was reasonable for me to think that RFPD 22 had already been complied with, the Court's Order notwithstanding. If necessary, I will ask the Court to clarify UF's obligations given our earlier agreement. In any event, this was my interpretation of the Order, not UF's.

Finally, I ordered a check. There was no deadline for this is the Court's Award. I'll get it as soon as it's ready.

I'm on the road this afternoon if you need to discuss further. (605) 651-3615

Eric D. DeNure
May & Johnson, PC
PO Box 88738
Sioux Falls, SD 57109
(605) 336-2565 (phone)
(605) 336-2604 (fax)
edenure@mayjohnson.com


Confidentiality Notice

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, attorney-client privileged, confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by telephone at (605) 336-2565 or 1-800-365-4529 or by reply transmission by e-mail, and delete all copies of the message.