**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH DAKOTA**
**SOUTHERN DIVISION**

| | |
|---|---|
| DEBBIE PLUCKER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>UNITED FIRE & CASUALTY COMPANY,<br><br>　　　　Defendant. | Civ. 12-4075<br><br>**AFFIDAVIT OF COUNSEL IN RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

STATE OF SOUTH DAKOTA　　　　)
　　　　　　　　　　　　　　　　: SS
COUNTY OF MINNEHAHA　　　　)

　　　　Robert D. Trzynka, after being duly sworn upon his oath, states as follows:

　　　　1.　　I am one of the attorneys representing Debbie Plucker in the above-captioned lawsuit. I possess personal knowledge of the issues stated herein and have made due inquiry as to their status as of the date of this affidavit.

　　　　2.　　True and correct copies of the following documents are referenced in the Response to Statement of Undisputed Material Facts in Support of United Fire's Motion for Summary Judgment:

　　　　A.　　Exhibit A is a true and correct copy of United Fire's Claims File;

　　　　B.　　Exhibit B is a true and correct copy of excerpts from the deposition of Kristine Schares;

　　　　C.　　Exhibit C is a true and correct copy of excerpts from the deposition of Roberta Sniffen;

　　　　D.　　Exhibit D is a true and correct copy of excerpts from the deposition of Sherri White (Wade);

　　　　E.　　Exhibit E is a true and correct copy of the NUCC Instruction Manual;

     F.     Exhibit F is a true and correct copy of Defendant's Answers to Plaintiff's Requests for Admission to Defendant (First Set);

     G.     Exhibit G is a true and correct copy of a letter from Dr. Lanpher to Attorney Bornitz;

     H.     Exhibit H is a true and correct copy of other Plucker releases accepted by Dr. Lanpher

     I.     Exhibit I is a true and correct copy of email from Kathy Justice to Tom Diefendorf dated July 26, 2011;

     J.     Exhibit J is a true and correct copy of excerpts from the deposition of Dave Conner;

     K.     Exhibit K is a true and correct copy of excerpts from the Employee Handbook;

     L.     Exhibit L is a true and correct copy of excerpts from United Fire's Bonus Program;

     M.     Exhibit M is a true and correct copy of excerpts from United Fire's Corporate Goals.

     N.     Exhibit N is a true and correct copy of Plaintiff's insurance policy.

     O.     Exhibit O is a true and correct copy of Plaintiff's Supplemental Answers and Responses to Defendant's Interrogatories and Requests for Production of Documents (Second Set).

     P.     Exhibit P is a true and correct copy of the expert report of Paul Brenkman.

Dated this 9th day of January, 2015.

*[signature]*

Robert D. Trzynka

Subscribed and sworn to before me
this 9th day of January, 2015.

*Rose M. Rhead*
Notary Public – South Dakota
My Commission Expires: 12/12/20

ROSE M. RHEAD
NOTARY PUBLIC
SOUTH DAKOTA

[SEAL]

## CERTIFICATE OF SERVICE

I certify that on the 9th day of January, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the appropriate parties:

**Lon Kouri**
lkouri@mayjohnson.com

**Eric DeNure**
edenure@mayjohnson.com

                                              /s/ Robert D. Trzynka
                                              Michael D. Bornitz
                                              Robert D. Trzynka
                                              Cutler Law Firm, LLP
                                              100 N. Phillips Avenue, 9th Floor
                                              PO Box 1400
                                              Sioux Falls, SD 57101-1400
                                              Telephone: (605) 335-4950
                                              Facsimile: (605) 335-4961
                                              MikeB@cutlerlawfirm.com
                                              BobT@cutlerlawfirm.com
                                              *Attorneys for Plaintiff*