# EXHIBIT  A

To: lossnoticemwia <lossnoticemwia@unitedfiregroup.com>, United Fire Group
WebMaster <Webmaster@unitedfiregroup.com>
From: United Fire Group WebMaster <Webmaster@unitedfiregroup.com>
Date: Tue, 24 May 2011 16:39:14 -0500
Subject: New Auto Loss Report for SD

The attached claim was submitted via the internet for, PLUCKER DEBBIE, to United
Fire Group.  The confirmation number for this notice is 26106.

(If there is no attachment on this email, please contact Web Help at 1-800-895-6253.)


IRFILENO:90625038
Userdata1:230299
Server:www.unitedfiregroup.com

UF000001

```
Claim #: 4001032727              KKH              Printed: 05-25-2011

                    UNITED FIRE & CASUALTY COMPANY
                    NOTICE OF NEW CLAIM ASSIGNMENT

Email  SWADE@UNITEDFIREGROUP.COM
                                 Claim No: 4001032727
   SHERRI WADE                   Loss Date: 05-24-2011
   PO BOX 73909                  Pol Period: 03-30-2011 to 09-30-2011
                                 Policy No: 90625038        COB: 0110
   CEDAR RAPIDS IA 52407-3909    Reinsurance-ACL: NO
   Bus Phone  319-399-5758       Superv: SNIFFIN ROBERTA       AFA: N
                                 Subro Supv:
                                 Subro Rep:                    RST:
-----------------------------------AGENT-----------------------------------
BRENNER & JUSTICE INS INC     230299
JUDY BRENNER                       Phone 605-362-8200
                                   Fax   605-362-9366

----------------------------------INSURED----------------------------------
DEBBIE PLUCKER
                                                                Ext
                                       Oth 605-728-5595           0
                                           000-000-0000           0
                                           000-000-0000           0

   45730 SD HIGHWAY 44
   PARKER SD 570535624
     Email     DVPLUCKER@AOL.COM
     Email2
     SSN/FEIN
===========================================================================
Contact:
                                                                Ext
   45730 SD HIGHWAY 44                 Oth 605-728-5595           0
                                           000-000-0000           0
   PARKER          SD 57053                000-000-0000           0
   Email: DVPLUCKER@AOL.COM

   When:
   Where:
===========================================================================
Claim Type:  Auto     PIP/MEDICAL/INCOME CLAIM ONLY     Est           0
Location of Occurrence                     Time 11:00AM  Cat No
   I-29 N AT (MRM 071-63 + .108
   HARRISBURG SD 57032

Authorities                        Violations
   SDHP                               UNKNOWN

Report #:

Loss Description                        Coverage File: N
   A SEMI TRACTOR/TRAILER RIG LOST BOTH REAR TANDEMS WHICH HIT THE SEMI THAT
   WASIN FRONT OF THE INSURED AND THEN BOUNCED OFF THAT TRUCK AND HIT OUR
   INSURED.


===========================================================================
```

```
     Claim #: 4001032727              KKH                Printed: 05-25-2011

Insured Driver                   A/M Ind. A                                   Ext
  DEBBIE PLUCKER                                        Oth 605-728-5595         0
                                                           000-000-0000         0
  45730 SD HIGHWAY 44                                        SSN
  PARKER SD 57053                                       DOB           Sex F
  Emaill DVPLUCKER@AOL.COM
  Email2
  Type DRIVING      License St SD Lic# 00588887
  Date Hire                       Relation POLICYHOLDER #1
  Fault UNDETERMINED              Freeform Rel. INSURED
  Used w/Permis.  Yes             Purpose PERSONAL
========================================================================

Clt No. 001
  DEBBIE PLUCKER
  45730 SD HIGHWAY 44
  PARKER SD 570535624                                                          Ext
                                                       Oth 605-728-5595         0
                                                                               0
  RISK 014     2011 CHEVROLET SILVERADO C              SSN  000000000
               1GCRCSE07BZ331885                       Sex      Age 51
  Damage
  Where Damage can be Viewed
  What Doing
  Injury
  Where Taken
  Remarks

  Cover  LC        Reserve Type   Adjuster-1         Adjuster-2        TLS SI
  COLL   AU      1,250.00   F     WADE SHERRI
  XP     AU      1,250.00   F     WADE SHERRI
========================================================================

** ** R E M A R K S * * R E M A R K S * * R E M A R K S * * R E M A R K S ** **

     ASSIGNMENT TRANSMITTAL
     Loss notice statews that insured is going to try to
     collect for her damages from the other carrier.
     If you don't need the collision line, I can close it

     INSURED HAS FILED CLAIM WITH DAKOTALAND, INC. FOR HER VEHICLE.  (THE LOCAT
     ION OF THE ACCIDENT IS CORRECT NILE MARKER # BUT THE CITY PROBABLY IS NOT.
       YOUR SYSTEM REQUIRED ME TO PUT ONE IN BUT THERE ISN'T ONE ON THE HP REPO
     RT AND THEY WEREN'T AT A CITY).


========================================================================
Report Date Reported By    Insured          Phone: 000-000-0000 Ext     0
05-24-2011  Reported Name
========================================================================
```

**UF000003**

```
Claim #: 4001032727              KKH              Printed: 05-25-2011

------------------------ VEHICLE COVERAGE INFORMATION ------------------------
```

```
CSL
BI per Per        50000
BI per Acc       100000        PIP
PD                50000        APIP
                               Opt 1
                               Opt 2
UM BI per Acc    100000        Opt 3
UM PD                          PIP on MC?
UM PD Ded                      PIP Ded
UIM per Per       50000        ADB
UIM per Acc      100000        ADB Work Loss?

Coll Ded          500          Towing                      SMP? N
Comp             Y             Trans exp per day           UMPD?
Comp Ded          500          Trans exp per occ           LPIP?N
Stated Amt
Loss Payee
```

```
Geo Code:  Lat: 0000000000+  Long: 0000000000+  Confid:        Date:

   Form #      Ed Dt    Form Description
   IL7009      0491     PUNITIVE OR EXEMPLARY DAMAGES EXCL
```

```
   PP0165      1010     SD - AMENDMENT OF POLICY PROVISIONS

   PP0311      0698     UNDERINSURED MOTORISTS COVERAGE

   PP1301      1299     DAMAGE TO YOUR AUTO EXCLUSION

   PP7023      0209     ROADASSIST 24/7

   ST1393      0701     IMPORTANT PRIVACY NOTICE

   ST1492      1003     NOTICE FAIR CREDIT REPORTING ACT

   ST1623      0707     NOTICE - IDENTITY RECOVERY

   ST1644      0109     POLICY WEBSITE STUFFER
```

```
===============================================================================
```

UF000004

============================================

**1/30/2012 3:26:19 PM - RSNIFFIN-Roberta Sniffin**

CLMS - 4001032727

Reviewed on diary

I presented to the insured, Debbie Plucker an alternative to signing the med auth as outlined in my August 3rd letter.  If she wishes to have us use her med pay she can just pick up her medical bills at Lanpher Chiro and forward to us directly.

Thus, far she has eschewed this option.

Roberta

============================================

**1/4/2012 10:28:54 AM - SWADE-Sherri Wade**

CLMS - 4001032727

I spoke with the adverse carrier, he said he thought he had an agreement with the insd but then she said she was going to contact an atty and he hasn't heard from her since.

============================================

**12/12/2011 2:19:31 PM - RSNIFFIN-Roberta Sniffin**

CLMS - 4001032727

Reviewed on diary

Looks like Debbie will be settling w/ adverse and getting her bills paid there— Okay by us—

UF000005

Roberta

============================================

11/16/2011 2:22:45 PM - SWADE-Sherri Wade

CLMS - 4001032727

I spoke with Derron with the other carrier, he has not concluded this with the insd and still hopes to do so shortly & pay all of the meds directly. He said he will call me once it's done.

============================================

11/15/2011 9:07:07 AM - SWADE-Sherri Wade

CLMS - 4001032727

Noted & agreed. I have this on diary until January to make sure the other carrier paid the same.

============================================

11/14/2011 2:20:28 PM - RSNIFFIN-Roberta Sniffin

CLMS - 4001032727

Reviewed file on diary

Sherri--

Really, we do not have ORM here because the insured refused to sign a med auth. However, unless adverse pays her bills; Medicare will present subro to us. So I do not see that we can close until we have received same.

UF000006

Food for thought.


Thanks


Roberta


===========================================

9/28/2011 3:19:28 PM - RSNIFFIN-Roberta Sniffin

CLMS - 4001032727

Reviewed on diary



RES



===========================================

9/27/2011 3:13:09 PM - SWADE-Sherri Wade

CLMS - 4001032727

Clmt carrier called and it sounds like they will be settling with the insd directly in the next few weeks. I will leave the file open until any settlement is confirmed.



===========================================

9/27/2011 2:26:40 PM - SWADE-Sherri Wade

UF000007

CLMS - 4001032727

Returned a call to adv carrier and advised we have not made any payments on behalf of the insd.

========================================================

9/2/2011 10:53:57 AM - SWADE-Sherri Wade

CLMS - 4001032727

Noted

========================================================

8/31/2011 12:32:47 PM - RSNIFFIN-Roberta Sniffin

CLMS - 4001032727

Sherri--

File on diary

Appears that Medicare has accepted our notice-- Debbie either sends her bills into us w/ the records or we wait for subro from Medicare and pay accordingly.

I've discussed w/ agent and said we need cooperation from Debbie.

The agent advised that Debbie prefers that you do not call her again so if you have to call for anything-- send file to me and I will help.

This a small file so not going to make a big deal out of Debbie's refusal to help us help her-- We have a QR in the works and she said she was canceling us anyway.

**UF000008**

Thanks

Roberta

===============================================

8/10/2011 3:46:45 PM - RSNIFFIN-Roberta Sniffin

CLMS - 4001032727

Received a call from Mary at Dr. Lancer's office— Debbie told her about the Med Auth problem.  Mary said to Debbie that she cannot just mail us the medical records because of HPPA  but that she will talk to the Dr. about just giving Debbie a copy.

I advised Mary that the Med Auth Debbie signed for us will not fly as all crossed out etc.  Mary said she tried to explain the procedure to Debbie, but she will not just sign a Med Auth.

Again, Mary will see if Dr. Lancer will just let Debbie have her own records to give us.

Roberta

===============================================

8/4/2011 10:31:07 AM - SWADE-Sherri Wade

CLMS - 4001032727

Returned a call to Derrin at Liberty Mutual at 877-884-1799 ext 3845. His claim AB3961-070925. Advised I have not paid out MP yet & expect to do so and will update him when I have made any payments.

UF000009

===============================================

8/3/2011 10:06:22 AM - SWADE-Sherri Wade

CLMS - 4001032727

Noted

===============================================

8/3/2011 9:56:45 AM - RSNIFFIN-Roberta Sniffin

CLMS - 4001032727

While I was typing that letter Debbie called— I advised her of exactly what I put in the letter.  She will
obtain records next week as well as a billing log and mail into us.


Roberta

===============================================

8/3/2011 9:56:04 AM - RSNIFFIN-Roberta Sniffin

CLMS - 4001032727

Sherri--


I have mailed a letter to Debbie Plucker and e-mailed a copy to her agent, Kathy Justice.  No need to
leave her messages anymore because she will not answer them as she is angry about us not just paying
her bills.

UF000010

I've offered her an alternative to the Medical Authorization which is to obtain her medical reports herself and send into us. Please advise if you receive because we want to make sure they are complete. Also, if Medicare is paying I've let her know, we must set aside same.


RES


==========================================

7/29/2011 10:35:09 AM - RSNIFFIN-Roberta Sniffin

CLMS - 4001032727

Called Debbie Plucker as I advised the agent I would do same to discuss the Med Auth and If she does not want to sign, some alternatives.


Left a call back message


Roberta


==========================================

7/26/2011 1:44:30 PM - SWADE-Sherri Wade

CLMS - 4001032727

Roberta:


Yes I have already spoken with Liberty Mutual and they have adequate limits. They have also accepted liability.


I sent a QR.


**UF000011**

Thanks!

Sherri

======================================================

7/25/2011 3:46:31 PM - RSNIFFIN-Roberta Sniffin

CLMS - 4001032727

Sherri--

Because adverse vehicle is a truck, I would assume that they have liability limits equal too or greater than ours so UIM would be ruled out-- on diary just make a call to Liberty Mutual to make sure if you have not done same yet.

Should we QR this insured? What do you think?

Thanks

Roberta

======================================================

7/22/2011 11:31:23 AM - SWADE-Sherri Wade

CLMS - 4001032727

UF000012

I left the insd a message to call bc she returned a med auth & blacked half of it out. I'm not sure what is going on with the insd. She is being illusive now and uncooperative.

I spoke with the agt Kathy & she said she'd make a call to insd.

================================================

7/13/2011 10:32:12 AM - SWADE-Sherri Wade

CLMS - 4001032727

I left the insd another message today and also sent her a letter outlining her obligations with the policy. We are almost 2 months since the loss and no meds auths but receiving bills.

================================================

7/5/2011 3:46:37 PM - SWADE-Sherri Wade

CLMS - 4001032727

I left the insd a message to get add'l info so we can complete the forms required by medicare that were received today.

================================================

6/30/2011 2:14:53 PM - SWADE-Sherri Wade

CLMS - 4001032727

I left the insd a message to f/u on med auths

================================================

UF000013

6/14/2011 9:56:49 AM - SWADE-Sherri Wade

CLMS - 4001032727

I spoke with the insd. She is filling out the med auths today. She said she is having some post traumatic stress associated with seeing the wheel fly across the highway. She said she is having some trouble with her fear of driving now. She hopes it will go away and has not tx for this. She said her neck & shoulder still bother her, especially when she is sleeping. She is tx 1/per week b/c the DC is 90 miles round trip. We discussed the concerns that arise when the stop wasn't forceful enough to tighten her seat belt and weeks later she is still sore. She said maybe she forgot & her seat belt did tighten.

==========================================

6/6/2011 11:04:34 AM - RSNIFFIN-Roberta Sniffin

CLMS - 4001032727

Completing diary early as received CAP report

Claimant vehicle has accepted fault, we have subrogatable MP -- Insured disabled and collects Medicare. Need to watch treatment closely.

Roberta

==========================================

6/6/2011 11:02:20 AM - RSNIFFIN-Roberta Sniffin

CLMS - 4001032727

Sherri--

File looks good as does the claimant screen.  Watch saying yes to ORM until we get the Medical Authorization.  While I like that you are on top of it, until they sign the Med Auth it is not official.  This one is ready to go already though so I would not change a thing.

UF000014

Roberta

==================================================

6/6/2011 10:57:33 AM - SWADE-Sherri Wade

CLMS - 4001032727

I called the insd. She said she's been having some trouble getting her mail and does not remember seeing our med auths. I printed the ones I sent her previously and mailed them again.

==================================================

5/26/2011 1:28:39 PM - SWADE-Sherri Wade

CLMS - 4001032727

Derron from Liberty Mutual said they will not let their insd give us a statement but they have accepted liability. Apparently his insd does all the work on their own trucks. His address is PO Box 168328, Irving, TX 75016.

==================================================

5/26/2011 11:14:53 AM - KHARRIS-Kiley Harris

CLMS - 4001032727

so noted  have sent for police report and asked for narrative

==================================================

5/26/2011 11:12:45 AM - SWADE-Sherri Wade

**UF000015**

CLMS - 4001032727

The other carrier is Liberty Mutual, adj: Derron Lax, Claim: AB961-070925, phone: 877-884-1977.

==========================================

5/26/2011 11:10:46 AM - SWADE-Sherri Wade

CLMS - 4001032727

I left message for the other driver and the other carrier to call.

==========================================

5/26/2011 11:06:22 AM - SWADE-Sherri Wade

CLMS - 4001032727

Kiley:

Will you please order a copy of the PR and maybe we can get a copy with some kind of narrative?

Thanks a bunch!

Sherri

UF000016

UNITED FIRE GROUP
MEDICARE QUARTERLY RESPONSE RECORD
RESPONSE DATE 02/08/2012

CLAIM    4001032727
CLAIMANT 001

|  | SUBMITTED | RETURNED |
|---|---|---|
| ACTION | DELETE |  |
| HICN |  |  |
| SSN |  |  |
| LAST NAME | PLUCKER | PLUCKER |
| FIRST NAME | DEBBIE | DEBBIE |
| MIDDLE INIT |  | L |
| GENDER | F | F |
| DOB |  |  |
| POLICY # | 011090625038 |  |
| MSP EFFECT DT |  | 05/24/2011 |
| MSP TERM DT |  |  |
| TYPE IND |  | D - NO FAULT |
| DISPOSITION CD |  | 01 RECORD ACCEPTED WITH ORM |
| APPLIED ERROR CODE |  |  |

APPLIED COMPLIANCE FLAG(S)       Reviewed slg 02/09/2012 09:39

UF000017

| UNITED FIRE GROUP | Claim No. | 4001032727 |
|---|---|---|
| Report to:   Supervisor Roberta Sniffin | Insured: | Debbie Plunker |
| | Adjuster: | S Wade |
| Transcriber: | Dictated Date: | |
| Date: 1/4/12 | Adjuster Initials: | slg |

Supervisor Initials and Date through Image Right:

| FILE STATUS UPDATE |
|---|

## ENCLOSURES                    *res 01/04/2012*

1)   Medicare update

## FILE STATUS/UPDATE

The other carrier had hoped to have this resolved with the insd by now and I confirmed today that a resolution has not been met. The insd is aware we are here and does not want to speak to us. I suggest we diary this file out another 6 months so if the insd decides to use MP, we are ready and perhaps by then she will have resolved with the other company.

## RESERVES

Verified in ACS today? ☒Yes   ☐No      Reserves Adequate? ☒Yes   ☐No
Reserve amounts, analysis and recommendations:

Insd Debbie Plunker:
MP: $1,250 reserved, $5k limit

## NEXT REPORT DUE/FURTHER ACTION NEEDED

A 6 month diary will put us to 7/6/12. Thank you.

CD2115 (3/10/2008)

UF000018

```
                            UNITED FIRE GROUP
                   MEDICARE QUARTERLY RESPONSE RECORD
                      RESPONSE DATE 11/09/2011

CLAIM   4001032727
CLAIMANT 001

                    SUBMITTED                      RETURNED
                    ---------                      ---------
ACTION              DELETE

HICN

SSN

LAST NAME           PLUCKER                        PLUCKER

FIRST NAME          DEBBIE                         DEBBIE

MIDDLE INIT                                        L

GENDER       F                                     F

DOB

POLICY #     011090625038

MSP EFFECT DT                                      05/24/2011

MSP TERM DT

TYPE IND                                           D - NO FAULT

DISPOSITION CD                                     01 RECORD ACCEPTED WITH ORM

APPLIED COMPLIANCE FLAG(S)
```

Reviewed slg 11/14/2011 16:20

UF000019

UNITED FIRE GROUP                        Claim No.          **4001032727**
  Report to:  Supervisor Roberta Sniffin        Insured:           **Debbie Plunker**
                                                       Adjuster:          **S Wade**
Transcriber:                             Dictated Date:
      Date: 10/5/11                       Adjuster Initials:  slg

Supervisor Initials and Date through Image Right:

| FILE STATUS UPDATE |
|:---:|

## ENCLOSURES

  1)   Your correspondence with the insd & agt         *res 10/05/2011*
  2)   Medicare response

## FILE STATUS/UPDATE

The insd has still not responded to us. The Clmt carrier called on 9/27/11 and it sounds like they will be settling with the insd directly in the next few weeks. I will leave the file open until any settlement is confirmed.

## RESERVES

Verified in ACS today? ☒Yes   ☐No     Reserves Adequate? ☒Yes   ☐No

Reserve amounts, analysis and recommendations:

Clmt 1 Debbie Plucker:

MP: $1,250 reserved/$5k limit

## NEXT REPORT DUE/FURTHER ACTION NEEDED

90 days to 1/6/12. Thank you.

CD2115 (3/10/2008)

**UF000020**

UNITED FIRE GROUP
MEDICARE QUARTERLY RESPONSE RECORD
RESPONSE DATE 08/10/2011

CLAIM    4001032727
CLAIMANT 001

|  | SUBMITTED | RETURNED |
|---|---|---|
| ACTION | ADD | |
| HICN | | |
| SSN | | |
| LAST NAME | PLUCKER | PLUCKER |
| FIRST NAME | DEBBIE | DEBBIE |
| MIDDLE INIT | | L |
| GENDER | F | F |
| DOB | | |
| POLICY # | 011090625038 | |
| MSP EFFECT DT | | 05/24/2011 |
| MSP TERM DT | | |
| TYPE IND | | D - NO FAULT |
| DISPOSITION CD | | 01 RECORD ACCEPTED WITH ORM |
| APPLIED COMPLIANCE FLAG(S) | | |

Reviewed slg 08/12/2011 09:41

UF000021

To: JUSTICE KATHRYN E;
From: RSNIFFIN
Cc:
Bcc:
Subject: Plucker
Date/Time Sent: 8/3/2011 9:58 AM

==================BEGINNING OF MESSAGE==================

Drawer: CLMS
FileNo: 4001032727

Kathy--

Just as soon as I finished my letter and e-mailed to you-- Debbie called-- I advised her of the information in the letter and she will obtain her medical records and mail into us.

Thanks

Roberta

==================END OF MESSAGE==================

Attached Files:
IR110000.pdf

UF000022

To: JUSTICE KATHRYN E;
From: RSNIFFIN
Cc:
Bcc:
Subject: Plucker claim
Date/Time Sent: 8/3/2011 9:50 AM


================================BEGINNING OF MESSAGE================================


Drawer: CLMS
FileNo: 4001032727

Kathy--

I was unable to reach Debbie by telephone so I am sending her this letter advising that if she can
provide the Medical records from her DC, Lanpher Chiro-- we can review for payment.  I also
wanted her to understand if Medicare paid anything, we have to pay them back.

If she contacts you with questions, please direct her to me and I can help.

Thanks!

Roberta E. Sniffin, CPCU
United Fire Group
Claim Supervisor


================================END OF MESSAGE================================


Attached Files:
IR110000.pdf

UF000023

August 3, 2011

Debbie Plucker
45730 SD Hwy 44
Parker, SD  57053-5624

Claim: 4001032727

Dear Ms. Plucker:

Thank you for forwarding your signed medical authorization.  Unfortunately, it will not be accepted by any medical facility with all of the changes made to the document.

If you do not wish to complete a medical authorization, then I can present another solution which is to obtain your medical records from Lanpher Chiropractic Office and forward to us.  We will then review same for payment.  Please do note that with Medicare's involvement if they have paid any monies, we must set aside that amount of your Medical Payments coverage to pay them back.

If you have any questions, feel free to contact me at 1-800-343-9131, ext. 5430.

Sincerely,

Roberta E. Sniffin, CPCU
United Fire Group
Claim Supervisor

UF000024

UNITED FIRE GROUP
   Report to:  Supervisor Roberta Sniffin

Transcriber:
     Date: 8/3/11

Claim No.     **4001032727**
Insured:     **Debbie Plunker**
Adjuster:     **S Wade**
Dictated Date:
Adjuster Initials:   slg

Supervisor Initials and Date through Image Right:

| FILE STATUS UPDATE |
|---|

## ENCLOSURES

*res 08/03/2011*

1)   Medicare Forms
2)   Medical Auth from Insd
3)   Letter to insd
4)   QR

## FILE STATUS/UPDATE

As you know, we've been attempting to assist the insd with her MP claim. We are having a difficult time helping her because she is not returning our calls. Insd returned the medical authorization but edited it to the point that we will not be able to use it. She also has not returned the Medicare forms and she is a Medicare recipient.

I tried calling her again today and got her voice mail. Instead of leaving a message, I have sent her a letter. Insd was initially friendly and cooperative and I do not understand her change in behavior. I will continue to try to reach her but at this point the agent has become involved, you & I have left messages and now I have written to her. In my letter of 7/13/11 I outlined her duties to cooperate.

We have received $876 in DC bills thus far that are unpaid.

## RESERVES

Verified in ACS today? ☒Yes ☐No   Reserves Adequate? ☒Yes ☐No
Reserve amounts, analysis and recommendations:

Debbie Plucker:

MP: $1,250 reserved/$5k limit

## NEXT REPORT DUE/FURTHER ACTION NEEDED
60 days to 10/6/11. Thank you.

CD2115 (3/10/2008)

UF000025

*Did not mail since insd called in - slg  8/3/11*

August 3, 2011

Debbie Plunker
45730 SD Highway 44
Parker, SD 57053

   RE: Claim: 4001032727
      Loss Date: 5/24/11

Dear Ms. Plunker,

I have been trying to reach you and have not been able to connect with you. I would like to assist you with your claim and need to speak with you. Will you please call me when you receive this letter? I can be reached Monday through Friday from 8:00am until 4:30pm at 800-343-9131 ext 5758.

