# EXHIBIT C

DEPOSITION OF ROBERTA SNIFFEN, 10/31/2014

```
 1        Q.   All right.  Okay.  We're still in
 2   Exhibit 3, but if you would turn up to where it says
 3   UF 106 in the bottom left-hand corner.
 4        A.   (Witness complies.)  Yes.
 5        Q.   Do you recognize this form?
 6        A.   Yes.
 7        Q.   Okay.  And I realize that this one is
 8   filled out also, but what is this form?
 9        A.   This is a form we get with bills on it
10   sometimes.
11        Q.   Okay.
12        A.   Uh-huh.
13        Q.   How many of these have you seen in your
14   career?
15        A.   I couldn't even begin to speculate.
16        Q.   A bunch?
17        A.   A bunch.
18        Q.   Okay.  I think Sherri Wade said yesterday
19   that she's seen thousands of them.
20        A.   I'm a little older than Sherri, so add a
21   couple years.
22        Q.   Okay.  So you've seen many thousands of
23   these forms?
24        A.   I'm not that much older than she is.
25        Q.   Fair enough.  Fair enough.  I won't
```

DEPOSITION OF ROBERTA SNIFFEN, 10/31/2014

```
 1   speculate about how many then.  Have you received
 2   any training here at United Fire on how to use this
 3   form?
 4        A.   Not to my recollection.
 5        Q.   Okay.  And just so that we're clear what
 6   this form is, this is a 1500 health insurance claim
 7   form, is that correct?
 8        A.   That's what it's called.
 9        Q.   Okay.  Is it also known as a HICF form?
10        A.   It may be.  I've never called it that.
11        Q.   Okay.  You've never called it a HICF form?
12        A.   No.
13        Q.   Okay.  Now, have you ever -- Has anyone at
14   United Fire ever told you what the effect that box 12
15   has?
16        A.   No.
17        Q.   Okay.  Would you mind reading what box 12
18   says?
19        A.   Patient's or authorized person's signature.
20   I authorize the release of any medical or other
21   information necessary to process this claim.  I also
22   request payment of government benefits either to
23   myself or to the party who accepts this assignment
24   below.
25        Q.   Okay.  And then do you see -- Does it have
```

DEPOSITION OF ROBERTA SNIFFEN, 10/31/2014

```
 1  some of these other blanks -- if she had just pulled
 2  the -- Well, scratch that.  Did you explain to her
 3  that if she filled out the "to" section there and
 4  just put in Dr. Lanpher's office, that, you know,
 5  that would only allow United Fire to pull medical
 6  records from there?
 7       A.   I don't recall.
 8       Q.   Did you tell Debbie Plucker that
 9  United Fire would reimburse her for the cost of
10  obtaining the medical records from Dr. Lanpher's
11  office?
12       A.   I don't recall, but we certainly would
13  have.
14       Q.   Well, is there any -- Are there any
15  written correspondence in the claims file
16  documenting, you know, whether you told her you had
17  or not?
18       A.   I think I just wrote her a letter that
19  said, I had another idea if she didn't want to sign
20  the med auth -- Oh, here it is (indicating).  24.
21       Q.   On 24.
22       A.   Thank you for forwarding your signed
23  medical authorization.  Unfortunately, it will not be
24  accepted by any medical facility with all the changes
25  made to the document.  If you do not wish to complete
```

DEPOSITION OF ROBERTA SNIFFEN, 10/31/2014

```
 1  medical authorization?
 2       A.    No, I did not.
 3       Q.    And would it surprise you that
 4  Dr. Lanpher's office has since said they would have
 5  accepted the auth on UF 114?
 6       A.    Yes, it would.
 7       Q.    And does this letter tell Debbie that
 8  United Fire would pay for the costs of obtaining any
 9  medical records she obtained from United Fire?
10       A.    No, but I certainly left it open for her to
11  call me if she had any questions about anything.
12       Q.    Well, do you wish you would have told her
13  that, you know -- Well, scratch that.  Would it be
14  possible for you to -- for you to have modified
15  UF 110 so that you could only have obtained -- so
16  that Debbie could sign a med auth so that you could
17  only obtain medical records from Dr. Lanpher's
18  office?
19       A.    (Witness complies.)  Say that again.
20  I'm sorry.
21       Q.    Was there a way for you to modify UF 110
22  at that time when you wrote this August 3rd letter
23  so that you could only obtain medical records from
24  Dr. Lanpher's office?
25       A.    If she had just written in Dr. Lanpher here
```

DEPOSITION OF ROBERTA SNIFFEN, 10/31/2014

```
 1        Q.    Now, when you said that you told
 2   Dr. Lanpher's office that the med auth was
 3   unacceptable, is that what you have diaried here on
 4   UF 9?
 5        A.    (Witness complies.)  Yes.  I told Mary,
 6   was her name.
 7        Q.    And was that -- That's Mary Lanpher, right?
 8        A.    I don't know what her last name was.
 9        Q.    It was Mary at Dr. Lanpher's office?
10        A.    Yes.
11        Q.    Okay.  So can you explain to me -- Take a
12   look at UF 8.
13        A.    (Witness complies.)
14        Q.    Could you explain to me that paragraph that
15   starts with, appears that Medicare has accepted our
16   notice?
17        A.    When we mark a file as ORM, Medicare sends
18   something back that says it has been accepted for
19   ORM, so that means that we got her Social Security
20   number and her name right and everything.
21        Q.    Okay.
22        A.    Uh-huh.
23        Q.    And what's this -- that last section,
24   Debbie either sends her bills in to us with the
25   records, or we wait for subro from Medicare and pay
```

DEPOSITION OF ROBERTA SNIFFEN, 10/31/2014

```
 1  of the med auth when we sent it to the provider.
 2      Q.   Right.  And the provider --
 3      A.   The provider that the insured gave us the
 4  name of.
 5      Q.   Sure.
 6      A.   Uh-huh.
 7      Q.   And so if -- like let's take a look at this
 8  case, because, you know, the -- I think we can agree
 9  that, you know, the only provider that we -- that
10  United Fire was interested in getting medical records
11  from was Dr. Lanpher, right?
12      A.   Once she presented to us whom her provider
13  was, yes.
14      Q.   Well, when did you find out that
15  Dr. Lanpher was the provider?
16      A.   I don't recall.
17      Q.   Well, you got the HICF form on June 6th,
18  right?
19      A.   We knew he was a provider, but she didn't
20  fill out the form, so we didn't know if it was her
21  only provider.
22      Q.   Well, she eventually identified Dr. Lanpher
23  as the only provider.  Do you remember that?
24      A.   Eventually, but I couldn't tell you when,
25  so --
```