# EXHIBIT G

RICHARD A. CUTLER
KENT R. CUTLER
BRIAN J. DONAHOE <sup>*#</sup>
STEVEN J. SARBACKER *
JAYNA M. VOSS
MICHAEL D. BORNITZ ‡
TRENT A. SWANSON *
RYAN J. TAYLOR °
KIMBERLY R. WASSINK
MEREDITH A. MOORE
NATHAN S. SCHOEN *#†
ONNA B. HOUCK #
NICHOLE MOHNING ROTHS ˣ
BOBBI L. THURY *
DANIEL J. DOYLE
JOLENE R. NASSER
ALEX S. HALBACH
PETER M. FISCHER
ROBERT D. TRZYNKA

# CUTLER & DONAHOE, LLP

ATTORNEYS AT LAW

Telephone (605) 335-4950
Fax (605) 335-4961
www.cutlerlawfirm.com

JEAN BROCKMUELLER, CPA (Inactive)
BUSINESS MANAGER

*Also licensed to practice
  in Minnesota
#Also licensed to practice
  in Iowa
‡Also licensed to practice
  in Nebraska
ˣAlso licensed to practice
  in Kansas
†Admitted to practice before the
  United States Tax Court
°Also licensed as a Certified
  Public Accountant (Inactive)

August 29, 2012

Dr. Rob Lanpher
Lanpher Chiropractic Clinic
506 N. Sycamore Avenue
Sioux Falls, SD 57110

    Re:    Debbie Plucker - DOB:

Dear Dr. Lanpher:

    As you know, Debbie Plucker has asked me to assist her with regard an accident that occurred on May 24, 2011, and the corresponding refusal of her insurance carrier, United Fire, to pay for her medical bills under the medical payments provision of her automobile insurance policy. You previously confirmed for me that your office sent bills by mail to United Fire on a number of occasions. I am following up on this matter and have a few questions that I am wondering if you could answer.

    First, did United Fire ever contact your office and request Debbie's medical records after you sent them her medical bills?

    YES _____   NO __X__ *DL* (Please initial the appropriate line)

    Second, did United Fire ever send you the original Authorization that Debbie signed? (I have attached a copy of her Authorization to this letter)

    YES _____   NO __X__ *DL* (Please initial the appropriate line)

    Third, if United Fire would have sent you the original of the Authorization that Debbie signed, would your office have sent the medical records to United Fire?

    YES __X__ *DL*   NO _____ (Please initial the appropriate line)

100 NORTH PHILLIPS AVENUE • 9TH FLOOR • PO BOX 1400 • SIOUX FALLS, SOUTH DAKOTA 57101-1400

Dr. Rob Lanpher
August 29, 2012
Page 2

    I would like to thank you for responding to this inquiry. If there are any charges associated with this request, please send a bill to my office and I will promptly remit by return mail.

Sincerely,

CUTLER & DONAHOE, LLP

Michael D. Bornitz
For the Firm

MDB/dlu
Enclosure
cc: Ms. Debbie Plucker (w/o enc.)