# EXHIBIT I

**Kathy Justice**

From: Kathy Justice [kathy.justice@midconetwork.com]
Sent: Tuesday, July 26, 2011 10:08 AM
To: 'Diefendorf, Tom'
Subject: Debbie Plucker - Claim #:4001032727

Hi Tom:

Per our phone conversation this morning, following is a Reader's Digest recap:

Our insured was involved in a not-at-fault accident that resulted in her suffering some minor injuries. We submitted a claim under her policy's med pay coverage for her bills which are currently at approximately $400-500 with 1 or 2 more bills to follow (chiropractor). The at-fault driver's insurer has accepted liability and has already paid for the damages to her car. Sherri Wade is the adjustor assigned. She contacted me the other day asking for my help in getting the medical release signed and explained that the insured had signed one but also had crossed out and "blacked out" several areas on the release making it unacceptable. She said that apparently the insured had some prior alcohol or drug issues that she didn't want them to know about and also said the Debbie must have some mental or emotional issues. I've had this person insured for over 20 years – I'm not aware of any mental or emotional issues. Debbie said that Sherri was "grilling" her about whether or not she had her seat belt on – what difference does it make!!! Also, the insured said Sherri was telling her that her injuries were not consistent with the details of the accident. All of this over a very minor med pay claim that would be paid by subrogation anyway!! Why are we treating our own insured like the enemy?

As it turns out, it's a good thing Sherri asked for my help because when I called the insured and she explained all this to me, she told me she wants nothing more to do with United Fire and that she's going to look for other coverage. At least she gave me the opportunity to find her some coverage with another company before she looks elsewhere. Her current policies are: Auto #90625038. Current term premium is $776. Boat #47213295 - $50. Commercial policy #: 60393885 - $1044.00 (auto) and $510 (GL). I know none of these are huge policies, premium wise, but this is 4 policies that I now have to re-write and try to find a comparable premium for. Here's one customer who doesn't call and scream every time the rates go up – I wasn't planning to shop her policies even at renewal, let alone RIGHT NOW! You know that the claims dept. can determine almost every time, the customer's perception of their insurance company and here's an example of what we don't want.

Thanks for your help.

*Kathy Justice*
*Brenner & Justice Ins., Inc.*
*Phone: 605-362-8200*
*Fax: 605-362-9366*

Information from ESET NOD32 Antivirus, version of virus signature database 6326 (20110726)

The message was checked by ESET NOD32 Antivirus.

http://www.eset.com

1