Thank you!
Sincerely,



Sherri Wade, Claims Representative

UF000026

To: Diefendorf, Tom;Haines, Michele;
From: KHARRIS
Cc:
Bcc:
Subject: QR FOR YOUR REVIEW
Date/Time Sent: 7/26/2011 2:21 PM

=================BEGINNING OF MESSAGE=================

Drawer: CLMS
FileNo: 4001032727

=================END OF MESSAGE=================

Attached Files:
IR110000.tif

UF000027

# United Fire and Casualty Company
## RISK ANALYSIS

CLAIM NO.: 4001032727
INSURED: Debbie Plucker
DOL: 5/24/11

COMMERCIAL LINES: [ ] OR PERSONAL LINES: [x]
AGENCY: Brenner & Justice
POLICY NO.: 90625038

*Check applicable blocks and explain in remarks section.*

**GENERAL**

- [ ] Physical impairment
- [x] Insured uncooperative
- [ ] Poor area or adjoining hazards at location
- [ ] Loss frequency
- [ ] Unusual hazard (Explain)
- [ ] Premises or operations inconsistent w/policy description
- [ ] Drinking, drugs or gross negligence involved
- [ ] Change of address, occupation or marital status
- [ ] Photos in claim file

**VEHICLE**

- [ ] Vehicle in poor condition or with special equipment
- [ ] Vehicle not listed on policy
- [ ] Vehicle on policy not owned by insured
- [ ] Change of business classification or territory
- [ ] Extra hazards (Explain)
- [ ] Liability claim reserve/payment $
- [ ] Business use or drives over 10 miles to work
- [ ] Unmarried operator under 30
- [ ] Driver over 70
- [ ] Traffic citation disposition
- [ ] OWI/drug related conviction
- [ ] No drivers license or license revoked
- [ ] Driver not listed on policy
- [ ] Previous accidents or losses (Explain)
- [ ] Improper PIP/UM rejection
- [ ] Improper vehicle classification or usage
- [ ] Miscellaneous reasons (Explain)
- [ ] Photos in claim file

Name of Driver
Date of Birth
Relationship of Driver to Insured

**W/C**

- [ ] Injured under 18 or over 70
- [ ] Unsafe operations - poor housekeeping
- [ ] Overall quality of employees low
- [ ] Operations out of home state or extra hazardous
- [ ] Photos in claim file

**REMARKS**

[illegible]

Claim is [x] Open [ ] Closed

Payments to date $0
Will immediate cancellation prejudice claims handling? No

Date: 7/26/11 Adjuster: S Wade

**PD/IM/GL**

- [ ] Late notice of claim
- [ ] Previous losses - date and type
- [ ] Insured's attitude - lack of cooperation (Explain)
- [ ] Under insured/over insured property value is $
- [ ] Insurance to value: Actual Cash Value / Replacement Cost
- [ ] Secondary residence
- [ ] Mobile home construction
- [ ] Business conducted on residential premises (Explain)
- [ ] Condition and age of property (Explain)
- [ ] Defective or badly worn roof
- [ ] Composition overlay on wood shingles
- [ ] Wood or corn pellet burning stove
- [ ] Upkeep of premises - Inside and outside (Explain)
- [ ] Handrails needed (Explain)
- [ ] Walks, drives or parking area in unsafe condition (Explain)
- [ ] Dangerous animals - type and breed (Explain)
- [ ] Swimming pool, hot tub, Trampoline or horse(s) on premises (Explain)
- [ ] Unfenced swimming pool / hot tub
- [ ] Boat used commercially or in tournaments (Fishing Included)
- [ ] Vacant or unoccupied - Vacant
- [ ] Risk isolated or inaccessible (Explain)
- [ ] Structure Below Average for Area
- [ ] High crime area (Explain)
- [ ] Unusual occupancy or area (Explain)
- [ ] Undesirable tenants
- [ ] Hazardous or unguarded machinery (Explain)
- [ ] Exposure hazards (Explain)
- [ ] Unsafe labor conditions (Explain)
- [ ] Risk incorrectly classified (Change in operations?) (Explain)
- [ ] Miscellaneous reasons (Explain)
- [ ] Photos in claim file

**EXPLANATIONS**

**FOR UNDERWRITING DEPT. USE ONLY**

Date: Reviewed by:

SENT TO U/W AND MARKETING
7-26-11 KKH

E-mail to U/W Rep. & Marketing Rep. & Print to file

# United Fire and Casualty Company
## RISK ANALYSIS

CLAIM NO.: 4001032727
INSURED: Debbie Plucker
DOL: 5/24/11

COMMERCIAL LINES: ☐ OR PERSONAL LINES: ☒
AGENCY: Brenner & Justice
POLICY NO.: 90625038

*Check applicable blocks and explain in remarks section.*

**GENERAL**
- ☐ Physical impairment
- ☒ Insured uncooperative
- ☐ Poor area or adjoining hazards at location
- ☐ Loss frequency
- ☐ Unusual hazard (Explain)
- ☐ Premises or operations inconsistent w/policy description
- ☐ Drinking, drugs or gross negligence involved
- ☐ Change of address, occupation or marital status
- ☐ Photos in claim file

**VEHICLE**
- ☐ Vehicle in poor condition or with special equipment
- ☐ Vehicle not listed on policy
- ☐ Vehicle on policy not owned by insured
- ☐ Change of business classification or territory
- ☐ Extra hazards (Explain)
- ☐ Liability claim reserve/payment $
- ☐ Business use or drives over 10 miles to work
- ☐ Unmarried operator under 30
- ☐ Driver over 70
- ☐ Traffic citation disposition
- ☐ OWI/drug related conviction
- ☐ No drivers license or license revoked
- ☐ Driver not listed on policy
- ☐ Previous accidents or losses (Explain)
- ☐ Improper PIP/UM rejection
- ☐ Improper vehicle classification or usage
- ☐ Miscellaneous reasons (Explain)
- ☐ Photos in claim file

Name of Driver
Date of Birth
Relationship of Driver to Insured

**W/C**
- ☐ Injured under 18 or over 70
- ☐ Unsafe operations - poor housekeeping
- ☐ Overall quality of employees low
- ☐ Operations out of home state or extra hazardous
- ☐ Photos in claim file

**REMARKS**

[illegible]

Claim is ☒ Open ☐ Closed
Payments to date $0
Will immediate cancellation prejudice claims handling? No

Date: 7/26/11 Adjuster: S Wade

**PD/IM/GL**
- ☐ Late notice of claim
- ☐ Previous losses - date and type
- ☐ Insured's attitude - lack of cooperation (Explain)
- ☐ Under insured/over insured property value is $
- ☐ Insurance to value: Actual Cash Value
  Replacement Cost
- ☐ Secondary residence
- ☐ Mobile home construction
- ☐ Business conducted on residential premises (Explain)
- ☐ Condition and age of property (Explain)
- ☐ Defective or badly worn roof
- ☐ Composition overlay on wood shingles
- ☐ Wood or corn pellet burning stove
- ☐ Upkeep of premises - Inside and outside (Explain)
- ☐ Handrails needed (Explain)
- ☐ Walks, drives or parking area in unsafe condition (Explain)
- ☐ Dangerous animals - type and breed (Explain)
- ☐ Swimming pool, hot tub, Trampoline or horse(s) on premises (Explain)
- ☐ Unfenced swimming pool / hot tub
- ☐ Boat used commercially or in tournaments (Fishing Included)
- ☐ Vacant or unoccupied - Vacant
- ☐ Risk isolated or inaccessible (Explain)
- ☐ Structure Below Average for Area
- ☐ High crime area (Explain)
- ☐ Unusual occupancy or area (Explain)
- ☐ Undesirable tenants
- ☐ Hazardous or unguarded machinery (Explain)
- ☐ Exposure hazards (Explain)
- ☐ Unsafe labor conditions (Explain)
- ☐ Risk incorrectly classified (Change in operations?) (Explain)
- ☐ Miscellaneous reasons (Explain)
- ☐ Photos in claim file

**EXPLANATIONS**

**FOR UNDERWRITING DEPT. USE ONLY**

Date: Reviewed by:

E-mail to U/W Rep. & Marketing Rep. & Print to file

To: JUSTICE KATHRYN E;
From: SWADE
Cc:
Bcc:
Subject: Debbie Plucker Claim
Date/Time Sent: 7/22/2011 11:32 AM

═══════════════════BEGINNING OF MESSAGE═══════════════════

Drawer:  CLMS
FileNo:  4001032727

═══════════════════END OF MESSAGE═══════════════════

Attached Files:
IR110000.pdf

UF000030

UNITED FIRE GROUP
MEDICARE MONTHLY RESPONSE RECORD
RESPONSE DATE 06/09/2011


CLAIM    4001032727
CLAIMANT 001

|  | SUBMITTED | RETURNED |
|---|---|---|
| HICN |  |  |
| LAST NAME | PLUCKE | PLUCKE |
| FIRST INITIAL | D | D |
| DOB |  |  |
| GENDER | F | F |
| SSN |  |  |
| RRE DCN1 | 20110531400103272700l | 20110531400103272700l |
| RRE DCN2 |  |  |
| DISPOSITION CD |  | 0l ID'D AS A MEDICARE BENEFICIARY |
| HICN UPDATED IN ACS |  |  |

Reviewed slg 06/09/2011 10:42

UF000031

UNITED FIRE GROUP
  Report to:  Supervisor Roberta Sniffin

Transcriber: Edith McBurney
     Date: 06-01-11

Claim No.    **4001032727**
Insured:    **Debbie Plucker**
Adjuster:    **Sherri Wade**
Dictated Date:  **05-26-11**
Adjuster Initials:

*res 06/06/2011*

Supervisor Initials and Date through Image Right:

| AUTO CAP REPORT |
|:---:|

## CONTACT DATE

05-25-11:  Spoke with our insured and obtained her statement.
05-26-11:  Left message for claimant to call.
05-26-11:  Spoke with claimant carrier.

## ENCLOSURES

1.  Accident report from DOT.
2.  Insured RS.
3.  Blank Medical Authorization to insured.
4.  Sub notice CC

## COVERAGE

This loss was submitted under the insured's Personal Auto Policy PP0001 (06-98).
Our insured has Medical Payments benefits subject to a $5,000 limit.  Our insured
also has Collision Coverage subject to a $500 deductible.  However, currently, she is
going through the other carrier for her vehicle.  The policy period is 3/30/11 through
9/30/11.

## DATE-TIME-PLACE

Date:   5/24/11
Time:   11:00 a.m.
Place:  I-29 near Harrisburg, SD

## DRIVER(S)

The insured driver is our named insured.

The other driver is Fred Finch who resides at 3712 North 7th Avenue, Sioux Falls, SD
57104.  His phone number is 605-338-0870.

CD2114A (3/10/2008)

UF000032

## PASSENGER(S)
• **Insured Vehicle**

None

• **Claimant Vehicle**

None

## FACTS

Our insured was northbound in the inside lane on I-35 traveling at approximately 65 mph.  There was a semi also traveling northbound in the right lane at the time of the loss.  The other party was southbound on I-29, and as they came near to the insured vehicle, the rear double tires came off the semi trailer, bounced across the highway, hit the semi that was to the right of the insured, bounced back and hit the front of the insured vehicle.  Our insured had slammed on her brakes to try to avoid the loss, but could not turn to the right or the left due to the semis on both sides of her.

Our insured said that following the loss she did not feel like she was immediately injured, but a few hours later she started to have pain in her neck and shoulder.

## WITNESSES

None known.

## POLICE REPORT

We have a copy of the accident report in the file, and I have ordered another copy hoping to get a full narrative.

## INJURED PERSON(S) BI-MP-UM-UIM

Our named insured states she has some pain in her neck and shoulder.  She suffers from several diseases and illnesses that may affect her recovery.  Her SSN is
and DOB          She receives Medicare benefits because she has been disabled since 1991. I have notified Medicare of this loss.

## INDEX REPORT

CD2114A (3/10/2008)

UF000033

## PROPERTY DAMAGE

Unknown

## COLLISION

Unknown

## SALVAGE

None

## LEGAL LIABILITY – Duty Owed, Duty Breached, Damages and Proximate Cause

The other party had a duty to have safe equipment on his semi. Because the company services and owns the semi, they are liable for this accident for unsafe equipment.

The insured has a statute of limitations of 5/24/14. She also has Medical Payments benefits for these three years.

## CONTRIBUTION

None

## SUBROGATION

We will subrogate against Liberty Mutual, and I have made contact with their adjuster. According to the adjuster, they have accepted liability and will not allow their insured to give us a statement.

## FURTHER INVESTIGATION

Review police report when it comes in.

## DEMANDS, OFFERS, SETTLEMENTS, FUTURE HANDLING

I sent the insured all of the forms to complete for her medical claim and will process these when they are returned.

CD2114A (3/10/2008)

UF000034

## ADVERSE CARRIER'S LIABILITY LIMITS

Unknown

## RESERVE RECOMMENDATIONS

Verified in ACS today? ☒Yes   ☐No          Reserves Adequate? ☒Yes   ☐No

Reserve amounts, analysis and recommendations:

Claimant #1 Debbi Plucker:
MP:  $1,250 reserved, $5,000 limit.
Reserves are good.

## PICTURES

No

## RISK ANALYSIS FORM NECESSARY?

No

## AGENT ADVISED

Yes

## NEXT REPORT DUE

60 days to 8/6/11

## OTHER COMMENTS

CD2114A (3/10/2008)

UF000035

UNITED FIRE & CASUALTY COMPANY
PO BOX 73909
CEDAR RAPIDS, IA 52407-3909
FAX   800-863-1703
PHONE 800-343-9131

MAY 25 2011

230299
BRENNER & JUSTICE INS INC
3701 W 49TH ST, STE 201
SIOUX FALLS, SD  57106

RE:Claim Number:    4001032727
    Insured:        PLUCKER DEBBIE
    Ins. Driver:    DEBBIE PLUCKER
    Policy Number:  90625038
    Date of Loss:   05-24-2011
    Loss Location:  I-29 N AT (MRM 071-63 + .108 HARRISBURG SD

    Claimant:       DEBBIE PLUCKER


We acknowledge receipt of the notice of loss for the above captioned
claim. The adjuster assigned to this claim is:


                    SHERRI WADE
                    PO BOX 73909
                    CEDAR RAPIDS, IA  52407

                    Phone No:  319-399-5758
                    Branch Fax:  800-863-1703

The adjuster will make every effort to contact the insured and/or
claimant promptly.  Please direct any inquiries regarding this claim
to the adjuster.

If you are unable to contact the adjuster and need immediate
assistance please call the office as shown on this letterhead.



Sincerely,


UNITED FIRE & CASUALTY COMPANY
Claims Department


UF000036

To: BRENNER JUDY MAE;
From: KHARRIS
Cc:
Bcc:
Subject: agent update for your file
Date/Time Sent: 2/21/2012 12:44 PM

================BEGINNING OF MESSAGE================

Drawer: CLMS
FileNo: 4001032727

================END OF MESSAGE================

Attached Files:
IR110000.tif

UF000037

 UNITED FIRE GROUP®

United Fire & Casualty Company
United Life Insurance Company
Addison Insurance Company
Lafayette Insurance Company
United Fire & Indemnity Company
United Fire Lloyds
Texas General Indemnity Company

*emailed 2-21-12 kkh*

FEBRUARY 21 2012

23-0299
BRENNER & JUSTICE INS INC
Email Delivery judy.brenner@midconetwork.com

## CLAIM STATUS REPORT

Re:  Claim No.:      4001032727
     Insured:        PLUCKER DEBBIE
     Date of Loss:   05/24/2011
     Policy No.:     110  90625038

*Reserves & Payments*:

| | | |
|---|---|---|
| Total Payments Made To Date: | $ | 0.00 |
| Remaining (Outstanding) Reserves: | $ | 1,250.00 |
| Total Incurred: | $ | 1,259.50 |

*Accident/Injury Description*:  A tire came off the clmt vehicle, bounced across the highway, hit another vehicle and came back to hit the insd vehicle.

*Current Status*:  The insd has not submitted her med auth so I have not been able to assist her. It appears that she is going to settle with the other carrier directly but since that hasn't happened yet I leave the file open on a precautionary basis. I am going to follow-up with the other carrier in July and will update you at the same time as well.

If you have any questions please contact this adjuster at:  319-399-5758

SHERRI WADE
CLAIMS REPRESENTATIVE TC

CONFIDENTIALITY NOTICE:  The information on this page contains confidential information belonging to the Sender and which are legally privileged.  The information is intended only for the use of the individual or entity named above.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action regarding any of the contents of this information is strictly prohibited.  If you have received this in error, please immediately notify the Sender at the below WATS number.  Our office will reimburse you for the costs of receiving the documents and returning them to us.  Thank you.

118 Second Avenue SE, PO Box 73909, Cedar Rapids, IA  62407-3909
Phone: 319-398-5700  Wats:  800-343-9131

AGENT CLAIM STATUS UPDATE (2/21/2012)

UF000038

 UNITED FIRE GROUP®

United Fire & Casualty Company
United Life Insurance Company
Addison Insurance Company
Lafayette Insurance Company
United Fire & Indemnity Company
United Fire Lloyds
Texas General Indemnity Company

FEBRUARY 21 2012

23-0299
BRENNER & JUSTICE INS INC
Email Delivery judy.brenner@midconetwork.com

### CLAIM STATUS REPORT

Re:   Claim No.:      4001032727
      Insured:        PLUCKER DEBBIE
      Date of Loss:   05/24/2011
      Policy No.:     110  90625038

*Reserves & Payments*:

| | | |
|---|---|---|
| Total Payments Made To Date: | $ | 0.00 |
| Remaining (Outstanding) Reserves: | $ | 1,250.00 |
| Total Incurred: | $ | 1,259.50 |

*Accident/Injury Description*:   A tire came off the clmt vehicle, bounced across the highway, hit another vehicle and came back to hit the insd vehicle.

*Current Status*:  The insd has not submitted her med auth so I have not been able to assist her. It appears that she is going to settle with the other carrier directly but since that hasn't happened yet I leave the file open on a precautionary basis. I am going to follow-up with the other carrier in July and will update you at the same time as well.

If you have any questions please contact this adjuster at:  319-399-5758

SHERRI WADE
CLAIMS REPRESENTATIVE TC

CONFIDENTIALITY NOTICE: The information on this page contains confidential information belonging to the Sender and which are legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action regarding any of the contents of this information is strictly prohibited. If you have received in error, please immediately notify the Sender at the below WATS number. Our office will reimburse you for the costs of receiving the documents and returning them to us. Thank you.

118 Second Avenue SE, PO Box 73909, Cedar Rapids, IA  52407-3909
Phone: 319-399-5700  Watts: 800-343-9131

AGENT CLAIM STATUS UPDATE (2/21/2012)

UF000039

To: BRENNER JUDY MAE;
From: KHARRIS
Cc:
Bcc:
Subject: agent update for your file
Date/Time Sent: 11/16/2011 3:00 PM

========================BEGINNING OF MESSAGE========================

Drawer: CLMS
FileNo: 4001032727

========================END OF MESSAGE========================

Attached Files:
IR110000.tif

UF000040

 **UNITED FIRE GROUP®**

United Fire & Casualty Company
United Life Insurance Company
Addison Insurance Company
Lafayette Insurance Company
United Fire & Indemnity Company
United Fire Lloyds
Texas General Indemnity Company

NOVEMBER 16 2011          emailed 11-16-11

23-0299
BRENNER & JUSTICE INS INC
Email Delivery judy.brenner@mldconetwork.com

## CLAIM STATUS REPORT

Re:  Claim No.:      4001032727
     Insured:        PLUCKER DEBBIE
     Date of Loss:   05/24/2011
     Policy No.:     110  90625038

*Reserves & Payments*:

| | | |
|---|---|---|
| Total Payments Made To Date: | $ | 0.00 |
| Remaining (Outstanding) Reserves: | $ | 1,250.00 |
| Total Incurred: | $ | 1,259.50 |

*Accident/Injury Description*:  A tire came off the clmt vehicle, bounced across the highway, hit another vehicle and then hit the insd vehicle.

*Current Status*:  The insd has not ever sent her medical authorization to us so we have not handled her medical claim yet. As I understand it, the other carrier intends to pay these meds directly to the provider but I am leaving my file open until this is done. If the insd decides to return the med auth, she can go through us yet.

If you have any questions please contact this adjuster at:  319-399-5758

SHERRI WADE
CLAIMS REPRESENTATIVE TC

CONFIDENTIALITY NOTICE: The information on this page contains confidential information belonging to the Sender and which are legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action regarding any of the contents of this information is strictly prohibited. If you have received in error, please immediately notify the Sender at the below WATS number. Our office will reimburse you for the costs of receiving the documents and returning them to us. Thank you.

118 Second Avenue SE, PO Box 73909, Cedar Rapids, IA  52407-3909
Phone: 319-399-5700  Wats: 800-343-9131

AGENT CLAIM STATUS UPDATE (11/16/2011)

UF000041

 UNITED FIRE GROUP®

United Fire & Casualty Company
United Life Insurance Company
Addison Insurance Company
Lafayette Insurance Company
United Fire & Indemnity Company
United Fire Lloyds
Texas General Indemnity Company

NOVEMBER 16 2011

23-0299
BRENNER & JUSTICE INS INC
Email Delivery Judy.brenner@midconetwork.com

### CLAIM STATUS REPORT

Re:    Claim No.:        4001032727
       Insured:          PLUCKER DEBBIE
       Date of Loss:     05/24/2011
       Policy No.:       110  90625038

*Reserves & Payments:*

|  |  |  |
|---|---|---|
| Total Payments Made To Date: | $ | 0.00 |
| Remaining (Outstanding) Reserves: | $ | 1,250.00 |
| Total Incurred: | $ | 1,259.50 |

*Accident/Injury Description:*  A tire came off the clmt vehicle, bounced across the highway, hit another vehicle and then hit the insd vehicle.

*Current Status:*  The insd has not ever sent her medical authorization to us so we have not handled her medical claim yet. As I understand it, the other carrier intends to pay these meds directly to the provider but I am leaving my file open until this is done. If the insd decides to return the med auth, she can go through us yet.

If you have any questions please contact this adjuster at:  319-399-5758

SHERRI WADE
CLAIMS REPRESENTATIVE TC

CONFIDENTIALITY NOTICE:  The information on this page contains confidential information belonging to the Sender and which are legally privileged.  The information is intended only for the use of the individual or entity named above.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action regarding any of the contents of this information is strictly prohibited.  If you have received in error, please immediately notify the Sender at the below WATS number.  Our office will reimburse you for the costs of receiving the documents and returning them to us.  Thank you.

118 Second Avenue SE, PO Box 73909, Cedar Rapids, IA  52407-3909
Phone: 319-399-5700  Watts: 800-343-9131

AGENT CLAIM STATUS UPDATE (11/16/2011)

UF000042

To: BRENNER JUDY MAE;
From: KHARRIS
Cc:
Bcc:
Subject: agent update for your file
Date/Time Sent: 8/24/2011 10:16 AM

============================BEGINNING OF MESSAGE============================

Drawer: CLMS
FileNo: 4001032727

============================END OF MESSAGE============================

Attached Files:
IR110000.tif

UF000043

 UNITED FIRE GROUP®

*emailed 8-24-11 kkh*

United Fire & Casualty Company
United Life Insurance Company
Addison Insurance Company
Lafayette Insurance Company
United Fire & Indemnity Company
United Fire Lloyds
Texas General Indemnity Company

AUGUST 24 2011

23-0299
BRENNER & JUSTICE INS INC
Email Delivery judy.brenner@midconetwork.com

## CLAIM STATUS REPORT

Re:  Claim No.:       4001032727
     Insured:         PLUCKER DEBBIE
     Date of Loss:    05/24/2011
     Policy No.:      110    90625038

*Reserves & Payments:*

| | | |
|---|---|---|
| Total Payments Made To Date: | $ | 0.00 |
| Remaining (Outstanding) Reserves: | $ | 1,250.00 |
| Total Incurred: | $ | 1,259.50 |

*Accident/Injury Description:*  A semi tire came off a semi in the opposing lane, crossed in front of the insd vehicle, bounced off the semi next to her and struck her vehicle.

*Current Status:* As you know the insd does not want to return the medical authorization so we have been unable to process her claim. Hopefully the insd will return this form soon.

If you have any questions please contact this adjuster at:   319-399-5758

SHERRI WADE
CLAIMS REPRESENTATIVE TC

CONFIDENTIALITY NOTICE: The information on this page contains confidential information belonging to the Sender and which are legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action regarding any of the contents of this information is strictly prohibited. If you have received in error, please immediately notify the Sender at the below WATS number. Our office will reimburse you for the costs of receiving the documents and returning them to us. Thank you.

118 Second Avenue SE, PO Box 73909, Cedar Rapids, IA 52407-3909
Phone: 319-399-5700  Watts: 800-343-9131

AGENT CLAIM STATUS UPDATE (8/24/2011)

UF000044

 UNITED FIRE GROUP®

United Fire & Casualty Company
United Life Insurance Company
Addison Insurance Company
Lafayette Insurance Company
United Fire & Indemnity Company
United Fire Lloyds
Texas General Indemnity Company

AUGUST 24 2011

23-0299
BRENNER & JUSTICE INS INC
Email Delivery judy.brenner@midconetwork.com

## CLAIM STATUS REPORT

Re:   Claim No.:     4001032727
      Insured:      PLUCKER DEBBIE
      Date of Loss:   05/24/2011
      Policy No.:   110     90625038

*Reserves & Payments*:

| | | |
|---|---|---:|
| Total Payments Made To Date: | $ | 0.00 |
| Remaining (Outstanding) Reserves: | $ | 1,250.00 |
| Total Incurred: | $ | 1,259.50 |

*Accident/Injury Description*:  A semi tire came off a semi in the opposing lane, crossed in front of the insd vehicle, bounced off the semi next to her and struck her vehicle.

*Current Status:* As you know the insd does not want to return the medical authorization so we have been unable to process her claim. Hopefully the insd will return this form soon.

If you have any questions please contact this adjuster at:  319-399-5758

SHERRI WADE
CLAIMS REPRESENTATIVE TC

CONFIDENTIALITY NOTICE:  The information on this page contains confidential information belonging to the Sender and which are legally privileged.  The information is intended only for the use of the individual or entity named above.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action regarding any of the contents of this information is strictly prohibited.  If you have received in error, please immediately notify the Sender at the below WATS number.  Our office will reimburse you for the costs of receiving this document and returning them to us.  Thank you.

118 Second Avenue SE, PO Box 73909, Cedar Rapids, IA  52407-3909
Phone: 319-399-5700  Wats:  800-343-9131

AGENT CLAIM STATUS UPDATE (8/24/2011)

UF000045

5/26/2011 11:11:09 AM - SWADE-Sherri Wade
CLMS - 4001032727
I left message for the other driver and the other carrier to call.

5/25/2011 4:22:28 PM - SWADE-Sherri Wade
CLMS - 4001032727
I obtained the insd's stmt.

5/25/2011 2:19:01 PM - SWADE-Sherri Wade
CLMS - 4001032727
I left the insd a message to call.

========= POSTED ON IRSERVER =========
05-25-2011 08:09:49   SCHEDL4 - Scheduler 4
CLMS - 4001032727

Claim Representative assigned to loss.

UF000046

UNITED FIRE & CASUALTY COMPANY
PO BOX 73909
CEDAR RAPIDS, IA 52407-3909
FAX    800-863-1703
PHONE 800-343-9131

MAY 25 2011

230299
BRENNER & JUSTICE INS INC
3701 W 49TH ST, STE 201
SIOUX FALLS, SD  57106

RE:Claim Number:    4001032727
    Insured:        PLUCKER DEBBIE
    Ins. Driver:    DEBBIE PLUCKER
    Policy Number:  90625038
    Date of Loss:   05-24-2011
    Loss Location:  I-29 N AT (MRM 071-63 + .108 HARRISBURG SD

    Claimant:       DEBBIE PLUCKER

We acknowledge receipt of the notice of loss for the above captioned
claim. The adjuster assigned to this claim is:

            SHERRI WADE
            PO BOX 73909
            CEDAR RAPIDS, IA  52407

            Phone No:  319-399-5758
            Branch Fax:  800-863-1703

The adjuster will make every effort to contact the insured and/or
claimant promptly.  Please direct any inquiries regarding this claim
to the adjuster.

If you are unable to contact the adjuster and need immediate
assistance please call the office as shown on this letterhead.


Sincerely,


UNITED FIRE & CASUALTY COMPANY
Claims Department

UF000047

07/05/2011 10:18 AM

 **MSPRC**      👆 Learn about your letter at *www.msprc.info*   **CMS**

July 1, 2011

2037 1 MB 0.390
***AUTO**MIXED AADC 720 R:2037 T:12 P:15 PC:5 F:8301
UNITED FIRE GROUP
PO BOX 73909
CEDAR RAPIDS, IA 52407-3909

||₁₁¹¹|||₁||₁|₁|¹₁¹₁¹|₁₁|₁|||||¹₁₁|||₁|¹₁¹¹||₁₁¹₁||₁||¹||₁₁¹¹              Reviewed slg 07/05/2011 15:46



SUBJECT:    Medicare Secondary Payer Rights and Responsibilities
            Beneficiary Name: PLUCKER, DEBBIE L
            Medicare Number: (
            Case Identification Number: 201117409001096
            Insurer Claim Number: NOT AVAILABLE
            Insurer Policy Number: 4001032727
            Date of Incident: May 24, 2011

Dear UNITED FIRE GROUP:

**Please note that if we know that you have an attorney or other individual representing you in this matter, we are sending him/her a copy of this letter. If you have an attorney or other representative for this matter and his/her name is not at the end of this letter indicating that he/she is receiving a copy, please contact us immediately. If you have any questions regarding this letter and are represented by an attorney or other individual in this matter, you may wish to talk to your representative before contacting us.**

We understand that you have made a claim against other insurance or workers' compensation. This letter is to let you know:

- What your responsibilities are as a Medicare beneficiary in connection with your claim;
- What information we need if you have a representative;
- What information we are requesting regarding your claim;
- What additional information you may receive on claims Medicare paid on your behalf on or after your date of incident;
- What information we need if there is a settlement, judgment, award or other payment for your claim (or if your claim is dismissed or otherwise abandoned);
- How to contact us (the MSPRC).

UF000048

07/05/2011 10:18 AM

 **MSPRC**    Learn about your letter at *www.msprc.info*   

## Your Responsibilities as a Medicare Beneficiary

- When no-fault insurance, liability insurance or workers' compensation is available to you, it must pay before Medicare pays. Some examples of no-fault and liability insurance include automobile or homeowners' medical payments coverage or personal injury protection, automobile liability or no-fault insurance, liability insurance which pays you because another individual or entity is negligent, malpractice insurance, etc.
- Medicare makes "conditional" payments while your insurance or workers' compensation claim is pending to ensure that you receive the medical services you need in a timely manner.
- Once you receive a settlement, judgment, award or other payment for your insurance or workers' compensation claim, Medicare will determine if it has a recovery claim which must be repaid to the Medicare program. If Medicare determines that it has a recovery claim, you will be provided with a demand letter, which will include applicable appeal and waiver of recovery rights. Medicare will not take any collection action during the pendency of any appeal or waiver request. (The applicable law can be found at 42 U.S.C. 1395y(b)(2)(A) & (B). )

## Information We Need If You Have a Representative

If someone is acting as your representative (that is, an attorney or other individual who is acting on your behalf), you should have the following information sent to us so we can communicate directly with your representative as well as with you.

- If your representative is an attorney, he/she should send us a copy of the agreement you signed when you retained the attorney. The agreement should also be signed or countersigned and dated by the attorney; be on the attorney's letterhead (or have a cover letter from the attorney); and have your name and Medicare Health Insurance Claim Number (the number on your Medicare card) at the top of the document. This will act as proof that this attorney is representing you, may act on your behalf, and receive your Medicare claims information directly from us.
- If someone other than an attorney is your representative, you must send a letter that is signed and dated, telling us that he/she is your representative and the date of the incident or injury for which he/she is acting as your representative. Please include your name and Medicare Health Insurance Claim Number at the top of the letter so that we can easily associate your agreement with your file. Your representative must also sign and date the letter to show that he/she has agreed to represent you. (Model language for proof of representation is available on our website at www.msprc.info.)

As we stated at the beginning of this letter, if we have information that you have a representative, we are copying him/her on this letter. Your representative can take care of submitting this

PO BOX 138832
OKLAHOMA CITY, OK 73113

SOLICBNGHP
Page 2 of 7

07/05/2011 10:18 AM

 MSPRC       Learn about your letter at *www.msprc.info*      

information to us.  (However, if your representative's name is not shown at the end of this letter, please give a copy of this letter to your representative.)

### Information Requested Regarding Your Insurance or Workers' Compensation Claim

We are requesting that your representative send us the name, address, and telephone number of the insurer or workers' compensation carrier involved and, if available, the policy number, claim number, and claim adjuster's name. (If you do not have a representative, we ask that you send us this information.)

If we have a name and address for the insurer or workers' compensation, we are copying them on this letter.  However, we may not have more specific information, such as the claims adjuster you are working with, so we are requesting that you send us the complete information.

### Information Regarding Claims Medicare Paid On Your Behalf on or After Your Date of Incident

Beneficiary representatives often ask us what "conditional" payments Medicare made on or after your date of incident.  "Conditional" payments are those Medicare payments that are related to your pending insurance or workers' compensation claim.

**Within sixty-five days from the date of this letter,** you will receive a Conditional Payment Letter (CPL) which will show you the conditional payments Medicare has made on your behalf at that time, based upon the available information (an interim conditional payment amount).  If you have an attorney or other representative, and we have appropriate proof of representation, we will also send a copy of this information to your representative.  If we do not have the appropriate proof of representation, only you will receive the CPL; however upon receiving the appropriate proof of representation, a copy of the CPL will be forwarded to the authorized representative. (Please see the section above for information on appropriate proof of representation documentation.)

If your claim is for no-fault insurance or workers' compensation benefits, a copy of the CPL will be sent to the no-fault insurer or workers' compensation carrier if we have their information.

**Please do not submit a request for a CPL because we will send one to you automatically as soon as the information is available.  A separate request will not make the information available faster.**

Once we send the CPL, we will also post this conditional payment information under the "MyMSP" tab of the www.mymedicare.gov website.  The information at www.mymedicare.gov will be updated weekly with any newly processed claims.  If you wish, you can also keep track of the medical expenses that were paid by Medicare, and if you have an attorney or other

Medicare Secondary Payer Recovery Contractor
PO BOX 138832
OKLAHOMA CITY, OK 73113

UF000050

**07/05/2011 10:18 AM**

 MSPRC     Learn about your letter at *www.msprc.info*    

representative, provide him/her with this information. This may assist him/her with finalizing your settlement.

**Information We Need If There Is a Settlement, Judgment, Award, or Other Payment (or If Your Claim Is Dismissed or Otherwise Abandoned)**

Once you have a settlement, judgment, award, or other payment for your claim, if you have a representative, he/she should send us the following information.  (If you do not have a representative, <u>you</u> will need to send us this information.)

- A copy of the settlement, judgment, award or other document regarding payment indicating the appropriate date and the total amount of the settlement, judgment, award or other payment.
- An itemized statement of attorney fees and other procurement costs that you are paying.

If settlement information is received by us prior to the CPL being issued to you, a Conditional Payment Notice (CPN) will be issued instead.  The CPN gives you and/or your representative a specific timeframe to review and/or respond before the demand is issued.

If your claim has been dismissed or otherwise abandoned without a settlement, judgment, award, or other payment, please send us documentation of these actions so that we may close our record of this incident.

**Mailing or Faxing Information to the MSPRC**

Please use a copy of the enclosed "Correspondence Cover Sheet" whenever you or your representative submit any correspondence pertaining to the incident identified in the subject field of this letter.  This cover sheet includes our address information and is pre-filled with information that will facilitate processing your correspondence.  If you do not include a copy of this cover sheet, please include your name and your Medicare Health Insurance Claim Number (the number on your Medicare card) on all correspondence.  This will allow us to associate the correspondence with the appropriate records.

Medicare Secondary Payer Recovery Contractor
PO BOX 138832
OKLAHOMA CITY, OK 73113

SGLICBNGHP
Page 4 of 7

UF000051

07/05/2011 10:18 AM

 **MSPRC**    Learn about your letter at *www.msprc.info*

Attached is a Privacy Act Statement that explains your privacy rights. You may be interested in the enclosed brochure about the MSPRC and the recovery process.

Sincerely,

MSP Recovery Contractor

Enclosures:
Privacy Statement
Medicare Secondary Payer Recovery Contractor Brochure
Correspondence Cover Sheet



CC: DEBBIE L PLUCKER



---

Medicare Secondary Payer Recovery Contractor
PO BOX 138832
OKLAHOMA CITY, OK 73113

SGLICBNGHP
Page 5 of 7

UF000052

07/05/2011 10:18 AM

 MSPRC

 Learn about your letter at *www.msprc.info*



### NOTICE TO BENEFICIARY ABOUT THE COLLECTION AND USE OF MEDICARE INFORMATION (PRIVACY ACT STATEMENT)



The Social Security Act mandates the collection of this information. The purpose of collecting this information is to properly pay medical insurance benefits to you or on your behalf.

Information collected may be given to health insurance providers and suppliers of services (and their authorized billing agents) directly or through fiscal intermediaries or carriers, for administration of Title XVIII; and to an individual or organization for a research evaluation, or epidemiological project related to the prevention of disease or disability, or the restoration or maintenance of health.

The identification number we are using is your Medicare Health Insurance Number. While furnishing the information on this form is voluntary, the Medicare program may not be able to make accurate claims payment when the requested information is not available in its records.

Public Law 100-503, the computer Matching and privacy Protection Act of 1988, permits the government to verify information by way of computer matches. Anyone who knowingly and willfully makes, or causes to be made, a false statement or representation of a material fact for use in determining a right to payment under the Social Security Act commits a crime punishable under Federal law by fine, imprisonment, or both.

According to the paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information is 0938-0214. The time required to complete this information collection is estimated to average 5 minutes per responder, including the time to review instructions, search existing data resources, gather the data needed, and complete and review the information collection. If you have any suggestions for improving this form, please write to: CMS, Attn: PRA Reports Clearance Officer, 7500 Security Boulevard, Baltimore, Maryland 21244-1850.

Medicare Secondary Payer Recovery Contractor
PO BOX 138832
OKLAHOMA CITY, OK 73113

SGLICBNGHP
Page 6 of 7

UF000053

07/05/2011 10:18 AM

MSPRC  Learn about your letter at *www.msprc.info* 

# Correspondence Cover Sheet

Beneficiary's Name:       PLUCKER, DEBBIE L
Medicare Number:
Date of Incident:         May 24, 2011
Case Identification Number: 201117409001096
Insurer Policy Number:    4001032727
Insurer Claim Number:     NOT AVAILABLE

This cover sheet is for your use when mailing or faxing in correspondence to the MSPRC. Please retain a COPY of this cover sheet for any future correspondence. The information above will ensure accuracy when handling your case documentation.



Please indicate the type of correspondence you are submitting to the MSPRC to facilitate routing. Check all that apply:

☐ Check
☐ Settlement information
☐ Retainer agreement or other authorization documentation
☐ Other _____

<u>Note:</u> A Conditional Payment Letter is sent automatically within 65 days of this letter, or as soon as the information is available. **Separate requests for initial Conditional Payment Amounts will not make Conditional Payment information available sooner.**

In order to accurately associate claims to your case, please include a description of the injury. (i.e.: Knee, Physical Therapy, Slip and Fall, Lumbar Injury...)

_____
_____
_____
_____

<u>Submit correspondence to the MSPRC address listed below:</u>

*Liability Insurance or No Fault Insurance Workers' Compensation:*

Medicare Secondary Payer Recovery Contractor
PO BOX 138832
OKLAHOMA CITY, OK  73113
1-405-869-3309

07/05/2011 08:52 AM





MEDICARE - Coordination of Benefits
1-800-999-1118 or (TTY/TDD): 1-800-318-8782

****FIRST CLASS MAIL– R:7510 T: P: F:53099          June 27, 2011
UNITED FIRE GROUP
PO BOX 73309
CEDAR RAPIDS IA   52407-3909

007510007510

DEAR UNITED FIRE GROUP:

RE: Beneficiary Name: DEBBIE L PLUCKER
HIC#:
Policyholder/Subscriber Name:
Policy/Claim Number: 4001032727
Date of Illness/Injury:
Check Date:
Check Number:
Check Amount: $0.00

4S47878726 74 – 0018 –

Medicare received a voluntary refund and/or information indicating that you have
primary payment responsibility for medical services provided to the beneficiary noted
above. The refund and/or information received contains insufficient information,
therefore Medicare is unable to properly update its internal records and adjust any
previously paid claims. *A response is necessary within 10 days.*

In order to accurately update our records, please call our toll free customer service line at:
1-800-999-1118 or 1-800-318-8782 for the hearing impaired or complete the enclosed
questionnaire and return it in the enclosed courtesy reply envelope. Failure to respond
timely could result in the incorrect payment of your medical claims.

Enclosure: Questionnaire

Continued...

MSPO53099:MCV34F:06/27/2011

UF000066

07/05/2011 08:52 AM

### NOTICE TO PATIENT ABOUT THE COLLECTION
### AND USE OF MEDICARE INFORMATION
### (PRIVACY ACT STATEMENT)

The Social Security Act mandates the collection of this information. The purpose of collecting this information is to properly pay medical insurance benefits to you or on your behalf.

Information collected may be given to health insurance providers and suppliers of services (and their authorized billing agents) directly or through fiscal intermediaries or carriers, for administration of title XVIII; and to an individual or organization for a research evaluation, or epidemiological project related to the prevention of disease or disability, or the restoration or maintenance of health.

The identification number we are using is your Medicare Health Insurance Number. While furnishing the information on this form is voluntary, the Medicare program may not be able to make accurate claims payment when the requested information is not available in its records.

Public Law 100-503, the Computer Matching and Privacy Protection Act of 1988 permits the government to verify information by way of computer matches. Anyone who knowingly and willfully makes or causes to be made a false statement or representation of a material fact for use in determining a right to payment under the Social Security Act commits a crime punishable under Federal law by fine, imprisonment, or both.

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0938-0214. The time required to complete this information collection is estimated to average 5 minutes per responder, including the time to review instructions, search existing data resources, gather the data needed, and complete and review the information collection. If you have any suggestions for improving this form, please write to: CMS, Attn: PRA Reports Clearance Officer, 7500 Security Boulevard, Baltimore, Maryland 21244-1850.

## COMPLETED QUESTIONNAIRES SHOULD BE RETURNED TO THE BELOW ADDRESS, USING THE ENCLOSED ENVELOPE:

MEDICARE-COORDINATION OF BENEFITS CONTRACTOR
MSP Claims Investigation Project
PO BOX 33847
DETROIT, MI 48232-5847

07/05/2011 08:52 AM

## MEDICARE SECONDARY PAYER DEVELOPMENT

| NAME | MEDICARE HEALTH INSURANCE CLAIM NUMBER |
|---|---|
| DEBBIE L PLUCKER | |

**INSTRUCTIONS:** This form will be read by a computer. Please print as shown below. Stay within the boxes. Use CAPITAL letters. Mark boxes with an X. **USE BLACK OR BLUE INK.**

EXAMPLE  | A | B | C | | | | 1 | 2 | 3 | |

### SECTION A - INFORMATION ABOUT YOU

1) Do YOU have any group health plan coverage based upon your current employment?

YES ☐   NO ☐   (If NO, go to SECTION B)

2) How many employees, including yourself, work for the employer from whom you have health insurance?

Don't Know ☐   1-19 ☐   20-99 ☐   100 or More ☐   (If less than 20, go to SECTION B)

Please provide information about the employer and the employer group health plan in the spaces below:

EMPLOYER NAME

ADDRESS

ADDRESS

CITY            STATE   ZIP

NAME OF GROUP HEALTH PLAN

ADDRESS

ADDRESS

CITY            STATE   ZIP

DATE INSURANCE COVERAGE BEGAN       POLICY NUMBER

M  M    D  D    Y  Y  Y  Y

TYPE OF INSURANCE:  HOSPITAL/MEDICAL ☐    HOSPITAL ONLY ☐    MEDICAL ONLY (DOCTOR/SUPPLIER) ☐

3) Does your group health plan cover prescription drugs?  YES ☐ .  NO ☐   (If NO, go to SECTION B)
Please use your insurance card to provide the following information if available:

Rx GROUP                    Rx PCN

MEMBER ID                    Rx BIN

### SECTION B - INFORMATION ABOUT YOUR SPOUSE/OTHER FAMILY MEMBER

1) Do YOU have any group health plan coverage based upon your spouse's/other family member's current employment?   YES ☐   NO ☐   (if NO, go to SECTION C)

2) How many employees, including your spouse/other family member, work for the employer from whom they have health insurance?   Don't Know ☐   1-19 ☐   20-99 ☐   100 or more ☐
(If less than 20, go to SECTION C)

OMB # 0938-0214

(TURN PAGE OVER)

MSPO53099:MSPA1F:08/27/2011

07/05/2011 08:52 AM

## SECTION B – INFORMATION ABOUT YOUR SPOUSE/OTHER FAMILY MEMBER, CONTINUED

Policy Holder/Subscriber's First Name

Policy Holder/Subscriber's Social Security Number

Policy Holder/Subscriber's Last Name

Please provide information about the employer and the employer group health plan in the spaces below:

EMPLOYER NAME

ADDRESS

ADDRESS

CITY                    STATE    ZIP

NAME OF GROUP HEALTH PLAN

ADDRESS

ADDRESS

CITY                    STATE    ZIP

DATE INSURANCE COVERAGE BEGAN     POLICY NUMBER

M   M     D   D     Y   Y   Y   Y

TYPE OF INSURANCE:  HOSPITAL/MEDICAL ☐    HOSPITAL ONLY ☐    MEDICAL ONLY (DOCTOR/SUPPLIER) ☐

3)  Does your family member/spouse's group health plan cover prescription drugs?
    YES ☐   NO ☐    (IF NO, STOP, go to SECTION C)

Please use your insurance card to provide the following information, if available:

Rx GROUP                                Rx PCN

MEMBER ID                               Rx BIN

## SECTION C – MORE INFORMATION ABOUT YOU

1)  Are YOU receiving Black Lung Benefits?                              YES ☐      NO ☐
2)  Are YOU receiving Workers' Compensation benefits?                   YES ☐      NO ☐
3)  Are YOU receiving treatment for an injury or illness which another party could be held liable or could be
    covered under no-fault or auto insurance?                           YES ☐      NO ☐

**STOP**   If YOU answered YES to any questions in this section, go to SECTION D
           If YOU answered NO to all of these questions, sign below and return this form only.

Your Signature                          AREA CODE     PHONE NUMBER

OMB # 0938-0214                                        (CONTINUED ON NEXT PAGE)

007510007510

07/05/2011 08:52 AM

## MEDICARE SECONDARY PAYER DEVELOPMENT, CONTINUED

| NAME | MEDICARE HEALTH INSURANCE CLAIM NUMBER |
|---|---|
| DEBBIE L PLUCKER | 478787267A |

### SECTION D - MORE INFORMATION ABOUT YOU

1) If YOU are getting Black Lung (Coal Miner's) Medical Benefits, print the date the benefits began.

☐☐ — ☐☐ — ☐☐☐☐
M M    D D    Y Y Y Y

2) If YOU are now receiving any medical services related to an illness or injury which occurred on the job, for which YOU have or will file a Workers' Compensation claim, print the date of illness or injury.

☐☐ — ☐☐ — ☐☐☐☐
M M    D D    Y Y Y Y

Please provide information about the employer and the employer, insurance carrier, and attorney in the spaces below:

EMPLOYER NAME

ADDRESS

ADDRESS

CITY                        STATE    ZIP

NAME OF INSURANCE CARRIER

ADDRESS

ADDRESS

CITY                        STATE    ZIP

POLICY or CLAIM NUMBER

NAME OF ATTORNEY (If Applicable)

ADDRESS

ADDRESS

CITY                        STATE    ZIP

BRIEF DESCRIPTION OF ILLNESS OR INJURY

OMB # 0938-0214

(TURN PAGE OVER)

MSPO53099:MSPA3F:06/27/2011

07/05/2011 08:52 AM

## SECTION D - MORE INFORMATION ABOUT YOU, CONTINUED

3) If YOU are now getting any treatment for an illness or injury for which another party could be held liable, please print the date of illness or injury: ☐ ☐ — ☐ ☐ — ☐ ☐ ☐ ☐
M  M   D  D   Y  Y  Y  Y

NAME OF INSURANCE CARRIER

ADDRESS

ADDRESS

CITY                STATE   ZIP

POLICY or CLAIM NUMBER

NAME OF ATTORNEY (If Applicable)

ADDRESS

ADDRESS

CITY                STATE   ZIP

BRIEF DESCRIPTION OF ILLNESS OR INJURY

4) If YOU are now getting any treatment for an illness or injury which could be covered under no-fault or automobile insurance, print the date the of illness or injury: ☐ ☐ — ☐ ☐ — ☐ ☐ ☐ ☐
M  M   D  D   Y  Y  Y  Y

NAME OF INSURANCE CARRIER

ADDRESS

ADDRESS

CITY                STATE   ZIP

POLICY or CLAIM NUMBER

NAME OF ATTORNEY (If Applicable)

ADDRESS

ADDRESS

CITY                STATE   ZIP

BRIEF DESCRIPTION OF ILLNESS OR INJURY

| *Your Signature* | AREA CODE | PHONE NUMBER |

OMB # 0938-0214

UF000060

0075100075 10

May 26, 2011


Medicare Coordination of Benefits
PO Box 33847
Detroit, MI 48232


      RE:    HIC#:
               BENFICIARY: Debbie Plucker
               INCIDENT DATE: 5/24/11
               INSURED: Debbie Plucker
               OUR CLAIM #: 4001032727


To whom it may concern:

Please accept this letter as your report of this incident:

BENEFICIARY ADDRESS: 45730 SD Highway 44, Parker, SD 57053
DOB: .
TYPE OF INCIDENT: Motor Vehicle Accident
LOCATION OF INCIDENT: I-29, Harrisburg, SD
INJURY: Soft tissue – neck & shoulder
EMPLOYER COVERAGE: N/A
ATTORNEY: N/A
BLACK LUNG: Unknown
WORK COMP: N/A

If you have any questions, please feel free to call us at 319-399-5758. Our normal office hours
are Monday through Friday from 8:00am until 4:30pm.

Sincerely,



Sherri Wade, Claims Representative


UF000061

To: New Claims <newclaims@unitedfiregroup.com>
From: "messaging@concordfax.com" <messaging@concordfax.com>
Date: Mon, 20 Jun 2011 07:25:09 -0500
Subject: New 3 pages fax message from 16786946000, LexisNexis

You have received a 3 pages fax at your fax number 18885149190.

The fax was received at 2011/06/20 07:23:23.

Thank you for using Concord Fax Online.

www.concordfax.com

UF000062

**Purpose of use:**      Personal
**Was vehicle used with permission?** Yes
**Was driver injured?**
**Injury description:**
**PROPERTY DAMAGED**

**Property Description:**      1991 Freightliner (we didn't damage it- it damaged us)
**Is property a vehicle?**      Yes
**Is property insured?**      Yes
**Other Carrier:**      ?
**Policy Number:**      ATJZ91453456051
**Damage Description:**      don't know
**Where can damage be seen?**      don't know
**Estimate Amount:**

**Owner:**      Dakotaland, Inc.
**Address:**      PO Box 84038
                  Sioux Falls, SD 57118
**Phone:**

**Driver:**      Frederick Finch
**Address:**      3712 N 7th Ave
                  Sioux Falls, SD 57104
**Phone:**      H: (605)338-0870

**INJURED PARTIES**

**WITNESS**

**ATTACHMENTS**

Plucker.pdf
**REMARKS**

*Reported By:* Insured
**Previously Reported:** NO
*Completed By:* KATHRYN E JUSTICE - KATHY.JUSTICE@MIDCONETWORK.COM

**Remarks:** Insured has filed claim with Dakotaland, Inc. for her vehicle. (The location of the accident is correct mile marker # but the city probably is not. Your system required me to put one in but there isn't one on the HP report and they weren't at a city).

KHARRIS - A

UF000063

4001032727

*UNITED FIRE GROUP*

## Auto Loss Report

**Policy Number:** 90625038
**Account Number:** 237798
**Loss Date:** 05/24/2011 11:00 AM

**Reference Number:** 26106
**Agency:** - 230299
**Reported Date:** 05/24/2011
**Completed Date:** 05/24/2011 4:38 PM

### INSURED

**\*Name:** PLUCKER DEBBIE
**\*Address:** 45730 SD HIGHWAY 44
PARKER, SD 57053
**Email:** dvplucker@aol.com

**\*Phone:** O: (605)728-5595
**Location Code:**
**Marital Status:** Married
**Birth Date:**

### CONTACT

**Name:**
**Address:** 45730 SD HIGHWAY 44
PARKER, SD 57053
**Email:** dvplucker@aol.com

**Phone:** O: (605)728-5595
**Where to Contact:**
**When to Contact:**

### LOSS

**\*Location:** I-29 N at (MRM 071-63 + .108
Harrisburg, SD 57032
**\*Loss Type:** MEDICAL INCOME CLAIM ONLY
**Authority Contacted:** SDHP
**Violations/Citations:** Unknown
**Description:** A semi tractor/trailer rig lost both rear tandems which hit the semi that wasin front of the insured and then bounced off that truck and hit our insured.

**Loss Time:** 11:00 AM
**Report Number:**

### INSURED VEHICLES

| Veh # | Year | Make | Model | Body | VIN | State Plate |
|-------|------|------|-------|------|-----|-------------|
| 14 | 2011 | CHEVROLET | SILVERADO C1500 LT | | 1GCRCSE07BZ331685 | |

**Owner:** Same As Insured
**Address:**

**Phone:**
**Email:**

**Estimate Amount:**
**Where can vehicle be seen?**
**When can vehicle be seen?**
**Damage Description:**             see next page
**Other Insurance:**

### INSURED DRIVER

**\*Name:** DEBBIE PLUCKER
**Address:** 45730 SD HIGHWAY 44
PARKER, SD 57053
**Email:** dvplucker@aol.com

**Phone:** O: (605)728-5595
**Relation to Insured:** Insured
**Birthdate:**
**License Number:** 00588887
**License State:** SD

UF000064



For Customer Support refer to the
appropriate platform below:

**OrderPoint**
800-934-9698
Orderpoint.support@lexisnexis.com

**Accurint for Insurance**
866-277-8407
Accurint.support@lexisnexis.com

**Lexis.com**
Law Firm accounts
800-543-6862

REPORT ATTACHED

PAGE COUNT: 3

---

CLIENT :     3182
DIVISION :   0001
ADJUSTER : XCAE3P
CLAIM :      4001032727(COLL)

TRANSACTION # :   355571301
DATE :            06/17/2011

DATE OF LOSS :   05/24/2011      TIME OF LOSS :
STREET :         I29 N
CITY :           HARRISBURG
COUNTY :         LINCOLN
STATE :          SD

INVESTIGATING AGENCY :   SD HP
REPORT NUMBER :
REPORT TYPE :           Auto Accident
PARTY 1 :               DEBBIE  PLUCKER
PARTY 2 :               FREDERICK  FINCH
PARTY 3 :

CAR :              MAKE :        YEAR :
                   TAG :

DRIVER LICENSE :
ADDITIONAL INFO :
ALSO ASK FOR THE NARRATIVE ON THE POLICE REPORT

POLICY # :
POLICY STATE :
LOSS KIND :

---

NOTE :

---

THANK YOU FOR YOUR ORDER!                    **UF000065**

Auto Accident                                                                    Page 1 of 1

### *Auto Accident Confirmation*

Thank You for Your Order!

Order Date 12:13:55 EDT - Thursday May 26, 2011

Back to Order Form
Order a Different Report Type Using the Current Data

Claim #: 4001032727(coll)
Adjuster ID: XCAE3P
Division Account: AAK 0001
Report Type: Auto Accident
Loss Date: 05/24/2011
Time:
Street: I29 N
Cross Street: close to mile marker 71-63
City: Harrisburg
State: sd
Zip:
County: LINCOLN
1st Party/Driver: Plucker Debbie
Driver License #:
License State:
Birth Date:
SSN:
VIN:
2nd Party Involved: Finch Frederick
3rd Party Involved:
Vehicle Tag #:
Tag State:
Vehicle Year:
Vehicle Make:
Vehicle Model:
Agency Name: South Dakota Highway Patrol
Agency Type: HP
Report #:

UF000066
5/26/2011

Reviewed slg 06/20/2011 09:07

| 1106470 | 05/24/2011 11:00:00AM | City - Rural | | LINCOLN County |
|---|---|---|---|---|
| NICK C JENSEN - South Dakota Highway Patrol | | | | Photos not taken |

**On I 29 N at (MRM 071.63 + .106)**

| Road: I 29 N | | MRM: | 0.00 | | Non-junction |
| Nearest crossing: | 0.37 Miles N of 273 ST | | | | |
| Intersection: | | | | | |
| Latitude: | 43.437313  Longitude: | | -96.796412 | | |

| FHE: | Motor vehicle in transport |
|---|---|
| FHE Loc: | On roadway |

| Road Cond: | Dry | | Manner of Collision: | Angle |
| Surface Type: | Concrete | | Lighting: | Daylight |
| Trafficway: | Two-way, divided, unprotected ( painted >4 feet ) median | | School bus related: | No (school bus not involved) |

**Road Alignment:    Straight and level**

| Work zone related: | No | Work zone locatl | Not applicable |
|---|---|---|---|
| Workers present: | No | Work zone type: | Not applicable |

**Weather**
**Clear**

| Unit:  1 | 2011 CHEV SILVER | Plate: | 61GB20 | Plate State: | SD |
|---|---|---|---|---|---|
| Owner: | PLUCKER, DEBBIE LYNN | | | | |
| | 45730 SD HWY 44 | | | | |
| | PARKER, SD 570535824 | | | | |

| Unit type: | Motor vehicle in transport with driver | | | | |
|---|---|---|---|---|---|
| Cargo body: | No cargo body | | Occupants: | 1 | |
| VIN: | 1GCRCSE07BZ331865 | | Veh config: | Light truck (2 axles, 4 tires) | |
| Maneuver: | Straight ahead | | | | |
| Hit and run: | No | | Vehicle towed: | No | |
| Initial point of impact: | Front | | Most damaged area: | Front | |
| Damage extent: | Minor damage | | Underride/override: | None - no underride or override | |
| Traffic device: | No controls | | Vision Contrib: | None | |
| MHE: | Motor vehicle in transport | | Veh Contrib: | None | |
| Damage Amt: | $2,000.00 | | Road Contrib: | None | |
| Trailer: | No trailer/attachment | | Est Speed: | 75  Driver statement | Speed Limit: | 75 |
| Travel Dir: | Northbound | | | | |
| Insurance: | UNITED FIRE AND CASUALTY CO | | Policy: | 011080625036 | |
| Effective: | 03/30/2011 | | Expiration: | 09/30/2011 | |

**Events**

Motor vehicle in transport

| Unit:  2 | 1991 FRET TT | Plate: | 66275C | Plate State: | SD |
|---|---|---|---|---|---|
| Owner: | DAKOTALAND TRANS INC, | | | | |
| | PO BOX 84058 | | | | |
| | SIOUX FALLS, SD 57118 | | | | |

| Unit type: | Motor vehicle in transport with driver | | | | |
|---|---|---|---|---|---|
| Cargo body: | Van/enclosed box | | Occupants: | 1 | |
| VIN: | 1FUYDXYB0MP396183 | | Veh config: | Tractor/semi-trailer | |
| Maneuver: | Straight ahead | | | | |
| Hit and run: | No | | Vehicle towed: | No | |
| Initial point of impact: | Rear | | Most damaged area: | Rear | |
| Damage extent: | Functional damage | | Underride/override: | None - no underride or override | |
| Traffic device: | No controls | | Vision Contrib: | None | |
| MHE: | Motor vehicle in transport | | Veh Contrib: | Tires | |
| Damage Amt: | $500.00 | | Road Contrib: | None | |
| Trailer: | Semi-trailer/double/triple | | Est Speed: | 45  Driver statement | Speed Limit: | 75 |
| Travel Dir: | Southbound | | | | |
| Insurance: | LIBERTY MUTUAL INS CO | | Policy: | ATJZ91453456051 | |
| Effective: | 01/01/2011 | | Expiration: | 01/01/2012 | |

Carrier:   98        DAKOTALAND TRANSPORTATION INC
PO BOX 84038
SIOUX FALLS SD 57118

Haz mat released:    Not reported                                    GVWR:        0  GCWR:        0

Events
  Equipment failure ( tires,      Motor vehicle in transport
  brakes, etc.)

| Unit 1    PLUCKER, DEBBIE LYNN | | Female |
|---|---|---|
| 45730 SD HWY 44 | | Not transported |
| PARKER SD 570335624 | No injury | |
| DL:   SD    ******6887 | DL Class:   Car/truck/motorcycle | DL Status:   Normal, w/in |
| Age: 51 | Phone: (605) 728-5595 | restrictions |
| Airbag:   Not deployed | DOB: 09/05/1      NO CITATIONS | |
| Seating:   Operator | Ejection:   Not ejected | |
| No drug use | Safety Equip:   Lap belt and shoulder harness used | |
| Drug test refused | No alcohol use | |
|  | Test not given | |
| Driver Contrib | Nonmot Contrib | |
| None | | |

| Unit 2    FINCH, FREDERICK ALBERT | | Male |
|---|---|---|
| 3712 N 7TH AVE | | Not transported |
| SIOUX FALLS SD 571040733 | No injury | |
| DL:   SD    ******7712 | DL Class:   A3 | DL Status:   Normal, w/in |
| Age: 71 | Phone:   (605) 338-0370 | restrictions |
| Airbag:   Not deployed | DOB: | |
| Seating:   Operator | Ejection:   Not ejected | |
| No drug use | Safety Equip:   Lap belt and shoulder harness used | |
| Drug test not given | No alcohol use | |
|  | Test not given | |
| Driver Contrib | Nonmot Contrib | |
| None | | |
| Other | | |

Unit   2    FINCH, FREDERICK ALBERT
 32-15-18      Droping, sifting, or leaking load.



VEHICLE #2 WAS SOUTHBOUND ON I-29 NEAR MP 71.  VEHICLE #1 WAS NORTHBOUND ON I-29 NEAR MP 71.  THE
TIRES ON THE REAR AXLE OF VEHICLE #2'S TRAILER CAME OFF AND CROSSED THE MEDIAN.  ONE OF THE TIRES
CROSSED INTO THE NORTHBOUND LANE WHERE IT WAS RUN OVER BY A NORTHBOUND TRACTOR TRAILER.  THE
TIRE WAS KICKED UP BY THE TRACTOR TRAILER THEN THE TIRE STRUCK VEHICLE #1.  IT WAS LATER DISCOVERED
THE REAR AXLE OF VEHICLE #2'S TRAILER WAS JUST REPLACE 1/2 HOUR BEFORE THE CRASH.  THE MECHANIC
ADMITTED THAT HE MUST HAVE FORGOT TO TIGHTEN THE LUG NUTS.

UF000068

# DRIVER INFORMATION EXCHANGE [1]

| Investigating Agency | | Officer Last Name | Officer First Name | Date of Crash [2] | Time of Crash |
|---|---|---|---|---|---|
| SOUTH DAKOTA HIGHWAY PATROL | | JENSEN | NICK | 06/24/2011 | 11:00 |
| County | City | Location Description | | | |
| 42 - LINCOLN | 0000 | ON I 29 N AT (MRM 071.63 + .108) | | | |

| | Driver Last Name [3] | | Driver First Name | | Street Address | | | Phone | |
|---|---|---|---|---|---|---|---|---|---|
| | PLUCKER | | DEBBIE | | 46730 SD HWY 44 | | | 6057285595 | |
| U | City | | State | Zip Code | Date Of Birth | Driver License Number [4] | | | State |
| | PARKER | | SD | 570635624 | | 00688887 | | | |
| N | Vehicle Owner Last Name | | Owner First Name | | Street Address | | | Phone | |
| I | PLUCKER | | DEBBIE | | 46730 SD HWY 44 | | | | |
| | City | State | Zip Code | Vehicle Make | | Vehicle Model | Vehicle Color | Year | |
| T | PARKER | SD | 570636624 | CHEV | | | SILVER | 2011 | |
| 001 | Vehicle License | Insured By | | | | | Policy Number | | |
| | 61GB20 | 13021 - UNITED FIRE AND CASUALTY CO | | | | | 011090625038 | | |

| | Driver Last Name [3] | | Driver First Name | | Street Address | | | Phone | |
|---|---|---|---|---|---|---|---|---|---|
| | FINCH | | FREDERICK | | 3712 N 7TH AVE | | | 6053380970 | |
| U | City | | State | Zip Code | Date Of Birth | Driver License Number [4] | | | State |
| | SIOUX FALLS | | SD | 571040733 | | 00807712 | | | SD |
| N | Vehicle Owner Last Name | | Owner First Name | | Street Address | | | Phone | |
| I | INC | | DAKOTALAND | | PO BOX 84038 | | | | |
| | City | State | Zip Code | Vehicle Make | | Vehicle Model | Vehicle Color | Year | |
| T | SIOUX FALLS | SD | 57118 | FRET | | | IT | 1991 | |
| 002 | Vehicle License | Insured By | | | | | Policy Number | | |
| | 66275C | 23043 - LIBERTY MUTUAL INS CO | | | | | ATJZ91453456051 | | |

## For a Copy of Your Accident Report

**Department of Public Safety - Office of Accident Records - 118 West Capitol Avenue - Pierre, SD - 57501**

*Enclose $4.00 Check or Money Order, Driver Name, Date of Crash and County. Allow 3-4 Weeks for Return!*

Accident Records 605.773.3868     SDHP Sioux Falls   605.367.5700  ·  Aberdeen   605.626.2286  -  Rapid City   605.394.2286

| (1) | SDCL 32-34-13 | – "Reports pursuant to SDCL 32-34-7 to 32-34-12, inclusive, and the information contained in such reports is not privileged and may not be held confidential. The [State of South Dakota] shall collect four dollars for each request to locate a report on file". |
|---|---|---|
| (2) | SDCL 32-34-7 | – "The driver of any motor vehicle involved in an accident resulting in bodily injuries or death to any person or property damage to an apparent extent of one thousand dollars or more to any one person's property or two thousand dollars per accident shall immediately, by the quickest means of communication, give notice to the nearest available law enforcement officer who has jurisdiction." |
| (3) | SDCL 32-12-61 | – "... The [State of South Dakota] shall maintain records or make suitable notations on the individual record of each licensee showing the convictions of such licensee and the traffic accidents in which the licensee has been involved..." |
| (4) | 18 U.S.C. SECTION 2721 (a) | – "... A State department of motor vehicles, and any officer, employee, or contractor, thereof, shall not knowingly disclose or otherwise make available to any person or entity ... (2) ... highly personal information ... without the express consent of the person to whom such information applies..." |

UF000069

June 6, 2011

Liberty Mutual
Derron Lax
PO Box 168328
Irving, TX 75016

RE:    Our Claim No.    4001032727
        Our Insured:    Debbie Plucker
        Date of Loss  :   5/24/11
        Location:    I-29, Harrisburg, SD
        Your Policy/Claim No. AB961-070925
        Your Insured:    Dakotaland Inc, Driver: Fred Finch

The above described accident caused damage(s) to property owned by our insured, or personal injuries, as evidenced by the enclosed bills or estimates. Our investigation of the accident discloses it was caused by the negligence of your insured. We have not completed settlement of this claim as of this date. Final settlement figures will be furnished at time of final payment.

In order to assist you in evaluating and processing the subrogation claim we are asserting, we may provide nonpublic personal information about our customer. We are sharing this information to effect, administer, or enforce a transaction authorized by the consumer. However, you are neither authorized nor permitted to: (1) use the customer information we provide for any purpose other than to evaluate and process the subrogation claim, or (2) disclose or share the customer information we provide for any purpose other than to evaluate and process the subrogation claim.

Thank you.
UNITED FIRE AND CASUALTY COMPANY

Sherri Wade, Claims Representative
Claims Department

319-399-5758

Enclosures

CD8117m (07/24/2002)

UF000070

**05/26/2011 01:01 PM**

Claim No. _400103272Z_                **RECORDED STATEMENT RESUME**

Interviewer: _S Wade_

Recorded ~~Phone~~ on _5/25/11_

Recorded <u>Statement</u> of ~~Claimant~~ _Deb Tucker_                _Cell_

| Name: | Address: _45730_ _57053_ | Phone No.: _605-728 5595_ |
|---|---|---|
| DOB: | SSN: | Citizen: _Y_ |
| Medicare: _(A)_ | HICN No.: | |
| SSDI: _Disability_ | End Stage Ren: _N_ | ALS: _N_ |
| Injured: N/A | If yes, explain: | |

Subject Data & Comments:

1991 – Vision, heart disease, thyroid, conj.

**RESUME**

2001 Silverado R/o

5/24/11     11AM          1-29 NB by Sioux Falls

in passing lane passing CV – wheel/hub tire

came sailing across

front end of insd veh – right in middle

braked as hard as she could

fish tailed – 30ft.

65 mpr @

airbags Ø

Ø seat belt tighten

wearing seat belt



75 mpr

CD1027B(10/14/2010)

UF000071

05/26/2011 01:01 PM

2 hrs afterwards – Stiffin in neck & right
shoulder
    Robin Lapher - Chiropractic
                    Sioux Falls } a lot of pain

fibromyalgia : as needed
not much feed back } –appt next Tues
Semi driver came down walked down
to see if OK – minimal
from Canada
came off axel both came off
rear off back of semi trailer

S/W
estimate on veh.?
citations 3 unknown)                Claim #

                        Derron Lax
                        877 – 884 7977
                                X 3845
            Claim # AB 961 – 0709.25
                    Liberty Mutual

UF000072

United Fire Group                                    Recorded Date:   05-25-11
Claim No.:  4001032727                               Transcribed Date:  05-01-12
Recorded Statement Of:  Debbie Plucker                              Page: 1

Q.      This is Sherri Wade with United Fire Group, and I am interviewing Deb Plucker over the
        telephone on Wednesday, May 25th, of 2011 at approximately 2:30 p.m.  This concerns
        an accident that happened on May 24th, 2011 near Harrisburg, South Dakota.  Deb, I am
        with your insurance company, and Deb, would you please state your full name and spell
        out your last name?

A.      Debbie _____ P-L-U-C-K-E-R.

Q.      And is this recording being made with your full knowledge and consent?  Is this
        recording being made with your full knowledge and consent, Deb?

A.      I said yes.

Q.      Oh, sorry.

A.      That's okay.

Q.      What is your current home address?

A.      45730 South Dakota Highway 44, Parker, South Dakota 57053.

Q.      And what's t he best phone number to reach you at?

A.      605-728-5595.

Q.      And is that a home number, cell number?

A.      It's a cell number.

Q.      Your date of birth?

A.      Date of birth,

Q.      And your social security number?

A.

Q.      I'm sorry.  Can you slow down a little bit, Deb.  Can you tell me _____?

A.      I though we were just being recorded.  I didn't know you were documenting.

Q.      A little bit of both.  WE are being recorded, but I'm also documenting so I can.

A.      Okay dokey.

Q.      Okay.  Go ahead.  What's your social security number again?

UF000073

United Fire Group                          Recorded Date:  05-25-11
Claim No.:  4001032727                     Transcribed Date:  05-01-12
Recorded Statement Of:  Debbie Plucker                          Page: 2


A.

Q.     And are you a United States citizen?

A.     Yes, I am.

Q.     And do you qualify for any Medicare or Medicaid benefits?

A.     Yes, I do.

Q.     And which of those do you qualify for?

A.     Medicare disability.

Q.     And how long have you been on disability?

A.     I believe since '91.

Q.     And what is that for?

A.     Um it's several different things put together, several different physical problems.

Q.     Okay and can you describe that a little bit for me?

A.     Mm all the way from _____ to musculoskeletal to heart disease to fibromyalgia to
       thyroid problems to bilateral calcaneal fractures to congenital deformations.

Q.     And is there one issue that has caused these problems for you?

A.     No, not altogether.  They're just several different things.

Q.     Okay.  And do you have a number that - that the disability benefits come under?  Like I
       know with Medicare, they either get Part A or Part B so their member number is like the
       social security number plus an A or a B.

A.     Plus A.

Q.     Plus A.  Okay.  And do you have any end stage renal disease?

A.     No, I do not.

Q.     Lou Gehrig's?

A.     No, I do not.


UF000074

United Fire Group                                    Recorded Date:   05-25-11
Claim No.:  4001032727                               Transcribed Date:   05-01-12
Recorded Statement Of:  Debbie Plucker                              Page: 3

Q.   And what vehicle were you driving at the time of the accident?

A.   A 2011 Silverado.

Q.   And are you the registered owner of this vehicle?

A.   Yes, I am.

Q.   And I have the date of the accident as May 24th, 2011.  Does that sound correct to you?

A.   Yes, it is.

Q.   And about what time of day did that happen?

A.   Uh the highway patrol states on his report it was 11:00 a.m.

Q.   And where were you at exactly?

A.   Um I-29 northbound south of Sioux Falls near the Harrisburg exit.

Q.   And what direction were you going?

A.   Northbound.

Q.   And how many lanes are there northbound on that highway?

A.   Other than the exit which is real close by, there are two ongoing lanes.

Q.   And were you in the inside or the outside lane?

A.   I was in the passing lane which would be the inside lane.

Q.   And in your own words can you tell me what happened?

A.   Um I was in the passing lane passing a semi tractor trailer.  I was probably -- the front end
of my vehicle was probably equivalent to being real close to the back end of his trailer,
and as I was passing him, um a wheel, an entire wheel, hub tire, I mean the rim and the
tire came sailing across from the west across the median down to the grass, full in front of
me, hit the semi to my right that I was passing, hit the trailer and slammed into me as it
deflected off of his trailer.

Q.   And what part of your vehicle was damaged?

A.   The front end.

Q.   And is it more towards the passenger side?

UF000075

United Fire Group                                    Recorded Date:  05-25-11
Claim No.:   4001032727                              Transcribed Date:  05-01-12
Recorded Statement Of:  Debbie Plucker                              Page: 4

A.    No, it's actually almost right in the middle.

Q.    And what happened after that wheel hit your vehicle?

A.    Well, I automatically braked.  I braked as hard as I could uh thinking I could let it go.  I
      mean you try to think that it's gonna deflect off of the trailer and quickly get into the
      ditch, but I didn't have the time, and I was boxed in with the trailer being next to me on
      one side and the ditch being on the other.  Uh I braked as hard as I could.  All the
      belongings in my vehicle, my purse and everything, flew far forward and I fishtailed.  I
      felt my vehicle fishtail as I was slamming on the brakes, and the patrol officer and I
      looked, and we could see where I braked for at least a good 30 feet.

Q.    And so you stayed in your lane then?

A.    Stayed in my lane, and I started to pull towards the ditch, but I obviously didn't want to
      go in the ditch.

Q.    And what's the speed limit in that area?

A.    I believe it's 75.  I think I was going right around 65 miles an hour.

Q.    And did your airbags deploy?

A.    Did not.

Q.    And did you seatbelt tighten?

A.    Did not.

Q.    And were you wearing your seatbelt?

A.    Yes, I was.

Q.    And were you injured in the accident?

A.    I believe so.  I didn't think so immediately, but about two hours afterwards I started to
      feel the stiffening in my neck and in my right shoulder, and I had such a terrible, terrible
      headache.  It was just – it was just progressive until this morning.  I went to the doctor,
      and we're starting to treat now.

Q.    And what doctor did you go to?

A.    The name is Robin R-O-B-I-N Lanpher L-A-N-P-H-E-R.

Q.    And is that a chiropractor or medical doctor?

UF000076

United Fire Group                                 Recorded Date:  05-25-11
Claim No.:  4001032727                            Transcribed Date:  05-01-12
Recorded Statement Of:  Debbie Plucker                             Page: 5


A.      _____ chiropractic.

Q.      And are – is he right there in Parker?

A.      No, he's in Sioux Falls.

Q.      And do you normally see a chiropractor there?

A.      Yes, I do.

Q.      And what do you normally treat for?

A.      Just various little problems.  I have fibromyalgia, so whenever it happens to be the
        problem at the time is what we treat.

Q.      So do you see him on a regular basis, or as an as needed basis?

A.      Needed – it could be months, or it could be a couple times, and then I'm good for awhile.

Q.      Okay.  And what did he tell you today when you went in?

A.      I think we just did an evaluation.  I didn't get much feedback from him.

Q.      Did he give you some kind of treatment plan?

A.      I need to see him; not as far as a plan, um I do have an appointment next Tuesday in the
        afternoon.

Q.      And after the accident, did you speak with the semi driver that lost the wheel?

A.      Yes, I did.  He actually came down and because there was an _____ on each side of
        the road – on the interstate right there, the Harrisburg exit, he approached up to the top of
        his exit going southbound, walked down and did come across the traffic lane onto the
        southbound lane just to I guess probably to see if I was okay.

Q.      And do you remember the extent of your conversation?  Did he say anything about the
        wheel?

A.      No, it was just minimal.  I mean everybody knows that you don't say a lot in a
        conversation like that ya know it's everybody is high strung, don't know what happened
        and ya know just basically just making sure that the other party was – was gonna be all
        right.

Q.      And did the semi that you were initially passing, did that truck stop, or did it keep going?

UF000077

United Fire Group                   Recorded Date:  05-25-11
Claim No.:  4001032727           Transcribed Date:  05-01-12
Recorded Statement Of:  Debbie Plucker                 Page: 6

A.     It stopped, but the patrol officer let it go.  It was, I believe, from Manitoba, Canada.

Q.     Okay.  And the wheel that came off, did it come off of the axle, or was it like a spare wheel that was somewhere else on the truck?

A.     No, it came off of the axle and both of them were missing; one landed behind the tractor trailer going southbound and the west side of the ditch, and the other one came across the median.

Q.     And was it then the rear tires off of the semi trailer, or was it _____ trailer or on the semi?

A.     The rear two tires back – there's tandems.  There was the back set closest to the rear end of the trailer on the driver side.

Q.     And have you spoken with the other insurance company at all?

A.     I did this morning, yes.

Q.     And what did they tell ya?

A.     They told me uh they just got general information.  They didn't really ask.  They asked what happened basically told me the exact same thing that I'm telling you.  Uh they wondered if I had an estimate on my vehicle.  I said yes I had.  It was already a pre-authorized person that they deal with I guess on a constant basis, and I did let them know that I was going to see a doctor today.

Q.     Okay so they're gonna take care of the damages to your car?

A.     That is my understanding.

Q.     Okay.  And do you know?  Did the police issue any citations to anyone?

A.     I don't know.  I don't know.  That would be a good question to be answered for myself as well.  I have no idea.  None to me.  I can state that, none to me.

Q.     Okay.  All right.  Are there any other facts about this, Deb, that I haven't asked you that you'd like to add for the statement?

A.     I don't think so other than I'm in a lot of pain, and it's too bad it had to happen, and I wish things would just be better.

Q.     Okay.  Have you understood all of my questions?

A.     I think I have.

United Fire Group                                         Recorded Date:  05-25-11
Claim No.:  4001032727                    Transcribed Date:  05-01-12
Recorded Statement Of:  Debbie Plucker           Page: 7

Q.     Have all of your answers been true and correct to the best of your knowledge?

A.     Yes, they have.

Q.     And once again, did I have your full knowledge and consent in obtaining this recorded statement?

A.     Yes, you have.

Q.     Okay.  I'm gonna go ahead and turn off this recorder then.  It's now 2:42 p.m.

A.     Okay.

Transcribed by Edith McBurney on 05-01-12.

UF000079

04/09/2012 12:42 PM

**1500**

**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

UNITED FIRE CASUALTY
PO BOX 73909
CEDAR RAPIDS IA 524073909

| PICA | | | | | | | | PICA |
|------|--|--|--|--|--|--|--|------|

| 1. MEDICARE (Medicare #) | MEDICAID (Medicaid #) | TRICARE CHAMPUS (Sponsor's SSN) | CHAMPVA (Member ID#) | GROUP HEALTH PLAN (SSN or ID) | FECA BLK LUNG (SSN) | OTHER [X] (ID) | 1a. INSURED'S I.D. NUMBER | (For Program in Item 1) |
|---|---|---|---|---|---|---|---|---|

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|
| PLUCKER DEBBIE L | F [X] | SAME |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| 45730 SD HWY 44 | Self [X] Spouse Child Other | SAME |

| CITY | STATE | 8. PATIENT STATUS | CITY | STATE |
|---|---|---|---|---|
| PARKER | SD | Single Married Other | | |

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (Include Area Code) |
|---|---|---|---|---|
| 57053-9998 | ( ) | Employed Full-Time Student Part-Time Student | | ( ) |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| | | 4001032727 |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (Current or Previous) YES [X] NO | a. INSURED'S DATE OF BIRTH MM DD YY SEX M F |
|---|---|---|

| b. OTHER INSURED'S DATE OF BIRTH MM DD YY SEX M F | b. AUTO ACCIDENT? [X] YES NO PLACE (State) SD | b. EMPLOYER'S NAME OR SCHOOL NAME |
|---|---|---|

| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? YES [X] NO | c. INSURANCE PLAN NAME OR PROGRAM NAME |
|---|---|---|

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES [X] NO If yes, return to and complete item 9 a-d. |
|---|---|---|

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNATURE ON FILE

SIGNED _____ DATE _____

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNATURE ON FILE

SIGNED _____

| 14. DATE OF CURRENT: 05 24 2011 ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM TO |
|---|---|---|
| 17. NAME OF REFERRING PROVIDER OR OTHER SOURCE | 17a. | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM TO |
| | 17b. NPI | |

| 19. RESERVED FOR LOCAL USE 05 25 2011 | 20. OUTSIDE LAB? YES NO | $ CHARGES |
|---|---|---|

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)
1. 8470
2. 8471
3.
4.

| 22. MEDICAID RESUBMISSION CODE | ORIGINAL REF. NO. |
|---|---|

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 03 26 12 | | 11 | 99242 | 52 | 12 | 100 00 | 1 | | ZZ NPI | 111N00000X 1366416323 |
| 2 | | | | | | | | | NPI | |
| 3 | | | | | | | | | NPI | |
| 4 | | | | | | | | | NPI | |
| 5 | | | | | | | | | NPI | |
| 6 | | | | | | | | | NPI | |

| 25. FEDERAL TAX I.D. NUMBER SSN EIN [X] | 26. PATIENT'S ACCOUNT NO. 173892 | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) [X] YES NO | 28. TOTAL CHARGE $ 100 00 | 29. AMOUNT PAID $ 00 | 30. BALANCE DUE $ 100 00 |
|---|---|---|---|---|---|
| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) Robin Lanpher DC 04/02/2012 SIGNED DATE | 32. SERVICE FACILITY LOCATION INFORMATION ROB LANPHER DC 506 N SYCAMORE AVE Sioux Falls SD 571105737 1407834419 | | 33. BILLING PROVIDER INFO & PH # ( 609 ) 334 8073 Lanpher Chiropractic Office 506 N Sycamore Ave Sioux Falls SD 571105737 1407834419 |

11/23/2011 08:54 AM

**1500**

**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

UNITED FIRE  CASUALTY
PO BOX 73909
CEDAR RAPIDS IA 524073909

| | | PICA | | | | | | | | PICA | | |

| 1. MEDICARE | MEDICAID | TRICARE CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLKLUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (For Program in Item 1) |
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (Member ID#) | (SSN or ID) | (SSN) | X (ID) | | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
PLUCKER DEBBIE L

3. PATIENT'S BIRTH DATE    SEX
F   X

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
SAME

5. PATIENT'S ADDRESS (No., Street)
45730 SD HWY 44

6. PATIENT RELATIONSHIP TO INSURED
Self  X  Spouse  Child  Other

7. INSURED'S ADDRESS (No., Street)
SAME

CITY
PARKER
STATE
SD

8. PATIENT STATUS
Single   Married   Other

CITY
STATE

ZIP CODE
57053
TELEPHONE (Include Area Code)
( )

Employed   Full-Time Student   Part-Time Student

ZIP CODE
TELEPHONE (Include Area Code)

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
4001032727

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)
YES   X NO

a. INSURED'S DATE OF BIRTH    SEX
MM  DD  YY    M   F

b. OTHER INSURED'S DATE OF BIRTH    SEX
MM  DD  YY    M   F

b. AUTO ACCIDENT?
YES   NO    PLACE (State)
SD

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES   X NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
UNITED FIRE AND CASUALTY

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES   X NO    If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE    DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT:    ILLNESS (First symptom) OR
MM  DD  YY  INJURY (Accident) OR
05 24 2011    PREGNANCY(LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS.
GIVE FIRST DATE  MM  DD  YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
MM  DD  YY    MM  DD  YY
FROM    TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE

17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
MM  DD  YY    MM  DD  YY
FROM    TO

18. RESERVED FOR LOCAL USE
05 25 2011

20. OUTSIDE LAB?
YES   NO    $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)

1. 8470
2. 8471
3. 
4. 

22. MEDICAID RESUBMISSION
CODE    ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE | | | | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) | | E. DIAGNOSIS POINTER | F. $ CHARGES | | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
| From | | | To | | | | | CPT/HCPCS | MODIFIER | | | | | | | |
| MM | DD | YY | MM | DD | YY | | | | | | | | | | | |
| 1 | 11 | 04 | 11 | | | 11 | | 11 | 99214 | | 12 | 130 | 00 | 1 | | ZZ NPI | 111N00000X 1366416323 |
| 2 | | | | | | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | | | | | NPI | |

Reviewed slg 11/23/2011 13:50

25. FEDERAL TAX I.D. NUMBER    SSN  EIN
X

26. PATIENT'S ACCOUNT NO.
171942

27. ACCEPT ASSIGNMENT?
(For govt. claims, see back)
YES   NO

28. TOTAL CHARGE
$  130  00

29. AMOUNT PAID
$  00

30. BALANCE DUE
$  130  00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS
(I certify that the statements on the reverse apply to this bill and are made a part thereof.)

Robin Lanpher DC
11/08/2011

SIGNED    DATE

32. SERVICE FACILITY LOCATION INFORMATION
ROB LANPHER DC
506 N SYCAMORE AVE
Sioux Falls SD 571105737
a. 1407834419 b.

33. BILLING PROVIDER INFO & PH #  ( 605 334 8073
Lanpher Chiropractic Office
506 N Sycamore Ave
Sioux Falls  SD 571105737
a. 1407834419 b.

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-0999 FORM CMS-1500 (08/05)
0F000081

11/23/2011 08:54 AM

**1500**

**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

UNITED FIRE  CASUALTY
PO BOX 73909
CEDAR RAPIDS IA 524073909

| | | CARRIER |

☐☐☐ PICA                                                                 PICA ☐☐☐

| 1. MEDICARE   MEDICAID   TRICARE   CHAMPVA   GROUP   FECA   OTHER | 1a. INSURED'S I.D. NUMBER                (For Program in Item 1) |
| CHAMPUS   HEALTH PLAN   BLKLUNG | |
| ☐(Medicare #)  ☐(Medicaid #)  ☐(Sponsor's SSN)  ☐(Member Id#)  ☐(SSN or ID)  ☐(SSN)  ☒(ID) | |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE   SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
| PLUCKER DEBBIE L | F ☒ | SAME |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
| 45730 SD HWY 44 | Self ☒  Spouse ☐  Child ☐  Other ☐ | SAME |

| CITY                          STATE | 8. PATIENT STATUS | CITY                          STATE |
| PARKER                        SD | Single ☐  Married ☐  Other ☐ | |

| ZIP CODE      TELEPHONE (include Area Code) | Employed ☐  Full-Time Student ☐  Part-Time Student ☐ | ZIP CODE      TELEPHONE (include Area Code) |
| 57053        (    ) | | (    ) |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
| | | 4001032727 |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (Current or Previous) | a. INSURED'S DATE OF BIRTH   SEX |
| | ☐ YES  ☒ NO | MM  DD  YY        M ☐  F ☐ |

| b. OTHER INSURED'S DATE OF BIRTH   SEX | b. AUTO ACCIDENT?       PLACE (State) | b. EMPLOYER'S NAME OR SCHOOL NAME |
| MM  DD  YY        M ☐  F ☐ | ☒ YES  ☐ NO   SD | |

| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? | c. INSURANCE PLAN NAME OR PROGRAM NAME |
| | ☐ YES  ☒ NO | UNITED FIRE AND CASUALTY |

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? |
| | | ☐ YES  ☒ NO   If yes, return to and complete item 9 a-d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED   SIGNATURE ON FILE   DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED   SIGNATURE ON FILE

| 14. DATE OF CURRENT:  ☐ ILLNESS (First symptom) OR  ☐ INJURY (Accident) OR  ☐ PREGNANCY(LMP) | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM  DD  YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION |
| 05 24 2011 | | FROM   MM  DD  YY   TO   MM  DD  YY |

| 17. NAME OF REFERRING PROVIDER OR OTHER SOURCE | 17a. | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES |
| | 17b. NPI | FROM   MM  DD  YY   TO   MM  DD  YY |

| 19. RESERVED FOR LOCAL USE | 20. OUTSIDE LAB?       $ CHARGES |
| 05 25 2011 | ☐ YES  ☐ NO |

| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line) | 22. MEDICAID RESUBMISSION CODE    ORIGINAL REF. NO. |
| 1. 8470      3. 8471 | |
| 2. 7231      4. 72885 | 23. PRIOR AUTHORIZATION NUMBER |

| 24. A. DATE(S) OF SERVICE | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS   MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
| From  MM DD YY   To  MM DD YY | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 11 02 11   11 | | 98940 | 1234 | 52  00 | 1 | | ZZ  NPI | 111N00000X  1366416323 |
| 2 | | | | | | | | NPI | |
| 3 | | | | | | | | NPI | |
| 4 | | | | | | | | NPI | |
| 5 | | | | | | | | NPI | |
| 6 | | | | | | | | NPI | |

| 25. FEDERAL TAX I.D. NUMBER   SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. BALANCE DUE |
| ☒ | 171941 | ☐ YES  ☐ NO | $ 52  00 | 00 | 52 00 |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) | 32. SERVICE FACILITY LOCATION INFORMATION | 33. BILLING PROVIDER INFO & PH #  ( 605 334 8073 |
| Robin Lanpher DC | ROB LANPHER DC | Lanpher Chiropractic office |
| Robin Lanpher DC | 506 N SYCAMORE AVE | 506 N Sycamore Ave |
| SIGNED   11/08/2011   DATE | Sioux Falls SD 571105737 | Sioux Falls SD 571105737 |
| | a. 1407834419 | a. 1407834419 |

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-0999 FORM CMS-1500 (08/05)

UFO000082

11/23/2011 08:54 AM

| 1500 | |
|---|---|

**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

UNITED FIRE  CASUALTY
PO BOX 73909
CEDAR RAPIDS IA 524073909

PICA

| | CARRIER |
|---|---|

| 1. MEDICARE | MEDICAID | TRICARE CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (For Program in Item 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (Member ID#) | (SSN or ID) | (SSN) | P ☒ (ID) | | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
PLUCKER DEBBIE L

3. PATIENT'S BIRTH DATE        SEX
                                    P [ ]  X

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
SAME

5. PATIENT'S ADDRESS (No., Street)
45730 SD HWY 44

6. PATIENT RELATIONSHIP TO INSURED
Self [ ]  Spouse [ ]  Child [ ]  Other [ ]

7. INSURED'S ADDRESS (No., Street)
SAME

CITY
PARKER

STATE
SD

8. PATIENT STATUS
Single [ ]  Married [ ]  Other [ ]

CITY                                    STATE

ZIP CODE
57053

TELEPHONE (Include Area Code)
(     )

Employed [ ]  Full-Time Student [ ]  Part-Time Student [ ]

ZIP CODE                 TELEPHONE (Include Area Code)
                                    (     )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
4001032727

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)
[ ] YES  [X] NO

a. INSURED'S DATE OF BIRTH      SEX
MM  DD  YY              M [ ]  F [ ]

b. OTHER INSURED'S DATE OF BIRTH      SEX
MM  DD  YY              M [ ]  P [ ]

b. AUTO ACCIDENT?      PLACE (State)
[ ] YES  [X] NO        SD

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
[ ] YES  [X] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
UNITED FIRE AND CASUALTY

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
[ ] YES  [X] NO    If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED    SIGNATURE ON FILE            DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED    SIGNATURE ON FILE

| 14. DATE OF CURRENT MM DD YY | ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION MM DD YY          MM DD YY |
|---|---|---|---|
| 05 24 2011 | | | FROM          TO |

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE

17a. [ ]
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
MM DD YY          MM DD YY
FROM          TO

19. RESERVED FOR LOCAL USE
05 25 2011

20. OUTSIDE LAB?        $ CHARGES
[ ] YES  [ ] NO

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)

1. 8470              3. 8471

2. 7231              4. 72885

22. MEDICAID RESUBMISSION
CODE              ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE | | | | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM | DD | YY | To MM | DD | YY | | | | | | | | | | | |
| 10 | 25 | 11 | | | | 11 | | 99213 | 25 | 1234 | 85 | 00 | 1 | | ZZ | 111N00000X |
| | | | | | | | | | | | | | | | NPI | 1366416323 |
| 10 | 25 | 11 | | | | 11 | | 98940 | | 1234 | 52 | 00 | 1 | | ZZ | 111N00000X |
| | | | | | | | | | | | | | | | NPI | 1366416323 |
| | | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER        SSN  EIN
                                    [ ] [X]

26. PATIENT'S ACCOUNT NO.
171844

27. ACCEPT ASSIGNMENT?
(For govt. claims, see back)
[X] YES  [ ] NO

28. TOTAL CHARGE
$  137  00

29. AMOUNT PAID
00

30. BALANCE DUE
$  137  00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS
(I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Robin Lanpher DC
SIGNED                11/02/2011  DATE

32. SERVICE FACILITY LOCATION INFORMATION
ROB LANPHER DC
506 N SYCAMORE AVE
Sioux Falls SD 571105737
a. 1407834419  b.

33. BILLING PROVIDER INFO & PH #    (605 334 8073)
Lanpher Chiropractic Office
506 N Sycamore Ave
Sioux Falls  SD 571105737
a. 1407834419  b.

| | PHYSICIAN OR SUPPLIER INFORMATION |
|---|---|

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-0999 FORM CMS-1500 (08/05)

10/31/2011 11:08 AM

| 1500 |

**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

UNITED FIRE  CASUALTY
PO BOX 73909
CEDAR RAPIDS IA 524073909

| PICA | | PICA |

| 1. MEDICARE   MEDICAID   TRICARE CHAMPUS   CHAMPVA   GROUP HEALTH PLAN   FECA BLKLUNG   OTHER | 1a. INSURED'S I.D. NUMBER | (For Program in Item 1) |
(Medicare #) (Medicaid #) (Sponsor's SSN) (Member ID#) (SSN or ID) (SSN) [X](ID)

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
PLUCKER DEBBIE L

3. PATIENT'S BIRTH DATE   SEX
F [X]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
SAME

5. PATIENT'S ADDRESS (No., Street)
45730 SD HWY 44

6. PATIENT RELATIONSHIP TO INSURED
Self [X] Spouse   Child   Other

7. INSURED'S ADDRESS (No., Street)
SAME

CITY
PARKER
STATE
SD

8. PATIENT STATUS
Single   Married   Other

CITY   STATE

ZIP CODE   TELEPHONE (Include Area Code)
57053   (   )

Employed   Full-Time Student   Part-Time Student

ZIP CODE   TELEPHONE (Include Area Code)
(   )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
4001032727

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)
YES [X]NO

a. INSURED'S DATE OF BIRTH   SEX
MM   DD   YY   M   F

b. OTHER INSURED'S DATE OF BIRTH   SEX
MM   DD   YY   M   F

b. AUTO ACCIDENT?   PLACE (State)
[X]YES   NO   SD

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES [X]NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
UNITED FIRE AND CASUALTY

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES [X]NO   If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNATURE ON FILE

SIGNED   DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNATURE ON FILE
SIGNED

14. DATE OF CURRENT:   ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)
05-24-2011

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE   MM   DD   YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM   TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE

17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM   TO

19. RESERVED FOR LOCAL USE
05 25 2011

20. OUTSIDE LAB?
YES   NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate items 1, 2, 3 or 4 to Item 24E by Line)

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

1. 8470
2. 7231
3. 8471
4. 72885

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE | | | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) | | E. DIAGNOSIS POINTER | F. $ CHARGES | | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL | J. RENDERING PROVIDER ID. # |
| From | | | To | | | | CPT/HCPCS | MODIFIER | | | | | | | |
| MM | DD | YY | MM | DD | YY | | | | | | | | | | |
| 10 | 21 | 11 | | | 11 | | 98940 | | 1234 | 52 | 00 | 1 | | 22 NPI | 111N00000X 1366416323 |
| | | | | | | | | | | | | | | NPI | |
| | | | | | Reviewed slg 10/31/2011 13:16 | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER   SSN EIN
[X]

26. PATIENT'S ACCOUNT NO.
171789

27. ACCEPT ASSIGNMENT?
[X]YES   NO

28. TOTAL CHARGE
$   52 00

29. AMOUNT PAID
00

30. BALANCE DUE
$   52 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Robin Lanpher DC
10/25/2011
SIGNED   DATE

32. SERVICE FACILITY LOCATION INFORMATION
ROB LANPHER DC
506 N SYCAMORE AVE
Sioux Falls SD 57110
a. 1407834419  b.

33. BILLING PROVIDER INFO & PH #   ( 605 334 8073
Lanpher Chiropractic Office
506 N Sycamore Ave
Sioux Falls   SD 571105737
a. 1407834419  b.

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-0999 FORM CMS-1500 (08/05)

OF 000084

10/31/2011 11:08 AM

**1500**

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

UNITED FIRE   CASUALTY
PO BOX 73909
CEDAR RAPIDS IA 524073909

| | | | PICA | | | | | | PICA | |

1. MEDICARE ☐ (Medicare #) MEDICAID ☐ (Medicaid #) TRICARE CHAMPUS ☐ (Sponsor's SSN) CHAMPVA ☐ (Member ID#) GROUP HEALTH PLAN ☐ (SSN or ID) FECA BLK LUNG ☐ (SSN) OTHER ☒ (ID)

1a. INSURED'S I.D. NUMBER                    (For Program in item 1)

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
PLUCKER DEBBIE L

3. PATIENT'S BIRTH DATE    SEX
M ☐  F ☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
SAME

5. PATIENT'S ADDRESS (No., Street)
45730 SD HWY 44

6. PATIENT RELATIONSHIP TO INSURED
Self ☐  Spouse ☒  Child ☐  Other ☐

7. INSURED'S ADDRESS (No., Street)
SAME

CITY
PARKER
STATE
SD

8. PATIENT STATUS
Single ☐  Married ☐  Other ☐

CITY                                   STATE

ZIP CODE
57053
TELEPHONE (Include Area Code)
(   )

Employed ☐  Full-Time Student ☐  Part-Time Student ☐

ZIP CODE          TELEPHONE (Include Area Code)
(   )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
4001032727

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)
YES ☐  NO ☒

a. INSURED'S DATE OF BIRTH    SEX
MM  DD  YY              M ☐  F ☐

b. OTHER INSURED'S DATE OF BIRTH    SEX
MM  DD  YY          M ☐  F ☐

b. AUTO ACCIDENT?
YES ☒  NO ☐   PLACE (State)  SD

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES ☐  NO ☒

c. INSURANCE PLAN NAME OR PROGRAM NAME
UNITED FIRE AND CASUALTY

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES ☐  NO ☒   If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNATURE ON FILE

SIGNED                                    DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNATURE ON FILE

14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)
05 24 2011

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS.
GIVE FIRST DATE MM  DD  YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM                TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE

17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM                TO

19. RESERVED FOR LOCAL USE
05 25 2011

20. OUTSIDE LAB?
YES ☐  NO ☐        $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate items 1, 2, 3 or 4 to item 24E by Line)
1. 8470
2. 7231
3. 8471
4. 72885

22. MEDICAID RESUBMISSION CODE        ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE | | | | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM | DD | YY | To MM | DD | YY | | | | | | | | | | | |
| 1 | 10 17 11 | | | | | 11 | | 98940 | | 1234 | 52 | 00 | 1 | | ZZ NPI | 111N00000X 1366416323 |
| 2 | | | | | | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER    SSN ☐ EIN ☐

26. PATIENT'S ACCOUNT NO.
171746

27. ACCEPT ASSIGNMENT?
YES ☒  NO ☐

28. TOTAL CHARGE
$ 52 00

29. AMOUNT PAID
$ 00

30. BALANCE DUE
$ 52 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Robin Lanpher DC
SIGNED                   10/25/2011  DATE

32. SERVICE FACILITY LOCATION INFORMATION
ROB LANPHER DC
506 N SYCAMORE AVE
Sioux Falls SD 57110
a. 1407834419b.

33. BILLING PROVIDER INFO & PH #   ( 605 334 8073
Lanpher Chiropractic Office
506 N Sycamore Ave
Sioux Falls  SD 571105737
a. 1407834419b.

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-0999 FORM CMS-1500 (08/05)

DF000081

10/24/2011 12:17 PM

**1500**

**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

UNITED FIRE  CASUALTY
PO BOX 73909
CEDAR RAPIDS IA 524073909

| | | PICA | | | | | | | PICA | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

1. MEDICARE | MEDICAID | TRICARE CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1)
(Medicare #) (Medicaid #) (Sponsor's SSN) (Member ID#) (SSN or ID) (SSN) X (ID)

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
PLUCKER DEBBIE L

3. PATIENT'S BIRTH DATE    SEX
                        F [X]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
SAME

5. PATIENT'S ADDRESS (No., Street)
45730 SD HWY 44

6. PATIENT RELATIONSHIP TO INSURED
Self [X]  Spouse [ ]  Child [ ]  Other [ ]

7. INSURED'S ADDRESS (No., Street)
SAME

CITY
PARKER                          STATE  SD

8. PATIENT STATUS
Single [ ]  Married [ ]  Other [ ]

CITY                                STATE

ZIP CODE            TELEPHONE (Include Area Code)
57053              (   )

Employed [ ]  Full-Time Student [ ]  Part-Time Student [ ]

ZIP CODE            TELEPHONE (Include Area Code)
                   (   )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
4001032727

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)
[ ] YES  [X] NO

a. INSURED'S DATE OF BIRTH   SEX
MM  DD  YY              M [ ]  F [ ]

b. OTHER INSURED'S DATE OF BIRTH    SEX
MM  DD  YY            M [ ]  F [ ]

b. AUTO ACCIDENT?         PLACE (State)
[X] YES  [ ] NO  SD

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
[ ] YES  [X] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
UNITED FIRE AND CASUALTY

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
[ ] YES  [X] NO  If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE          DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT:  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)
05 24 2011

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE  MM  DD  YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM          TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM          TO

19. RESERVED FOR LOCAL USE
05 25 2011

20. OUTSIDE LAB?  [ ] YES  [ ] NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)
1. 8470        3. 8471
2. 7231        4. 72885

22. MEDICAID RESUBMISSION CODE          ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE | | | | | B. | C. | D. PROCEDURES, SERVICES, OR SUPPLIES | | E. | F. | G. | H. | I. | J. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From | | | To | | PLACE OF SERVICE | EMG | CPT/HCPCS | MODIFIER | DIAGNOSIS POINTER | $ CHARGES | DAYS OR UNITS | EPSDT Family Plan | ID. QUAL. | RENDERING PROVIDER ID. # |
| MM | DD | YY | MM | DD | YY | | | | | | | | | | | | |
| 1 | 10 | 11 | 11 | | | | 11 | | 98940 | | 1234 | 52 | 00 | 1 | | ZZ | 111N00000X |
| | | | | | | | | | | | | | | | | NPI | 1366416323 |
| 2 | | | | | | | | | | | | | | | | NPI | |
| 3 | | | | | Reviewed slg 10/24/2011 13:29 | | | | | | | | NPI | |
| 4 | | | | | | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER   SSN  EIN
171651                      [X]

26. PATIENT'S ACCOUNT NO.
171651

27. ACCEPT ASSIGNMENT?
[X] YES  [ ] NO

28. TOTAL CHARGE
$ 52 00

29. AMOUNT PAID
$    00

30. BALANCE DUE
$ 52 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Robin Lanpher
SIGNED                10/18/2011
        DATE

32. SERVICE FACILITY LOCATION INFORMATION
ROB LANPHER DC
506 N SYCAMORE AVE
Sioux Falls SD 57110
a. 1407834419  b.

33. BILLING PROVIDER INFO & PH # ( 609 ) 334 8073
Lanpher Chiropractic office
506 N Sycamore Ave
Sioux Falls  SD 571105737
a. 1407834419  b.

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-0999 FORM CMS-1500 (08/05)

UF000086

10/24/2011 12:17 PM

**(1500)**

**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

UNITED FIRE CASUALTY
PO BOX 73909
CEDAR RAPIDS IA 524073909

| | | | | | |
|---|---|---|---|---|---|
| PICA | | | | | PICA |

| 1. MEDICARE | MEDICAID | TRICARE CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLKLUNG | OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (Member ID#) | (SSN or ID) | (SSN) | [X] (ID) | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
PLUCKER DEBBIE L

3. PATIENT'S BIRTH DATE — SEX: F [X]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
SAME

5. PATIENT'S ADDRESS (No., Street)
45730 SD HWY 44

6. PATIENT RELATIONSHIP TO INSURED
Self [X]  Spouse  Child  Other

7. INSURED'S ADDRESS (No., Street)
SAME

CITY: PARKER  STATE: SD

8. PATIENT STATUS
Single  Married  Other
Employed  Full-Time Student  Part-Time Student

CITY  STATE

ZIP CODE: 57053  TELEPHONE (Include Area Code) (  )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
4001032727

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)
YES [X] NO

a. INSURED'S DATE OF BIRTH — SEX: M  F

b. OTHER INSURED'S DATE OF BIRTH  SEX  M  F

b. AUTO ACCIDENT?  PLACE (State)
[X] YES  NO SD

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES [X] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
UNITED FIRE AND CASUALTY

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES [X] NO  If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED  SIGNATURE ON FILE  DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT:  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)
05 24 2011

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM  TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM  TO

19. RESERVED FOR LOCAL USE
05 25 2011

20. OUTSIDE LAB?  YES  NO  $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate items 1, 2, 3 or 4 to Item 24E by Line)
1. 8470
2. 7231
3. 8471
4. 72885

22. MEDICAID RESUBMISSION  ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES | | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM DD YY | To MM DD YY | | | CPT/HCPCS | MODIFIER | | | | | | |
| 10 12 11 | | 11 | | 98940 | | 1234 | 52 00 | 1 | | ZZ / NPI | 111N00000X / 1366416323 |
| 1 | | | | | | | | | | NPI | |
| 2 | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER  SSN EIN [X]

26. PATIENT'S ACCOUNT NO.
171652

27. ACCEPT ASSIGNMENT?
[X] YES  NO

28. TOTAL CHARGE
$ 52 00

29. AMOUNT PAID
$ 00

30. BALANCE DUE
$ 52 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Robin Lanpher DC
10/18/2011
SIGNED  DATE

32. SERVICE FACILITY LOCATION INFORMATION
ROB LANPHER DC
506 N SYCAMORE AVE
Sioux Falls SD 57110
a. 1407834419  b.

33. BILLING PROVIDER INFO & PH # ( 609 ) 334 8073
Lanpher Chiropractic office
506 N Sycamore Ave
Sioux Falls SD 571105737
a. 1407834419  b.

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-0999 FORM CMS-1500 (08/05)
UF000087

10/24/2011 12:17 PM

[1500]

**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

UNITED FIRE  CASUALTY
PO BOX 73909
CEDAR RAPIDS IA 524073909

| | PICA | | | | | | | | | | | PICA | |

| 1. NEDICARE ☐ MEDICAID ☐ TRICARE CHAMPUS ☐ CHAMPVA ☐ GROUP HEALTH PLAN ☐ FECA BLKLUNG ☐ OTHER ☒ | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|
| (Medicare #) (Medicaid #) (Sponsor's SSN) (Member ID#) (SSN or ID) (SSN) (ID) | |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE | SEX F ☒ | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|---|
| PLUCKER DEBBIE L | | | SAME |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| 45730 SD HWY 44 | Self ☒ Spouse ☐ Child ☐ Other ☐ | SAME |

| CITY | STATE | 8. PATIENT STATUS | CITY | STATE |
|---|---|---|---|---|
| PARKER | SD | Single ☐ Married ☐ Other ☐ | | |

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (Include Area Code) |
|---|---|---|---|---|
| 57053 | ( ) | Employed ☐ Full-Time Student ☐ Part-Time Student ☐ | | ( ) |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| | | 4001032727 |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (Current or Previous) YES ☐ NO ☒ | a. INSURED'S DATE OF BIRTH MM DD YY | SEX M ☐ F ☐ |
|---|---|---|---|

| b. OTHER INSURED'S DATE OF BIRTH MM DD YY | SEX M ☐ F ☐ | b. AUTO ACCIDENT? YES ☒ NO ☐ PLACE (State) SD | b. EMPLOYER'S NAME OR SCHOOL NAME |
|---|---|---|---|

| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? YES ☐ NO ☒ | c. INSURANCE PLAN NAME OR PROGRAM NAME UNITED FIRE AND CASUALTY |
|---|---|---|

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES ☐ NO ☒ If yes, return to and complete item 9 a-d. |
|---|---|---|

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED   SIGNATURE ON FILE   DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED   SIGNATURE ON FILE

| 14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) 05 24 2011 | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION MM DD YY MM DD YY FROM TO |
|---|---|---|

| 17. NAME OF REFERRING PROVIDER OR OTHER SOURCE | 17a. | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES MM DD YY MM DD YY FROM TO |
|---|---|---|
| | 17b. NPI | |

| 19. RESERVED FOR LOCAL USE 05 25 2011 | 20. OUTSIDE LAB? YES ☐ NO ☐ | $ CHARGES |
|---|---|---|

| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line) | 22. MEDICAID RESUBMISSION CODE ORIGINAL REF. NO. |
|---|---|
| 1. 8470  3. 8471 | |
| 2. 7231  4. 72885 | 23. PRIOR AUTHORIZATION NUMBER |

| 24. A. DATE(S) OF SERVICE From MM DD YY To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 10 13 11 | | 11 | | 98940 | | 1234 | 52 00 | 1 | | ZZ | 111N00000X 1366416323 |
| 2 | | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

| 25. FEDERAL TAX I.D. NUMBER SSN EIN ☒ | 26. PATIENT'S ACCOUNT NO. 171653 | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) YES ☒ NO ☐ | 28. TOTAL CHARGE $ 52 00 | 29. AMOUNT PAID $ 00 | 30. BALANCE DUE $ 52 00 |
|---|---|---|---|---|---|

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) Robin Lanpher DC SIGNED 10/18/2011 DATE | 32. SERVICE FACILITY LOCATION INFORMATION ROB LANPHER DC 506 N SYCAMORE AVE Sioux Falls SD 57110 a. 1407834419 b. | 33. BILLING PROVIDER INFO & PH # ( 605 ) 334 8073 Lanpher Chiropractic office 506 N Sycamore Ave Sioux Falls  SD 571105737 a. 1407834419 b. |
|---|---|---|

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-0999 FORM CMS-1500 (08/05)

CARRIER

PATIENT AND INSURED INFORMATION

PHYSICIAN OR SUPPLIER INFORMATION

10/14/2011 09:34 AM

**1500**

**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

UNITED FIRE CASUALTY
PO BOX 73909
CEDAR RAPIDS IA 524073909

| | | |
|---|---|---|
| ☐ PICA | | PICA ☐ |

1. MEDICARE ☐ (Medicare #)  MEDICAID ☐ (Medicaid #)  TRICARE CHAMPUS ☐ (Sponsor's SSN)  CHAMPVA ☐ (Member ID#)  GROUP HEALTH PLAN ☐ (SSN or ID)  FECA BLK LUNG ☐ (SSN)  OTHER ☒ (ID)

1a. INSURED'S I.D. NUMBER                    (For Program in Item 1)

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
PLUCKER DEBBIE L

3. PATIENT'S BIRTH DATE   SEX   F ☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
SAME

5. PATIENT'S ADDRESS (No., Street)
45730 SD HWY 44

6. PATIENT RELATIONSHIP TO INSURED
Self ☒  Spouse ☐  Child ☐  Other ☐

7. INSURED'S ADDRESS (No., Street)
SAME

CITY
PARKER
STATE
SD

8. PATIENT STATUS
Single ☐  Married ☐  Other ☐
Employed ☐  Full-Time Student ☐  Part-Time Student ☐

CITY                                  STATE

ZIP CODE
57053
TELEPHONE (Include Area Code)
(   )

ZIP CODE          TELEPHONE (Include Area Code)  (   )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
4001032727

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)
☐ YES  ☒ NO

a. INSURED'S DATE OF BIRTH  MM DD YY    SEX  M ☐  F ☐

b. OTHER INSURED'S DATE OF BIRTH  MM DD YY   SEX  M ☐  F ☐

b. AUTO ACCIDENT?  ☒ YES  ☐ NO   PLACE (State)  SD

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?  ☐ YES  ☒ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
UNITED FIRE AND CASUALTY

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
☐ YES  ☒ NO   If yes, return to and complete item 9 a-d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED   SIGNATURE ON FILE   DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED   SIGNATURE ON FILE

14. DATE OF CURRENT:  ILLNESS (First symptom) OR  INJURY (Accident) OR  PREGNANCY(LMP)
05 24 2011

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS.  GIVE FIRST DATE  MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM          TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE

17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM  MM DD YY    TO  MM DD YY

19. RESERVED FOR LOCAL USE
05 25 2011

20. OUTSIDE LAB?  ☐ YES  ☐ NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)
1. 8470      3. 8471
2. 7231      4. 7241

22. MEDICAID RESUBMISSION CODE      ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 10 03 11 | | 11 | 98940 | | 1234 | 52 00 | 1 | | ZZ NPI | 111N00000X 1366416323 |
| 2 | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | NPI | |
| 4 | Reviewed slg 10/14/2011 15:18 | | | | | | | | | NPI | |
| 5 | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER   SSN ☐  EIN ☒

26. PATIENT'S ACCOUNT NO.
171523

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)  ☒ YES  ☐ NO

28. TOTAL CHARGE
$  52 00

29. AMOUNT PAID
$  00

30. BALANCE DUE
$  52 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Robin Lanpher DC
10/11/2011
SIGNED   DATE

32. SERVICE FACILITY LOCATION INFORMATION
ROB LANPHER DC
506 N SYCAMORE AVE
Sioux Falls SD 57110
a. 1407834419   b.

33. BILLING PROVIDER INFO & PH #   (605) 334 8073
Lanpher Chiropractic Office
506 N Sycamore Ave
Sioux Falls  SD 571105737
a. 1407834419   b.

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-0999 FORM CMS-1500 (08/05)

**09/30/2011 10:00 AM**

1500

**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

UNITED FIRE  CASUALTY
PO BOX 73909
CEDAR RAPIDS IA 524073909

CARRIER

□□□ PICA
PICA □□□

| 1. MEDICARE | MEDICAID | TRICARE CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLKLUNG | OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (Member ID#) | (SSN or ID) | (SSN) | ☒ (ID) | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
PLUCKER DEBBIE L

3. PATIENT'S BIRTH DATE   SEX
F☐ ☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
SAME

5. PATIENT'S ADDRESS (No., Street)
45730 SD HWY 44

6. PATIENT RELATIONSHIP TO INSURED
Self ☒  Spouse☐  Child☐  Other☐

7. INSURED'S ADDRESS (No., Street)
SAME

CITY
PARKER
STATE
SD

8. PATIENT STATUS
Single☐  Married☐  Other☐
Employed☐  Full-Time Student☐  Part-Time Student☐

CITY
STATE

ZIP CODE
57053

TELEPHONE (Include Area Code)
(   )

ZIP CODE

TELEPHONE (Include Area Code)
(   )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
4001032727

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)
YES☐  ☒NO

a. INSURED'S DATE OF BIRTH   SEX
MM  DD  YY      M☐  F☐

b. OTHER INSURED'S DATE OF BIRTH   SEX
MM  DD  YY      M☐  F☐

b. AUTO ACCIDENT?      PLACE (State)
☒YES  NO☐  SD

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES☐  ☒NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
UNITED FIRE AND CASUALTY

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES☐  ☒NO   If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED  SIGNATURE ON FILE   DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT   ILLNESS (First symptom) OR
05 24 2011   INJURY (Accident) OR PREGNANCY(LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE  MM  DD  YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM   TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM   TO

19. RESERVED FOR LOCAL USE
05 25 2011

20. OUTSIDE LAB?
YES☐  NO☐
$ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)
1. 8470     3. 8471
2. 7231     4. 7241

22. MEDICAID RESUBMISSION
CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From To | | | | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS   MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MM | DD | YY | MM | DD | YY | | | | | | | | | |
| 1 | 09 | 21 | 11 | | | | 11 | | 98940 | 1234 | 52 00 | 1 | | ZZ | 111N00000X |
| | | | | | | | | | | | | | | NPI | 1366416323 |
| 2 | | | | | | | | | | | | | | NPI | |
| 3 | | | | | | | Reviewed slg 09/30/2011 12:52 | | | | | | | NPI | |
| 4 | | | | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER   SSN EIN
☒

26. PATIENT'S ACCOUNT NO.
171270

27. ACCEPT ASSIGNMENT?
(For govt. claims, see back)
☒YES  NO☐

28. TOTAL CHARGE
$ 52 00

29. AMOUNT PAID
$ 00

30. BALANCE DUE
$ 52 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Robin Lanpher DC
09/27/2011
SIGNED   DATE

32. SERVICE FACILITY LOCATION INFORMATION
ROB LANPHER DC
506 N SYCAMORE AVE
Sioux Falls SD 57110
a. 1407834419 b.

33. BILLING PROVIDER INFO & PH #  ( 605 334 8073
Lanpher Chiropractic Office
506 N Sycamore Ave
Sioux Falls SD 571105737
a. 1407834419 b.

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-0999 FORM CMS-1500 (08/05)

**09/30/2011 10:00 AM**
Rob Lanpher, D.C.

506 N. Sycamore Ave.
Sioux Falls, SD 57110

| | | | |
|---|---|---|---|
| ☐ MasterCard | ☐ Visa | ☐ Discover | ☐ American Express |

Card Number _____   Amount _____

Signature _____   Expiration Date _____

Amount Enclosed: _____

Account Number: 7780

Debbie L. Plucker
45730 SD HWY 44
Parker, SD 57053

| Statement ID | Statement Date | Statement Message |
|---|---|---|
| 21487118 | 09/27/2011 | Payment due 10/20/11. Please call 605-334-8073 with questions or to make arrangements. |

| Reference | Account | Patient | Incident | Last Payment Date | Last Payment Amount |
|---|---|---|---|---|---|
| P1 | 7780 | Plucker, Debbie L | MVA | (None) | (None) |

| Date | Patient | Ins Bill Date | Dr | CPT Code | Description | EOB | Charges | Pending Insurance | Insurance Payments | Patient Payments | Discount & Adjusts. | Patient Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/25/11 | P1 | 06/01/11 | D1 | 99214-25 | Office/outpatient visit; est; 25 m... | | 130.00 | 0.00 | | | | 130.00 |
| 05/25/11 | P1 | 06/01/11 | D1 | 97035 | Ultrasound therapy | | 25.00 | 0.00 | | | | 25.00 |
| 05/25/11 | P1 | 06/01/11 | D1 | 98940 | Chiropractic manipulation; spina... | | 52.00 | 0.00 | | | | 52.00 |
| 05/25/11 | P1 | 06/01/11 | D1 | 72040-22 | X-ray exam of neck spine; cervic... | | 80.00 | 0.00 | | | | 80.00 |
| 05/25/11 | P1 | 06/01/11 | D1 | 97032 | Electrical stimulation | | 25.00 | 0.00 | | | | 25.00 |
| 05/31/11 | P1 | 06/06/11 | D1 | 97032 | Electrical stimulation | | 25.00 | 0.00 | | | | 25.00 |
| 05/31/11 | P1 | 06/06/11 | D1 | 98940 | Chiropractic manipulation; spina... | | 52.00 | 0.00 | | | | 52.00 |
| 05/31/11 | P1 | 06/06/11 | D1 | 97035 | Ultrasound therapy | | 25.00 | 0.00 | | | | 25.00 |
| 06/08/11 | P1 | 06/13/11 | D1 | 98941 | Chiropractic manipulation; spina... | | 60.00 | 0.00 | | | | 60.00 |
| 06/15/11 | P1 | 06/20/11 | D1 | 98941 | Chiropractic manipulation; spina... | | 60.00 | 0.00 | | | | 60.00 |
| 06/15/11 | P1 | 06/20/11 | D1 | 97035 | Ultrasound therapy | | 25.00 | 0.00 | | | | 25.00 |
| 06/15/11 | P1 | 06/20/11 | D1 | 97032 | Electrical stimulation | | 25.00 | 0.00 | | | | 25.00 |
| 06/23/11 | P1 | 06/27/11 | D1 | 98940 | Chiropractic manipulation; spina... | | 52.00 | 0.00 | | | | 52.00 |
| 06/29/11 | P1 | 07/06/11 | D1 | 98941 | Chiropractic manipulation; spina... | | 60.00 | 0.00 | | | | 60.00 |
| 07/06/11 | P1 | 07/15/11 | D1 | 98941 | Chiropractic manipulation; spina... | | 60.00 | 0.00 | | | | 60.00 |
| 07/13/11 | P1 | 07/19/11 | D1 | 98941 | Chiropractic manipulation; spina... | | 60.00 | 0.00 | | | | 60.00 |
| 07/20/11 | P1 | 07/25/11 | D1 | 98941 | Chiropractic manipulation; spina... | | 60.00 | 0.00 | | | | 60.00 |
| 08/03/11 | P1 | 08/05/11 | D1 | 98941 | Chiropractic manipulation; spina... | | 60.00 | 0.00 | | | | 60.00 |
| 08/10/11 | P1 | 08/15/11 | D1 | 98941 | Chiropractic manipulation; spina... | | 60.00 | 0.00 | | | | 60.00 |
| 08/17/11 | P1 | 08/24/11 | D1 | 98941 | Chiropractic manipulation; spina... | | 60.00 | 0.00 | | | | 60.00 |
| 08/17/11 | P1 | 08/24/11 | D1 | 99213-25 | Office/outpatient visit; est; 15 m... | | 85.00 | 0.00 | | | | 85.00 |
| 08/31/11 | P1 | 09/05/11 | D1 | 97032 | Electrical stimulation | | 25.00 | 0.00 | | | | 25.00 |
| 08/31/11 | P1 | 09/05/11 | D1 | 97035 | Ultrasound therapy | | 25.00 | 0.00 | | | | 25.00 |
| 08/31/11 | P1 | 09/05/11 | D1 | 98941 | Chiropractic manipulation; spina... | | 60.00 | 0.00 | | | | 60.00 |
| 09/12/11 | P1 | 09/19/11 | D1 | 98940 | Chiropractic manipulation; spina... | | 52.00 | 0.00 | | | | 52.00 |
| 09/12/11 | P1 | 09/19/11 | D1 | 97035 | Ultrasound therapy | | 25.00 | 0.00 | | | | 25.00 |
| 09/12/11 | P1 | 09/19/11 | D1 | 97032 | Electrical stimulation | | 25.00 | 0.00 | | | | 25.00 |
| 09/14/11 | P1 | 09/19/11 | D1 | 98941 | Chiropractic manipulation; spina... | | 60.00 | 0.00 | | | | 60.00 |
| 09/21/11 | P1 | 09/23/11 | D1 | 98940 | Chiropractic manipulation; spina... | | 52.00 | 0.00 | | | | 52.00 |

**Doctor Legend**
D1   Rob R. Lanpher  DC DABCO Chiropractor

| Patient and Incident | | Current | Over 30 | Over 60 | Over 90 | Balance |
|---|---|---|---|---|---|---|
| Debbie L. Plucker (7780) | Patient Portion: | 324.00 | 265.00 | 180.00 | 696.00 | 1,465.00 |
| MVA | Insurance Portion: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| | Please pay this amount: | 1,465.00 |
|---|---|---|

9/27/2011 8:45:44 AM        Rob Lanpher, D.C. • 506 N. Sycamore Ave. - Sioux Falls, SD 57110        UF000091    Page 1

09/21/2011 09:22 AM

| 1500 | | UNITED FIRE  CASUALTY |
|---|---|---|

**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

UNITED FIRE  CASUALTY
PO BOX 73909
CEDAR RAPIDS IA 524073909

PICA

| 1. MEDICARE   MEDICAID   TRICARE   CHAMPVA   GROUP HEALTH PLAN   FECA BLKLUNG   OTHER | 1a. INSURED'S I.D. NUMBER | (For Program in Item 1) |
|---|---|---|
| (Medicare #) (Medicaid #) (Sponsor's SSN) (Member ID#) (SSN or ID) (SSN) [X](ID) | | |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE   SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|
| PLUCKER DEBBIE L | F [X] | SAME |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| 45730 SD HWY 44 | Self [X] Spouse [ ] Child [ ] Other [ ] | SAME |

| CITY | STATE | 8. PATIENT STATUS | CITY | STATE |
|---|---|---|---|---|
| PARKER | SD | Single [ ] Married [ ] Other [ ] | | |

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (Include Area Code) |
|---|---|---|---|---|
| 57053 | ( ) | Employed [ ] Full-Time Student [ ] Part-Time Student [ ] | | ( ) |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| | | 4001032727 |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (Current or Previous) | a. INSURED'S DATE OF BIRTH   SEX |
|---|---|---|
| | YES [ ] [X]NO | MM DD YY   M [ ] F [ ] |

| b. OTHER INSURED'S DATE OF BIRTH   SEX | b. AUTO ACCIDENT?   PLACE (State) | b. EMPLOYER'S NAME OR SCHOOL NAME |
|---|---|---|
| MM DD YY   M [ ] F [ ] | [X]YES NO [ ] SD | |

| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? | c. INSURANCE PLAN NAME OR PROGRAM NAME |
|---|---|---|
| | YES [ ] [X]NO | UNITED FIRE AND CASUALTY |

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? |
|---|---|---|
| | | YES [ ] [X]NO   If yes, return to and complete item 9 a-d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  **SIGNATURE ON FILE**   DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  **SIGNATURE ON FILE**

| 14. DATE OF CURRENT:   ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE   MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION |
|---|---|---|
| 05 24 2011 | | MM DD YY   FROM   TO |

| 17. NAME OF REFERRING PROVIDER OR OTHER SOURCE | 17a. | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES |
|---|---|---|
| | 17b. NPI | FROM   TO |

| 19. RESERVED FOR LOCAL USE   05 25 2011 | | 20. OUTSIDE LAB?   YES [ ] NO [ ]   $ CHARGES |
|---|---|---|

| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line) | | 22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO. |
|---|---|---|
| 1. 8470   3. 8471 | | |
| 2. 7231   4. 7241 | | 23. PRIOR AUTHORIZATION NUMBER |

| 24. A. DATE(S) OF SERVICE   From    To | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances)   CPT/HCPCS   MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|
| 09 12 11 | 11 | | 98940 | 1234 | 52 00 | 1 | | ZZ NPI | 111N00000X 1366416323 |
| 09 12 11 | 11 | | 97035 | 1234 | 25 00 | 1 | | ZZ NPI | 111N00000X 1366416323 |
| 09 12 11 | 11 | | 97032 | 1234 | 25 00 | 1 | | ZZ NPI | 111N00000X 1366416323 |
| | | | | | | | | NPI | |
| | | | Reviewed slg 09/21/2011 13:23 | | | | | NPI | |
| | | | | | | | | NPI | |

| 25. FEDERAL TAX I.D. NUMBER   SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. BALANCE DUE |
|---|---|---|---|---|---|
| [ ] [X] | 171152 | [X]YES NO [ ] | $ 102 00 | $ 00 | $ 102 00 |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)   Robin Lanpher DC   09/19/2011 | 32. SERVICE FACILITY LOCATION INFORMATION   ROB LANPHER DC   506 N SYCAMORE AVE   Sioux Falls SD 57110 | 33. BILLING PROVIDER INFO & PH #  ( 605 334 8073   Lanpher Chiropractic Office   506 N Sycamore Ave   Sioux Falls  SD 571105737 |
|---|---|---|
| SIGNED   DATE | a. 1407834419 b. | a. 1407834419 b. |

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-0999 FORM CMS-1500 (08/05)

UFPC000691

09/21/2011 09:22 AM

[1500]

**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

UNITED FIRE CASUALTY
PO BOX 73909
CEDAR RAPIDS IA 524073909

| PICA | | PICA |
|---|---|---|

| 1. MEDICARE (Medicare #) | MEDICAID (Medicaid #) | TRICARE CHAMPUS (Sponsor's SSN) | CHAMPVA (Member ID#) | GROUP HEALTH PLAN (SSN or ID) | FECA BLK LUNG (SSN) | OTHER [X] (ID) | 1a. INSURED'S I.D. NUMBER (For Program In Item 1) |
|---|---|---|---|---|---|---|---|

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
PLUCKER DEBBIE L

3. PATIENT'S BIRTH DATE    SEX  F [X]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
SAME

5. PATIENT'S ADDRESS (No., Street)
45730 SD HWY 44

6. PATIENT RELATIONSHIP TO INSURED
Self [X] Spouse ☐ Child ☐ Other ☐

7. INSURED'S ADDRESS (No., Street)
SAME

CITY
PARKER    STATE SD

8. PATIENT STATUS
Single ☐ Married ☐ Other ☐
Employed ☐ Full-Time Student ☐ Part-Time Student ☐

CITY    STATE

ZIP CODE
57053    TELEPHONE (Include Area Code)

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

ZIP CODE    TELEPHONE (Include Area Code)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
4001032727

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)
YES ☐ [X] NO

a. INSURED'S DATE OF BIRTH    SEX
MM DD YY    M ☐ F ☐

b. OTHER INSURED'S DATE OF BIRTH    SEX
MM DD YY    M ☐ F ☐

b. AUTO ACCIDENT?    PLACE (State)
[X] YES ☐ NO  SD

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES ☐ [X] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
UNITED FIRE AND CASUALTY

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES ☐ [X] NO    If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED    SIGNATURE ON FILE    DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED    SIGNATURE ON FILE

14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)
05 24 2011

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM    TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM    TO

19. RESERVED FOR LOCAL USE
05 25 2011

20. OUTSIDE LAB?
YES ☐ NO ☐    $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)
1. 8470    3. 8471
2. 7231    4. 7241

22. MEDICAID RESUBMISSION CODE    ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09 14 11 | | 11 | | 98941 | | 1234 | 60 00 | 1 | | ZZ NPI | 111N00000X 1366416323 |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |
| | | Reviewed slg 09/21/2011 13:23 | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER    SSN EIN [X]

26. PATIENT'S ACCOUNT NO.
171153

27. ACCEPT ASSIGNMENT?
[X] YES ☐ NO

28. TOTAL CHARGE
$ 60 00

29. AMOUNT PAID
$ 00

30. BALANCE DUE
$ 60 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Robin Lanpher DC
SIGNED    09/19/2011    DATE

32. SERVICE FACILITY LOCATION INFORMATION
ROB LANPHER DC
506 N SYCAMORE AVE
Sioux Falls SD 57110
a. 1407834419 b.

33. BILLING PROVIDER INFO & PH # ( 605 334 8073
Lanpher Chiropractic Office
506 N Sycamore Ave
Sioux Falls SD 571105737
a. 1407834419 b.

NUCC Instruction Manual available at: www.nucc.org    APPROVED OMB-0938-0999 FORM CMS-1500 (08/05)

09/09/2011 09:20 AM

**1500**

**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

UNITED FIRE  CASUALTY
PO BOX 73909
CEDAR RAPIDS IA 524073909

| | CARRIER |

☐☐☐ PICA                                                                                    PICA ☐☐☐

| 1. MEDICARE ☐ (Medicare #) | MEDICAID ☐ (Medicaid #) | TRICARE CHAMPUS ☐ (Sponsor's SSN) | CHAMPVA ☐ (Member ID#) | GROUP HEALTH PLAN ☐ (SSN or ID) | FECA BLKLUNG ☐ (SSN) | OTHER ☒ (ID) | 1a. INSURED'S I.D. NUMBER | (For Program in item 1) |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
PLUCKER DEBBIE L

3. PATIENT'S BIRTH DATE        SEX
                          F ☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
SAME

5. PATIENT'S ADDRESS (No., Street)
45730 SD HWY 44

6. PATIENT RELATIONSHIP TO INSURED
Self ☐  Spouse ☒  Child ☐  Other ☐

7. INSURED'S ADDRESS (No., Street)
SAME

CITY
PARKER                          STATE  SD

8. PATIENT STATUS
Single ☐  Married ☐  Other ☐
Employed ☐  Full-Time Student ☐  Part-Time Student ☐

CITY                                    STATE

ZIP CODE        TELEPHONE (Include Area Code)
57053              (    )

ZIP CODE        TELEPHONE (Include Area Code)
                     (    )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
4001032727

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)
☐ YES  ☒ NO

a. INSURED'S DATE OF BIRTH  MM  DD  YY          SEX
                                           M ☐   F ☐

b. OTHER INSURED'S DATE OF BIRTH  MM  DD  YY   SEX
                                          M ☐  F ☐

b. AUTO ACCIDENT?
☒ YES  ☐ NO        PLACE (State)  SD

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
☐ YES  ☒ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
UNITED FIRE AND CASUALTY

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
☐ YES  ☒ NO    If yes, return to and complete item 9 a-d.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  **SIGNATURE ON FILE**            DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  **SIGNATURE ON FILE**

14. DATE OF CURRENT:  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)
05 24 2011

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE  MM  DD  YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM  MM DD YY        TO  MM DD YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE

17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM  MM DD YY        TO  MM DD YY

19. RESERVED FOR LOCAL USE
05 25 2011

20. OUTSIDE LAB?
☐ YES  ☐ NO        $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate items 1, 2, 3 or 4 to item 24E by Line)
1. 8470            3. 8471
2. 7231            4. 7241

22. MEDICAID RESUBMISSION
CODE        ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 08 31 11 | | 11 | | 98941 | | 1234 | 60 00 | 1 | | ZZ NPI | 111N00000X 1366416323 |
| 2 | 08 31 11 | | 11 | | 97035 | | 1234 | 25 00 | 1 | | ZZ NPI | 111N00000X 1366416323 |
| 3 | 08 31 11 | | 11 | | 97032 | | 1234 | 25 00 | 1 | | ZZ NPI | 111N00000X 1366416323 |
| 4 | | | | | | | | | | | NPI | |
| 5 | | | Reviewed slg 09/13/2011 13.21 | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER        SSN  EIN ☒

26. PATIENT'S ACCOUNT NO.
170956

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
☒ YES  ☐ NO

28. TOTAL CHARGE
$  110 00

29. AMOUNT PAID
00

30. BALANCE DUE
$  110 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Robin Lanpher DC
SIGNED  09/05/2011  DATE

32. SERVICE FACILITY LOCATION INFORMATION
ROB LANPHER DC
506 N SYCAMORE AVE
Sioux Falls SD 57110
a. 1407834419

33. BILLING PROVIDER INFO & PH #  ( 605 334 8073
Lanpher Chiropractic Office
506 N Sycamore Ave
Sioux Falls  SD 571105737
a. 1407834419

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-0999 FORM CMS-1500 (08/06)

UF000094

09/02/2011 09:37 AM

**1500**

**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

UNITED FIRE  CASUALTY
PO BOX 73909
CEDAR RAPIDS IA 524073909

☐☐☐☐ PICA                                                                                          PICA ☐☐☐☐

| 1. MEDICARE | MEDICAID | TRICARE CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (For Program in Item 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (Member ID#) | (SSN or ID) | (SSN) | ☒(ID) | | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
PLUCKER DEBBIE L

3. PATIENT'S BIRTH DATE         SEX
                                          F ☐ X

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
SAME

5. PATIENT'S ADDRESS (No., Street)
45730 SD HWY 44

6. PATIENT RELATIONSHIP TO INSURED
Self ☐  Spouse ☒  Child ☐  Other ☐

7. INSURED'S ADDRESS (No., Street)
SAME

CITY
PARKER                    STATE  SD

8. PATIENT STATUS
Single ☐   Married ☐   Other ☐
Employed ☐  Full-Time Student ☐  Part-Time Student ☐

CITY                                      STATE

ZIP CODE
57053

TELEPHONE (Include Area Code)
(      )

ZIP CODE          TELEPHONE (Include Area Code)

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
4001032727

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)
☐ YES   ☒ NO

a. INSURED'S DATE OF BIRTH    SEX
MM  DD  YY          M ☐    F ☐

b. OTHER INSURED'S DATE OF BIRTH    SEX
MM  DD  YY          M ☐    F ☐

b. AUTO ACCIDENT?          PLACE (State)
☐ YES   ☒ NO      SD

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
☐ YES   ☒ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
UNITED FIRE AND CASUALTY

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
☐ YES   ☒ NO    If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE          DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT:   ☐ ILLNESS (First symptom) OR
    MM  DD  YY           ☒ INJURY (Accident) OR
    05 24 2011            PREGNANCY (LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS.
GIVE FIRST DATE  MM  DD  YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM  MM DD YY    TO  MM DD YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE

17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM  MM DD YY    TO  MM DD YY

19. RESERVED FOR LOCAL USE
05 25 2011

20. OUTSIDE LAB?
☐ YES   ☐ NO

$ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)

1. 8470

3. 8471

2. 7231

4. 7241

22. MEDICAID RESUBMISSION
CODE          ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE | | | | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) | | E. DIAGNOSIS POINTER | F. $ CHARGES | | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM | DD | YY | To MM | DD | YY | | | CPT/HCPCS | MODIFIER | | | | | | | |
| 1 | 08 | 17 | 11 | | | | 11 | | 99213 | 25 | 1234 | 85 | 00 | 1 | | ZZ | 111N00000X |
| | | | | | | | | | | | | | | | NPI | 1366416323 |
| 2 | 08 | 17 | 11 | | | | 11 | | 98941 | | 1234 | 60 | 00 | 1 | | ZZ | 111N00000X |
| | | | | | | | | | | | | | | | NPI | 1366416323 |
| 3 | | | | | | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | | | | | | NPI | |

Reviewed slg 09/02/2011 10:53

25. FEDERAL TAX I.D. NUMBER   SSN EIN
                                            ☐ ☐ X

26. PATIENT'S ACCOUNT NO.
170779

27. ACCEPT ASSIGNMENT?
(For govt. claims, see back)
☒ YES   ☐ NO

28. TOTAL CHARGE
$ 145  00

29. AMOUNT PAID
00

30. BALANCE DUE
145 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

Robin Lanpher DC
          08/24/2011
SIGNED      DATE

32. SERVICE FACILITY LOCATION INFORMATION
ROB LANPHER DC
506 N SYCAMORE AVE
Sioux Falls SD 57110
a. 1407834419

33. BILLING PROVIDER INFO & PH #  ( 605 334 8073
Lanpher Chiropractic Office
506 N Sycamore Ave
Sioux Falls  SD 571105737
a. 1407834419

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-0999 FORM CMS-1500 (08/05)

UF000098

08/22/2011 09:50 AM

**1500**

**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

UNITED FIRE   CASUALTY
PO BOX 73909
CEDAR RAPIDS IA 524073909

| | | CARRIER |
|---|---|---|

▮▮▮ PICA                PIICA ▮▮

1. MEDICARE MEDICAID TRICARE CHAMPUS CHAMPVA GROUP HEALTH PLAN FECA BLK LUNG OTHER  1a. INSURED'S I.D. NUMBER (For Program in Item 1)
☐ (Medicare #) ☐ (Medicaid #) ☐ (Sponsor's SSN) ☐ (Member ID#) ☐ (SSN or ID) ☐ (SSN) ☒ (ID)

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
PLUCKER DEBBIE L

3. PATIENT'S BIRTH DATE SEX
M ☐ F ☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
SAME

5. PATIENT'S ADDRESS (No., Street)
45730 SD HWY 44

6. PATIENT RELATIONSHIP TO INSURED
Self ☐ Spouse ☐ Child ☐ Other ☐

7. INSURED'S ADDRESS (No., Street)
SAME

CITY
PARKER STATE SD

8. PATIENT STATUS
Single ☐ Married ☐ Other ☐

CITY STATE

ZIP CODE
57053 TELEPHONE (Include Area Code) ( )

Employed ☐ Full-Time Student ☐ Part-Time Student ☐

ZIP CODE TELEPHONE (Include Area Code) ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
4001032727

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)
☐ YES ☒ NO

a. INSURED'S DATE OF BIRTH SEX
MM DD YY M ☐ F ☐

b. OTHER INSURED'S DATE OF BIRTH SEX
MM DD YY M ☐ F ☐

b. AUTO ACCIDENT? PLACE (State)
☐ YES ☒ NO SD

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
☐ YES ☒ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
UNITED FIRE AND CASUALTY.

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
☐ YES ☒ NO If yes, return to and complete item 9 a-d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT:  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)
05 24 2011

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM TO

18. RESERVED FOR LOCAL USE
05 25 2011

20. OUTSIDE LAB? $ CHARGES
☐ YES ☐ NO

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)
1. 8470 3. 8471
2. 7231 4. 7241

22. MEDICAID RESUBMISSION CODE ORIGINAL. REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From | | | To | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MM | DD | YY | MM | DD | YY | | | | | | | | | | |
| 08 | 10 | 11 | | | | 11 | | 98941 | | 1234 | 60 00 | 1 | | ZZ | 111N00000X |
| | | | | | | | | | | | | | | NPI | 1366416323 |
| | | | | | | | Reviewed slg 08/22/2011 11.12 | | | | | | | NPI | |
| | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER SSN EIN
170701

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT?
☒ YES ☐ NO

28. TOTAL CHARGE
$ 60 00

29. AMOUNT PAID
00

30. BALANCE DUE
60 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Robin Lanpher DC
SIGNED 08/15/2011 DATE

32. SERVICE FACILITY LOCATION INFORMATION
ROB LANPHER DC
506 N SYCAMORE AVE
Sioux Falls SD 57110
a. 1407834419 b.

33. BILLING PROVIDER INFO & PH # ( 605 334 8073
Lanpher Chiropractic Office
506 N Sycamore Ave
Sioux Falls SD 571105737
a. 1407834419 b.

NUCC Instruction Manual available at: www.nucc.org      APPROVED OMB-0938-0999 FORM CMS-1500 (08/05)

UF000098

08/17/2011 09:10 AM

**1500**

**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

UNITED FIRE   CASUALTY
PO BOX 73909
CEDAR RAPIDS IA 524073909

| | PICA | | | | | | | | PICA | |

1. MEDICARE   MEDICAID   TRICARE CHAMPUS   CHAMPVA   GROUP HEALTH PLAN   FECA BLK LUNG   OTHER   1a. INSURED'S I.D. NUMBER   (For Program in Item 1)
(Medicare #)   (Medicaid #)   (Sponsor's SSN)   (Member ID#)   (SSN or ID)   (SSN)   [X] (ID)

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
PLUCKER DEBBIE L

3. PATIENT'S BIRTH DATE   SEX
F [X]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
SAME

5. PATIENT'S ADDRESS (No., Street)
45730 SD HWY 44

6. PATIENT RELATIONSHIP TO INSURED
Self [X]   Spouse   Child   Other

7. INSURED'S ADDRESS (No., Street)
SAME

CITY
PARKER
STATE
SD

8. PATIENT STATUS
Single   Married   Other

CITY
STATE

ZIP CODE
57053
TELEPHONE (Include Area Code)
( )

Employed   Full-Time Student   Part-Time Student

ZIP CODE
TELEPHONE (Include Area Code)
( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
4001032727

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)
YES   [X] NO

a. INSURED'S DATE OF BIRTH   SEX
M   F [X]

b. OTHER INSURED'S DATE OF BIRTH   SEX
M   F

b. AUTO ACCIDENT?
[X] YES   NO   PLACE (State) SD

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES   [X] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
UNITED FIRE AND CASUALTY

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES   [X] NO   If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNATURE ON FILE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNATURE ON FILE

SIGNED   DATE

SIGNED

14. DATE OF CURRENT   ILLNESS (First symptom) OR   INJURY (Accident) OR   PREGNANCY(LMP)
05 24 2011

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM   TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE

17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM   TO

19. RESERVED FOR LOCAL USE
05 25 2011

20. OUTSIDE LAB?
YES   NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)

1. 8470
2. 7231
3. 8471
4. 7241

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE | | | | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS   MODIFIER | | E. DIAGNOSIS POINTER | F. $ CHARGES | | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM | DD | YY | To MM | DD | YY | | | | | | | | | | | |
| 1 | 08 | 03 | 11 | | | | 11 | | 98941 | | 1234 | 60 | 00 | 1 | | ZZ | 111N0000X |
| | | | | | | | | | | | | | | | NPI | 1366416323 |
| 2 | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | NPI | |
| 3 | | | | | Reviewed slg 08/17/2011 11:28 | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER   SSN EIN
170632   [X]

26. PATIENT'S ACCOUNT NO.
170632

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
[X] YES   NO

28. TOTAL CHARGE
$ 60  00

29. AMOUNT PAID
$   00

30. BALANCE DUE
$ 60  00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Robin Lanpher DC
08/05/2011
SIGNED   DATE

32. SERVICE FACILITY LOCATION INFORMATION
ROB LANPHER DC
506 N SYCAMORE AVE
Sioux Falls SD 57110
a. *1407834419   b.

33. BILLING PROVIDER INFO & PH #   ( 605 ) 334 8073
Lanpher Chiropractic Office
506 N Sycamore Ave
Sioux Falls   SD 571105737
a. 1407834419   b.

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-0999 FORM CMS-1500 (08/05)

08/03/2011 08:30 AM

**1500**

**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

UNITED FIRE   CASUALTY
PO BOX 73909
CEDAR RAPIDS IA 524073909

| PICA | | | | | | | | PICA |
|---|---|---|---|---|---|---|---|---|

| 1. MEDICARE | MEDICAID | TRICARE CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (For Program In Item 1) |
|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (Member ID#) | (SSN or ID) | (SSN) | [X] (ID) | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
PLUCKER DEBBIE L

3. PATIENT'S BIRTH DATE  SEX  F [X]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
SAME

5. PATIENT'S ADDRESS (No., Street)
45730 SD HWY 44

6. PATIENT RELATIONSHIP TO INSURED
Self [X]  Spouse  Child  Other

7. INSURED'S ADDRESS (No., Street)
SAME

CITY  PARKER  STATE SD

8. PATIENT STATUS
Single [X]  Married  Other

CITY  STATE

ZIP CODE  57053  TELEPHONE (Include Area Code) (  )

Employed  Full-Time Student  Part-Time Student

ZIP CODE  TELEPHONE (Include Area Code) (  )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
4001032727

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)
YES  [X] NO

a. INSURED'S DATE OF BIRTH  SEX
M  F

b. OTHER INSURED'S DATE OF BIRTH  SEX
M  F

b. AUTO ACCIDENT?  PLACE (State)
[X] YES  NO [SD]

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES  [X] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
UNITED FIRE AND CASUALTY

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES  [X] NO  If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE  DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT:  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)
05 24 2011

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM  TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE

17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM  TO

19. RESERVED FOR LOCAL USE
05 25 2011

20. OUTSIDE LAB?
YES  NO  $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)
1. 8470
2. 7231
3. 8471
4. 7241

22. MEDICAID RESUBMISSION CODE  ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE | | | | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) | | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM DD YY | | | To MM DD YY | | | | | CPT/HCPCS | MODIFIER | | | | | | |
| 07 20 11 | | | | | | 11 | | 98941 | | 1234 | 60 00 | 1 | | ZZ NPI | 111N00000X 1366416323 |
| | | | | | | | | | | | | | | NPI | |
| | | | | | | | Reviewed slg 08/03/2011 09:22 | | | | | | NPI | |
| | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER  SSN EIN [X]
170457

26. PATIENT'S ACCOUNT NO.
170457

27. ACCEPT ASSIGNMENT?
[X] YES  NO

28. TOTAL CHARGE
$ 60 00

29. AMOUNT PAID
$ 00

30. BALANCE DUE
$ 60 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Robin Lanpher DC
SIGNED  07/25/2011  DATE

32. SERVICE FACILITY LOCATION INFORMATION
ROB LANPHER DC
506 N SYCAMORE AVE
Sioux Falls SD 57110
a. 1407834419  b.

33. BILLING PROVIDER INFO & PH # ( 605 ) 334 8073
Lanpher Chiropractic Office
506 N Sycamore Ave
Sioux Falls  SD 571105737
a. 1407834419  b.

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-0999 FORM CMS-1500 (08/05)

CARRIER

PATIENT AND INSURED INFORMATION

PHYSICIAN OR SUPPLIER INFORMATION

07/25/2011 09:19 AM

## 1500

### HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

UNITED FIRE  CASUALTY
PO BOX 73909
CEDAR RAPIDS IA 524073909

| | PICA | | | | | | | | | PICA | |
|---|---|---|---|---|---|---|---|---|---|---|---|

1. MEDICARE   MEDICAID   TRICARE CHAMPUS   CHAMPVA   GROUP HEALTH PLAN   FECA BLKLUNG   OTHER [X]
(Medicare #)   (Medicaid #)   (Sponsor's SSN)   (Member ID#)   (SSN or ID)   (SSN)   (ID)

1a. INSURED'S I.D. NUMBER    (For Program in Item 1)

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
PLUCKER DEBBIE L

3. PATIENT'S BIRTH DATE    SEX    F [X]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
SAME

5. PATIENT'S ADDRESS (No., Street)
45730 SD HWY 44

6. PATIENT RELATIONSHIP TO INSURED
Self [X]   Spouse    Child    Other

7. INSURED'S ADDRESS (No., Street)
SAME

CITY
PARKER    STATE   SD

8. PATIENT STATUS
Single    Married    Other

CITY    STATE

ZIP CODE    TELEPHONE (Include Area Code)
57053    (   )

Employed    Full-Time Student    Part-Time Student

ZIP CODE    TELEPHONE (Include Area Code)
(   )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
4001032727

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)
YES [X] NO

a. INSURED'S DATE OF BIRTH    SEX
MM  DD  YY    M    F

b. OTHER INSURED'S DATE OF BIRTH    SEX
MM  DD  YY    M    F

b. AUTO ACCIDENT?
[X] YES   NO   PLACE (State)  SD

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES [X] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
UNITED FIRE AND CASUALTY

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES [X] NO    If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNATURE ON FILE
SIGNED    DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNATURE ON FILE
SIGNED

14. DATE OF CURRENT:   ILLNESS (First symptom) OR    INJURY (Accident) OR    PREGNANCY(LMP)
05  24  2011

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE  MM  DD  YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM    TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE

17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM    TO

18. RESERVED FOR LOCAL USE
05  25  2011

20. OUTSIDE LAB?
YES    NO    $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)

1. 8470    3. 8471
2. 7231    4. 7241

22. MEDICAID RESUBMISSION CODE    ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 07 06 11 | | 11 | 98941 | | 1234 | 60 00 | 1 | | ZZ | 111N00000X |
| | | | | | | | | | | NPI | 1366416323 |
| 2 | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | NPI | |
| 4 | | | Reviewed slg 07/25/2011 12.22 | | | | | | | NPI | |
| 5 | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER    SSN EIN [X]

26. PATIENT'S ACCOUNT NO.
170298

27. ACCEPT ASSIGNMENT?
[X] YES   NO

28. TOTAL CHARGE
$ 60 00

29. AMOUNT PAID
$ 00

30. BALANCE DUE
$ 60 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Robin Lanpher DC
07/15/2011
SIGNED    DATE

32. SERVICE FACILITY LOCATION INFORMATION
ROB LANPHER DC
506 N SYCAMORE AVE
Sioux Falls SD 57110
a. 1407834419   b.

33. BILLING PROVIDER INFO & PH #   ( 605 ) 334 8073
Lanpher Chiropractic Office
506 N Sycamore Ave
Sioux Falls  SD 571105737
a. 1407834419   b.

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-0999 FORM CMS-1500 (08/05)

07/25/2011 09:19 AM

**1500**

**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

UNITED FIRE  CASUALTY
PO BOX 73909
CEDAR RAPIDS IA 524073909

CARRIER

PICA                                                                          PICA

| 1. MEDICARE  MEDICAID  TRICARE CHAMPVA  GROUP HEALTH PLAN  FECA BLKLUNG  OTHER | 1a. INSURED'S I.D. NUMBER  (For Program in Item 1) |
|---|---|
| (Medicare #) (Medicaid #) (Sponsor's SSN) (Member ID#) (SSN or ID) (SSN) [X](ID) | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
PLUCKER DEBBIE L

3. PATIENT'S BIRTH DATE  SEX
F [X]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
SAME

5. PATIENT'S ADDRESS (No., Street)
45730 SD HWY 44

6. PATIENT RELATIONSHIP TO INSURED
Self [X] Spouse  Child  Other

7. INSURED'S ADDRESS (No., Street)
SAME

CITY
PARKER

STATE
SD

8. PATIENT STATUS
Single [X]  Married  Other

CITY

STATE

ZIP CODE
57053

TELEPHONE (Include Area Code)
( )

Employed  Full-Time Student  Part-Time Student

ZIP CODE

TELEPHONE (Include Area Code)
( )

8. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
4001032727

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)
YES [X] NO

a. INSURED'S DATE OF BIRTH  SEX
MM DD YY  M  F

b. OTHER INSURED'S DATE OF BIRTH  SEX
MM DD YY  M  F

b. AUTO ACCIDENT?
[X] YES  NO  PLACE (State) SD

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES [X] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
UNITED FIRE AND CASUALTY

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES [X] NO  If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNATURE ON FILE
SIGNED                                             DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNATURE ON FILE
SIGNED

14. DATE OF CURRENT  ILLNESS (First symptom) OR  INJURY (Accident) OR  PREGNANCY(LMP)
05 24 2011

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM                TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE

17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM                TO

18. RESERVED FOR LOCAL USE
05 25 2011

20. OUTSIDE LAB?
YES  NO

$ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)
1. 8470          3. 8471
2. 7231          4. 7241

22. MEDICAID RESUBMISSION CODE  ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS  MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|
| From MM DD YY | To MM DD YY | | | | | | | | | |
| 1  07 13 11 | 11 | 98941 | | 1234 | 60 00 | 1 | | ZZ | 111N00000X |
| | | | | | | | | | NPI | 1366416323 |
| 2 | | | | | | | | | NPI | |
| 3 | | | Reviewed slg 07/25/2011 10:22 | | | | | | NPI | |
| 4 | | | | | | | | | NPI | |
| 5 | | | | | | | | | NPI | |
| 6 | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER  SSN EIN
[X]

26. PATIENT'S ACCOUNT NO.
170377

27. ACCEPT ASSIGNMENT?
(For govt. claims, see back)
YES  NO

28. TOTAL CHARGE
$ 60 00

29. AMOUNT PAID
$ 00

30. BALANCE DUE
$ 60 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Robin Lanpher DC
07/29/2011
SIGNED                          DATE

32. SERVICE FACILITY LOCATION INFORMATION
ROB LANPHER DC
506 N SYCAMORE AVE
Sioux Falls SD 57110
a. 1407834419  b.

33. BILLING PROVIDER INFO & PH #  ( 605 334 8073
Lanpher Chiropractic Office
506 N Sycamore Ave
Sioux Falls  SD 571105737
a. 1407834419  b.

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-0999 FORM CMS-1500 (08/05)

07/14/2011 09:26 AM

1500

**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

PICA

UNITED FIRE  CASUALTY
PO BOX 73909
CEDAR RAPIDS IA 524073909

| 1. MEDICARE   MEDICAID   TRICARE CHAMPUS   CHAMPVA   GROUP HEALTH PLAN   FECA BLK LUNG   OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|
| (Medicare #)  (Medicaid #)  (Sponsor's SSN)  (Member ID#)  (SSN or ID)  (SSN)  (ID) ☒ | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
PLUCKER· DEBBIE L

3. PATIENT'S BIRTH DATE   SEX
F ☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
SAME

5. PATIENT'S ADDRESS (No., Street)
45730 SD HWY 44

6. PATIENT RELATIONSHIP TO INSURED
Self ☒  Spouse   Child   Other

7. INSURED'S ADDRESS (No., Street)
SAME

CITY
PARKER

STATE
SD

8. PATIENT STATUS
Single   Married   Other

CITY

STATE

ZIP CODE
57053

TELEPHONE (Include Area Code)
( )

Employed   Full-Time Student   Part-Time Student

ZIP CODE

TELEPHONE (Include Area Code)
( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
4001032727

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)
YES ☒ NO

a. INSURED'S DATE OF BIRTH   SEX
MM  DD  YY   M   F

b. OTHER INSURED'S DATE OF BIRTH   SEX
MM  DD  YY   M   F

b. AUTO ACCIDENT?
☒ YES   NO   PLACE (State) SD

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES ☒ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
UNITED FIRE AND CASUALTY

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES ☒ NO   If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNATURE ON FILE

SIGNED ___ DATE ___

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT:   ILLNESS (First symptom) OR   INJURY (Accident) OR   PREGNANCY(LMP)
05  24  2011

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM  DD  YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
MM  DD  YY   TO   MM  DD  YY
FROM   TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE

17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
MM  DD  YY   MM  DD  YY
FROM   TO

19. RESERVED FOR LOCAL USE
05 25 2011

20. OUTSIDE LAB?
YES   NO

$ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)
1. 8470    3. 8471
2. 7231    4. 7241

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From — To MM DD YY  MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS  MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 06 29 11 | 11 | | 98941 | | 1234 | 60 00 | 1 | | ZZ NPI | 111N00000X 1366416323 |
| 2 | | | | | | | | | NPI | |
| 3 | | | | | | | | | NPI | |
| 4 | | | | | | | | | NPI | |
| 5 | | Reviewed slg 07/14/2011 09:58. | | | | | | | NPI | |
| 6 | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER   SSN EIN ☒
170242

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT?
☒ YES   NO

28. TOTAL CHARGE
$ 60 00

29. AMOUNT PAID
$ 00

30. BALANCE DUE
$ 60 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Robin Lanpher DC
07/06/2011
SIGNED   DATE
1407834419

32. SERVICE FACILITY LOCATION INFORMATION
ROB LANPHER DC
506 N SYCAMORE AVE
Sioux Falls SD 57110

33. BILLING PROVIDER INFO & PH #  ( 609 334 8073
Lanpher Chiropractic Office
506 N Sycamore Ave
Sioux Falls  SD 571105737
a. 1407834419  b.

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-0999 FORM CMS-1500 (08/05)

07/01/2011 09:14 AM

**1500**

**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

UNITED FIRE CASUALTY
PO BOX 73909
CEDAR RAPIDS IA 524073909

| | | |
|---|---|---|
| PICA | | PICA |

1. MEDICARE    MEDICAID    TRICARE CHAMPUS    CHAMPVA    GROUP HEALTH PLAN    FECA BLKLUNG    OTHER    1a. INSURED'S I.D. NUMBER    (For Program in Item 1)

(Medicare #)  (Medicaid #)  (Sponsor's SSN)  (Member ID#)  (SSN or ID)  (SSN)  [X] (ID)

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
PLUCKER DEBBIE L

3. PATIENT'S BIRTH DATE    SEX
F [X]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
SAME

5. PATIENT'S ADDRESS (No., Street)
45730 SD HWY 44

6. PATIENT RELATIONSHIP TO INSURED
Self [X] Spouse  Child  Other

7. INSURED'S ADDRESS (No., Street)
SAME

CITY
PARKER
STATE
SD

8. PATIENT STATUS
Single  Married  Other

CITY    STATE

ZIP CODE
57053
TELEPHONE (Include Area Code)
(  )

Employed  Full-Time Student  Part-Time Student

ZIP CODE    TELEPHONE (Include Area Code)
(  )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
4001032727

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)
 YES  [X] NO

a. INSURED'S DATE OF BIRTH
MM  DD  YY
SEX
M  F

b. OTHER INSURED'S DATE OF BIRTH    SEX
MM  DD  YY
M  F

b. AUTO ACCIDENT?
[X] YES  NO
PLACE (State)
LSDj

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
 YES  [X] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
UNITED FIRE AND CASUALTY

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
 YES  [X] NO    If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE
DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT:    ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)
MM  DD  YY
05 24 2011

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS.
GIVE FIRST DATE    MM  DD  YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
MM  DD  YY    MM  DD  YY
FROM    TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE

17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
MM  DD  YY    MM  DD  YY
FROM    TO

19. RESERVED FOR LOCAL USE
05 25 2011

20. OUTSIDE LAB?
 YES  NO
$ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)

1. 8470
3. 8471
2. 7231
4. 7241

22. MEDICAID RESUBMISSION
CODE    ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE | | | | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) | | E. DIAGNOSIS POINTER | F. $ CHARGES | | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MM | DD | YY | MM | DD | YY | | | CPT/HCPCS | MODIFIER | | | | | | | |
| 06 | 15 | 11 | | | | 11 | | 98941 | | 1234 | 60 | 00 | 1 | | ZZ | 111N00000X |
| | | | | | | | | | | | | | | | NPI | 1366416323 |
| 06 | 15 | 11 | | | | 11 | | 97035 | | 1234 | 25 | 00 | 1 | | ZZ | 111N00000X |
| | | | | | | | | | | | | | | | NPI | 1366416323 |
| 06 | 15 | 11 | | | | 11 | | 97032 | | 1234 | 25 | 00 | 1 | | ZZ | 111N00000X |
| | | | | | | | | | | | | | | | NPI | 1366416323 |
| | | | | | Reviewed slg 07/01/2011 10:21 | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER    SSN EIN

26. PATIENT'S ACCOUNT NO.
170052

27. ACCEPT ASSIGNMENT?
(For govt. claims, see back)
[X] YES  NO

28. TOTAL CHARGE
$ 110 00

29. AMOUNT PAID
$ 00

30. BALANCE DUE
$ 110 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Robin Lanpher DC
06/20/2011
SIGNED    DATE

32. SERVICE FACILITY LOCATION INFORMATION
ROB LANPHER DC
506 N SYCAMORE AVE
Sioux Falls SD 57110
a. 1407834419  b.

33. BILLING PROVIDER INFO & PH #  ( 605 ) 334 8073
Lanpher Chiropractic Office
506 N Sycamore Ave
Sioux Falls SD 571105737
a. 1407834419  b.

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-0999 FORM CMS-1500 (08/05)

07/01/2011 09:14 AM

1500

**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

UNITED FIRE  CASUALTY
PO BOX 73909
CEDAR RAPIDS IA 524073909

| ▢▢▢ PICA | | PICA ▢▢▢ |
|---|---|---|

1. MEDICARE ▢  MEDICAID ▢  TRICARE CHAMPUS ▢  CHAMPVA ▢  GROUP HEALTH PLAN ▢  FECA BLK LUNG ▢  OTHER ☒ (ID)
(Medicare #) (Medicaid #) (Sponsor's SSN) (Member ID#) (SSN or ID) (SSN)

1a. INSURED'S I.D. NUMBER          (For Program in Item 1)

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
PLUCKER DEBBIE L

3. PATIENT'S BIRTH DATE    SEX
                      F ☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
SAME

5. PATIENT'S ADDRESS (No., Street)
45730 SD HWY 44

6. PATIENT RELATIONSHIP TO INSURED
Self ☒  Spouse ▢  Child ▢  Other ▢

7. INSURED'S ADDRESS (No., Street)
SAME

CITY
PARKER                          STATE  SD

8. PATIENT STATUS
Single ▢  Married ▢  Other ▢

CITY                          STATE

ZIP CODE          TELEPHONE (Include Area Code)
57053

Employed ▢  Full-Time Student ▢  Part-Time Student ▢

ZIP CODE          TELEPHONE (Include Area Code)
(    )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
4001032727

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)
YES ▢  NO ☒

a. INSURED'S DATE OF BIRTH  MM DD YY      SEX
                            M ▢  F ▢

b. OTHER INSURED'S DATE OF BIRTH  MM DD YY   SEX
                              M ▢  F ▢

b. AUTO ACCIDENT?
YES ☒  NO ▢   PLACE (State)  SD

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES ▢  NO ☒

c. INSURANCE PLAN NAME OR PROGRAM NAME
UNITED FIRE AND CASUALTY

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES ▢  NO ☒   If yes, return to and complete item 9 a-d.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNATURE ON FILE

SIGNED                          DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNATURE ON FILE

SIGNED

14. DATE OF CURRENT:  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)
05 24 2011

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS.
GIVE FIRST DATE  MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM  MM DD YY    TO  MM DD YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE

17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM  MM DD YY    TO  MM DD YY

19. RESERVED FOR LOCAL USE
05 25 2011

20. OUTSIDE LAB?
YES ▢  NO ▢      $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)
1. 8470        3. 8471
2. 7231        4. 7241

22. MEDICAID RESUBMISSION
CODE          ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE | | | | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM | DD | YY | To MM | DD | YY | | | | | | | | | | |
| 06 | 23 | 11 | | | 11 | | 98940 | | 1234 | 52 00 | 1 | | ZZ | 111N00000X |
| | | | | | | | | | | | | | NPI | 1366416323 |
| | | | | | Reviewed slg 07/01/2011 10:21 | | | | | | | | NPI | |
| | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER          SSN EIN ☒

26. PATIENT'S ACCOUNT NO.
170162

27. ACCEPT ASSIGNMENT?
YES ☒  NO ▢

28. TOTAL CHARGE
$ 52 00

29. AMOUNT PAID
$      00

30. BALANCE DUE
$ 52 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Robin Lanpher DC
06/27/2011
SIGNED          DATE

32. SERVICE FACILITY LOCATION INFORMATION
ROB LANPHER DC
506 N SYCAMORE AVE
Sioux Falls SD 57110
a. 1407834419   b.

33. BILLING PROVIDER INFO & PH #  ( 605 ) 334 8073
Lanpher Chiropractic Office
506 N Sycamore Ave
Sioux Falls  SD 571105737
a. 1407834419   b.

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-0999 FORM CMS-1500 (08/05)

UF000103

06/17/2011 09:39 AM

Reviewed slg 06/17/2011 10:16

**1500**

**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

UNITED FIRE   CASUALTY
PO BOX 73909
CEDAR RAPIDS IA 524073909

| | | |
|---|---|---|
| PICA | | PICA |

| 1. MEDICARE   MEDICAID   TRICARE CHAMPUS   CHAMPVA   GROUP HEALTH PLAN   FECA BLK LUNG   OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|
| (Medicare #)  (Medicaid #)  (Sponsor's SSN)  (Member ID#)  (SSN or ID)  (SSN)  X (ID) | |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE   SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|
| PLUCKER DEBBIE L | F X | SAME |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| 45730 SD HWY 44 | Self X Spouse  Child  Other | SAME |

| CITY   STATE | 8. PATIENT STATUS | CITY   STATE |
|---|---|---|
| PARKER   SD | Single  Married  Other | |

| ZIP CODE   TELEPHONE (Include Area Code) | | ZIP CODE   TELEPHONE (Include Area Code) |
|---|---|---|
| 57053   ( ) | Employed  Full-Time Student  Part-Time Student | ( ) |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| | | 4001032727 |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (Current or Previous)   YES X NO | a. INSURED'S DATE OF BIRTH   SEX   M   F |
|---|---|---|
| b. OTHER INSURED'S DATE OF BIRTH   SEX   M   F | b. AUTO ACCIDENT?   PLACE (State)   X YES  NO   SD | b. EMPLOYER'S NAME OR SCHOOL NAME |
| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT?   YES X NO | c. INSURANCE PLAN NAME OR PROGRAM NAME   UNITED FIRE AND CASUALTY |
| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN?   YES X NO  If yes, return to and complete item 9 a-d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED   SIGNATURE ON FILE   DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED   SIGNATURE ON FILE

| 14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION |
|---|---|---|
| 05 24 2011 | | FROM   TO |

| 17. NAME OF REFERRING PROVIDER OR OTHER SOURCE | 17a. | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES |
|---|---|---|
| | 17b. NPI | FROM   TO |

| 19. RESERVED FOR LOCAL USE | 20. OUTSIDE LAB?   YES  NO   $ CHARGES |
|---|---|
| 05 25 2011 | |

| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate items 1, 2, 3 or 4 to Item 24E by Line) | 22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO. |
|---|---|
| 1. 8470   3. 8471 | |
| 2. 7231   4. 7241 | 23. PRIOR AUTHORIZATION NUMBER |

| 24. A. DATE(S) OF SERVICE | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) | | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM DD YY | To MM DD YY | | | CPT/HCPCS | MODIFIER | | | | | | |
| 06 08 11 | | 11 | | 98941 | | 1234 | 60 00 | 1 | | ZZ  NPI | 111N00000X  1366416323 |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |

| 25. FEDERAL TAX I.D. NUMBER   SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back)   X YES  NO | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. BALANCE DUE |
|---|---|---|---|---|---|
| X | 169965 | | $ 60 00 | 00 | 60 00 |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) | 32. SERVICE FACILITY LOCATION INFORMATION | 33. BILLING PROVIDER INFO & PH #   ( 605 ) 334 8073 |
|---|---|---|
| Robin Lanpher DC | ROB LANPHER DC | Lanpher Chiropractic Office |
| SIGNED   06/13/2011   DATE | 506 N SYCAMORE AVE | 506 N Sycamore AVE |
| | Sioux Falls SD 57110 | Sioux Falls SD 571105737 |
| | a. 1407834419  b. | a. 1407834419  b. |

NUCC Instruction Manual available at: www.nucc.org   APPROVED OMB-0938-0999 FORM CMS-1500 (08/05)

06/10/2011 09:15 AM

Reviewed slg 06/10/2011 09:59
UNITED FIRE  CASUALTY
PO BOX 73909
CEDAR RAPIDS IA 524073909

**1500**

## HEALTH INSURANCE CLAIM FORM
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

| | PICA | | | | | | | PICA |

1. MEDICARE   MEDICAID   TRICARE CHAMPUS   CHAMPVA   GROUP HEALTH PLAN   FECA BLK LUNG   OTHER   1a. INSURED'S I.D. NUMBER   (For Program in Item 1)
(Medicare #) (Medicaid #) (Sponsor's SSN) (Member ID#) (SSN or ID) (SSN) [X] (ID)

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)   **PLUCKER DEBBIE L**

3. PATIENT'S BIRTH DATE   SEX   F [X]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)   **SAME**

5. PATIENT'S ADDRESS (No., Street)   **45730 SD HWY 44**

6. PATIENT RELATIONSHIP TO INSURED   Self [X] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street)   **SAME**

CITY   **PARKER**   STATE   **SD**

8. PATIENT STATUS   Single [ ] Married [ ]

CITY   STATE

ZIP CODE   **57053**   TELEPHONE (Include Area Code)

Employed [ ] Full-Time Student [ ] Part-Time Student [ ]

ZIP CODE   TELEPHONE (Include Area Code)

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER   **4001032727**

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)   YES [ ] [X] NO

a. INSURED'S DATE OF BIRTH   MM DD YY   SEX   M [ ] F [ ]

b. OTHER INSURED'S DATE OF BIRTH   MM DD YY   SEX   M [ ] F [ ]

b. AUTO ACCIDENT?   [X] YES [ ] NO   PLACE (State) **SD**

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?   YES [ ] [X] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME   **UNITED FIRE AND CASUALTY**

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?   YES [ ] [X] NO   If yes, return to and complete item 9 a-d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED   **SIGNATURE ON FILE**   DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED   **SIGNATURE ON FILE**

14. DATE OF CURRENT   ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)   **05 24 2011**

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION   FROM   TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE

17a.   17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES   FROM   TO

19. RESERVED FOR LOCAL USE   **05 25 2011**

20. OUTSIDE LAB?   YES [ ] NO [ ]   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)

1. **8470**   3. **8471**

2. **7231**   4. **7241**

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 05 30 11 | | 11 | 98940 | | 1234 | 52 00 | 1 | | ZZ NPI | 111N00000X 1366416323 |
| 2 | 05 30 11 | | 11 | 97035 | | 1234 | 25 00 | 1 | | ZZ NPI | 111N00000X 1366416323 |
| 3 | 05 30 11 | | 11 | 97032 | | 1234 | 25 00 | 1 | | ZZ NPI | 111N00000X 1366416323 |
| 4 | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER   SSN EIN   [X]

26. PATIENT'S ACCOUNT NO.   **169856**

27. ACCEPT ASSIGNMENT?   [X] YES [ ] NO

28. TOTAL CHARGE   $ **102 00**

29. AMOUNT PAID   $ **00**

30. BALANCE DUE   $ **102 00**

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

**Robin Lanpher DC**

SIGNED   **06/06/2011**   DATE

32. SERVICE FACILITY LOCATION INFORMATION

**ROB LANPHER DC
506 N SYCAMORE AVE
Sioux Falls SD 57110**

a. **1407834419**

33. BILLING PROVIDER INFO & PH #   ( **605 334 8073** )

**Lanpher Chiropractic office
506 N Sycamore Ave
Sioux Falls SD 571105737**

a. **1407834419**

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-0999 FORM CMS-1500 (08/05)

06/06/2011 11:24 AM

Reviewed slg 06/06/2011 14:38

**1500**

**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

UNITED FIRE  CASUALTY
PO BOX 73909
CEDAR RAPIDS IA 524073909

Waiting for med auth & then recs - slg

| | | |
|---|---|---|
| ☐☐☐ PICA | | PICA ☐☐☐ |

1. MEDICARE ☐ (Medicare #)   MEDICAID ☐ (Medicaid #)   TRICARE CHAMPUS ☐ (Sponsor's SSN)   CHAMPVA ☐ (Member ID#)   GROUP HEALTH PLAN ☐ (SSN or ID)   FECA BLKLUNG ☐ (SSN)   OTHER ☒ (ID)

1a. INSURED'S I.D. NUMBER    (For Program in Item 1)

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
PLUCKER DEBBIE L

3. PATIENT'S BIRTH DATE    SEX   M ☐  F ☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
SAME

5. PATIENT'S ADDRESS (No., Street)
45730 SD HWY 44

6. PATIENT RELATIONSHIP TO INSURED
Self ☒  Spouse ☐  Child ☐  Other ☐

7. INSURED'S ADDRESS (No., Street)
SAME

CITY
PARKER    STATE SD

8. PATIENT STATUS
Single ☐   Married ☐   Other ☐
Employed ☐   Full-Time Student ☐   Part-Time Student ☐

CITY    STATE

ZIP CODE
57053

TELEPHONE (Include Area Code)
(     )

ZIP CODE    TELEPHONE (Include Area Code)  (     )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
4001032727

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)
YES ☐  NO ☒

a. INSURED'S DATE OF BIRTH   MM DD YY    SEX   M ☐  F ☐

b. OTHER INSURED'S DATE OF BIRTH   MM DD YY    SEX   M ☐  F ☐

b. AUTO ACCIDENT?
YES ☒  NO ☐    PLACE (State) SD

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES ☐  NO ☒

c. INSURANCE PLAN NAME OR PROGRAM NAME
UNITED FIRE AND CASUALTY

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES ☐  NO ☒    If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED  SIGNATURE ON FILE    DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT:  ILLNESS (First symptom) OR  INJURY (Accident) OR  PREGNANCY(LMP)
05 | 24 | 2011

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS.
GIVE FIRST DATE MM | DD | YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM MM DD YY    TO MM DD YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE

17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM MM DD YY    TO MM DD YY

19. RESERVED FOR LOCAL USE
05 25 2011

20. OUTSIDE LAB?
YES ☐  NO ☐    $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)
1. ∟ 8470
2. ∟ 7231
3. ∟ 8471
4. ∟ 7241

22. MEDICAID RESUBMISSION CODE    ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 05 25 11 | | 11 | 99214 | 25 | 1234 | 130 00 | 1 | | ZZ NPI | 111N00000X 1366416323 |
| 2 | 05 25 11 | | 11 | 98940 | | 1234 | 52 00 | 1 | | ZZ NPI | 111N00000X 1366416323 |
| 3 | 05 25 11 | | 11 | 97035 | | 1234 | 25 00 | 1 | | ZZ NPI | 111N00000X 1366416323 |
| 4 | 05 25 11 | | 11 | 97032 | | 1234 | 25 00 | 1 | | ZZ NPI | 111N00000X 1366416323 |
| 5 | 05 25 11 | | 11 | 72040 | 22 | 1234 | 80 00 | 1 | | ZZ NPI | 111N00000X 1366416323 |
| 6 | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER    SSN EIN ☐

26. PATIENT'S ACCOUNT NO.
169769

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
YES ☒  NO ☐

28. TOTAL CHARGE
$ 312 00

29. AMOUNT PAID
$ 00

30. BALANCE DUE
$ 312 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Robin Lanpher DC
SIGNED  06/01/2011  DATE

32. SERVICE FACILITY LOCATION INFORMATION
ROB LANPHER DC
506 N SYCAMORE AVE
Sioux Falls SD 57110
a. 1407834419  b.

33. BILLING PROVIDER INFO & PH #  ( 605 334 8073
Lanpher Chiropractic Office
506 N Sycamore Ave
Sioux Falls SD 571105737
a. 1407834419  b.

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-0999 FORM CMS-1500 (08/05)

UF000106



**UNITED FIRE GROUP®**

United Fire & Casualty Company
United Life Insurance Company
Addison Insurance Company
Lafayette Insurance Company
United Fire & Indemnity Company
United Fire Lloyds

MAY 25 2011

DEBBIE PLUCKER
45730 SD HIGHWAY 44
PARKER, SD 57053-5624

RE: Claim Number:     4001032727
    Policy Number:    90625038
    Ins. Driver:      DEBBIE PLUCKER
    Date of Loss:     05-24-2011
    Claimant:         DEBBIE PLUCKER
    Loss Location:    I-29 N AT (MRM 071-63 + .108 HARRISBURG SD

Dear Insured:

We have received notice of your loss of 05-24-2011.

The adjuster assigned to service your claim is:

        SHERRI WADE
        PO BOX 73909
        CEDAR RAPIDS, IA  52407-3909

        Phone No:  319-399-5758
        Branch Fax:  800-863-1703

If you wish to visit with your adjuster and have not yet heard
from the person assigned to your claim please feel free to contact
him/her at the above number.

If you are unable to contact the adjuster and need immediate
assistance, please call the office as shown on this letterhead.

Sincerely,

UNITED FIRE & CASUALTY COMPANY
Claims Department

May 26, 2011

Debbie Plucker
45730 SD Highway 44
Parker, SD 57053

      RE:   Claim: 4001032727
              Loss Date: 5/24/11

Dear Ms. Plucker,

We have reviewed your claim and your policy provides Medical Payments Coverage, which will apply to this accident. Medical Payments Coverage pays for reasonable and necessary medical treatment that is reported to us and incurred within 3 years of this accident. This coverage is subject to the $5,000.00 limit specified in your policy.

Please know that with this coverage will seek recovery for any expenses we pay from Liberty Mutual. You will need to protect our rights when you are ready to settle.

In order to handle your medical claim, we will need the Medical Authorization and Treatment Provider List forms completed and returned to us. The Medical Authorization will allow us to obtain the bills and records associated with this loss. The Treatment Provider List simply tells us who you are treating with.

Because you are a Medicare recipient, we have also enclosed their Consent to Release Form. This form will allow Medicare to communicate with us so we can monitor your billings.

Lastly, it appears that Liberty Mutual is taking care of the damages to your vehicle. If you find out they are not, you have Collision Coverage available to you subject to a $500.00 deductible. Please let us know if you need to use this coverage.

Please let us know what questions you have. We can be reached at 800-343-9131 ext 5758.

Thank you.
Sincerely,

Sherri Wade, Claims Representative

UF000108



UNITED FIRE
GROUP

*United Fire & Casualty Company*
*United Life Insurance Company*
*Addison Insurance Company*
*Lafayette Insurance Company*
*United Fire & Indemnity Company*

*United Fire Lloyds*
*American Indemnity Company*
*Texas General Indemnity Company*

## Medical Provider List

Claim#:        4001032727

Insured/Claimant:        Debbie Plucker

*List the name and address of each hospital, clinic, doctor or chiropractor where you received medical treatment:*

Medical Providers:

Name _____

Address _____

City, State, Zip Code _____

Phone _____


Name _____

Address _____

City, State, Zip Code _____

Phone _____


Name _____

Address _____

City, State, Zip Code _____

Phone _____

*If more space is required, use a separate page.*

UF000109

CLAIM NO.: 4001032727                          AUTHORIZATION FOR RELEASE OF MEDICAL
                                               INFORMATION

To: _____
      (Physician, Hospital, or other)

I authorize the above named party to release to United Fire and Casualty Company   information from the medical record
of the below named patient.  This request is being made at the request of the individual who signed below.

Patient's Name:            Plucker, Debbie
Patient's Address:         45730 SD Highway 44, Parker, SD 57053
Patient's Birth Date:                          Social Security No.

THIS CONSENT TO RELEASE INFORMATION IS LIMITED TO THE FOLLOWING:

☒     Any and all medical records, including reports involving alcohol, drug abuse, or psychiatric treatment or
      recovery (if applicable) from 5/24/11 to Present.

☐     Or selected medical records, including reports involving alcohol, drug abuse, or psychiatric treatment or
      recovery (if applicable) from          to        .

Use the checklist below to specify category(s) necessary for copying:

| | | |
|---|---|---|
| ☒ History & Physical Exam | ☒ Consultation Reports | ☒ Progress Notes |
| ☒ Discharge Summary | ☒ X-ray Reports | ☒ Physician's |
| ☒ Operative Reports | ☒ Laboratory Reports | ☒ Nurse's |
| ☒ Pathology Reports | ☒ Outpatient Information | ☐ Other (Please specify) |

This authorization is valid for 12 months from the date of signing.  It may be revoked in writing at any time.  A
photocopy of this authorization will be treated in the same manner as the original.

*I acknowledge that information to be released may include material that is protected by state and/or federal law
applicable to mental health, alcohol/drug abuse, HIV/AIDS or all of these.  My signature authorizes release of all
such information as specified above.*

*I acknowledge that information used or disclosed pursuant to this authorization may be subject to re-disclosure by
United Fire and Casualty Company   without further authorization.*

Where information has been disclosed from records protected by federal law for alcohol/drug abuse records, by state
law for mental health records or HIV/AIDS related records, federal requirements (42 CFR Part 2) and state
requirements prohibit further disclosure without the specific written consent of the patient, or as otherwise permitted
by such law and/or regulations.  Civil and/or criminal penalties may attach for unauthorized disclosure of
alcohol/drug abuse, mental health or HIV/AIDS information.


_____          _____
Signature of Patient/Guardian             Relationship to Patient if Signed by Guardian


_____          _____
Date  of Signature                        Reason Patient Unable to Sign


CD4030 (04/032003)

UF000110

July 13, 2011

Debbie Plucker
45730 SD Highway 44
Parker, SD 57053

      RE:   Claim: 4001032727
              Loss Date: 5/24/11

Dear Ms. Plucker,

This letter serves as a friendly reminder that in order to assist you with this claim, you must fulfill the obligations outlined in your policy. Your Personal Auto Policy states:

## AGREEMENT

In return for payment of the premium and subject to all the terms of this policy, we agree with you as follows:

### PART E – DUTIES AFTER AN ACCIDENT OR LOSS

We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

**B.** A person seeking any coverage must:

**1.** Cooperate with us in the investigation, settlement or defense of any claim or suit.
**2.** Promptly send us copies of any notices or legal papers received in connection with the accident or loss.
**3.** Submit, as often as we reasonably require:

**a.** To physical exams by physicians we select. We will pay for these exams.
**b.** To examination under oath and subscribe the same.

**4.** Authorize us to obtain:

**a.** Medical reports; and
**b.** Other pertinent records.

**5.** Submit a proof of loss when required by us.

UF000111

Currently we have not received the Medical Authorizations we requested and therefore are not able to process your medical claim. We have enclosed these forms again for your completion. Additionally you will find the forms we received from Medicare that are also necessary in order to assist you.

Please let us know what questions you have. We can be reached Monday through Friday from 8:00am until 4:30pm at 800-343-9131 ext 5758.

Thank you.
Sincerely,


Sherri Wade, Claims Representative

07/22/2011 09:18 AM



UNITED FIRE
GROUP

United Fire & Casualty Company
United Life Insurance Company
Addison Insurance Company
Lafayette Insurance Company
United Fire & Indemnity Company

United Fire Lloyds
American Indemnity Company
Texas General Indemnity Company

## Medical Provider List

Claim#:        4001032727

Insured/Claimant:    Debbie Plucker

*List the name and address of each hospital, clinic, doctor or chiropractor where
you received medical treatment:*

Medical Providers:

Name                Dr. Robin Lanpher

Address            506 N. Sycamore Avenue

City, State, Zip Code    Sioux Falls SD 57110

Phone              605-334-8073


Name                _____

Address            _____

City, State, Zip Code    _____

Phone              _____


Name                _____

Address            _____

City, State, Zip Code    _____

Phone              _____

If more space is required, use a separate page.

UF000113

07/22/2011 09:18 AM *This Original is Valid. No copies Are Valid.*
*Must Be Signed In 'Red Ink' to be Valid.*

CLAIM NO.: 4001032727

Dr. Robin R. Lanpher

To: __ Lanpher Chiropractic
(Physician, Hospital, or other)

AUTHORIZATION FOR RELEASE OF MEDICAL INFORMATION

Reviewed slg 07/22/2011 12:44

I authorize the above named party to release to United Fire and Casualty Company information from the medical record of the below named patient. This request is being made at the request of the individual who signed below.

Patient's Name: Plucker, Debbie
Patient's Address: 45730 SD Highway 44, Parker, SD 57053
Patient's Birth Date: Social Security No.

THIS CONSENT TO RELEASE INFORMATION IS LIMITED TO THE FOLLOWING:

☒ Any and all medical records, ▓▓▓▓▓▓▓▓ from 5/24/11 to Present.

☐ Or selected medical records, including reports involving alcohol, drug abuse, or psychiatric treatment or recovery (if applicable) from          to          .

Use the checklist below to specify category(s) necessary for copying:

☒ History & Physical Exam   ☒ Consultation Reports   ☒ Progress Notes
☒ Discharge Summary          ☒ X-ray Reports            ☒ Physician's
☒ Operative Reports          ☒ Laboratory Reports       ☒ Nurse's
☒ Pathology Reports          ☒ Outpatient Information    ☐ Other (Please specify)

This authorization is valid for 3 (three) months from the date of signing. It may be revoked in writing at any time. ▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Signature of Patient/Guardian                    Relationship to Patient if Signed by Guardian

06-01-2011
Date of Signature

06-01-2011                                        Reason Patient Unable to Sign

CD4030 (04/032003)

UF000114