# EXHIBIT J

DEPOSITION OF DAVID CONNER, 10/27/2014

```
 1        A.   (Witness complies.)  Okay.
 2        Q.   Okay.  Do you mind going down to the --
 3   See the section there marked, Part E, duties after an
 4   accident or loss?
 5        A.   Yes.
 6        Q.   Okay.  Would you mind taking a look at
 7   subparagraph B(4)(a).
 8        A.   Okay.
 9        Q.   Are you there?
10        A.   Yep.
11        Q.   Okay.  What does that paragraph authorize
12   United Fire to obtain?
13        A.   That section only authorizes us to obtain
14   medical reports related to a particular accident or
15   injury.
16        Q.   And under that paragraph does that only
17   authorize -- or do you communicate that that only
18   authorizes United Fire to obtain records necessary to
19   process the claim?
20        A.   Could you repeat that?
21        Q.   Sure.  You said that it -- I just want to
22   confirm my understanding.  I heard you say that that
23   only authorizes you to obtain the records related to
24   the claim.  Is that fair to say?
25        A.   It authorizes us to obtain medical reports
```

1  that we deem necessary that could be related to the
2  claim.
3      Q.   Okay.  And how do you determine whether or
4  not a record is related to the claim?
5      A.   Obviously you'd want to inquire about the
6  treating physicians' facilities based on the injuries
7  that occurred and obtain medical records and reports
8  related to those; however, there are times when there
9  are extenuating circumstances where prior injuries
10 or prior ailments come into play and impact the
11 treatment for a particular injury that is being --
12 that is the topic of the claim at hand.  So it's very
13 difficult up front to try and figure out exactly what
14 is or isn't needed before you can find out more
15 information and do the investigation.
16     Q.   Sure.  So, for example, if, you know,
17 someone had a broken wrist -- Okay? -- and -- would
18 that allow United Fire to get their records related
19 to their STDs that they've had?
20          MR. DeNURE:  Objection, speculation, calls
21 for facts not in evidence.
22     A.   You know, you can come up with a hundred
23 different scenarios.  I would say this, because each
24 individual claim brings with it its own unique
25 circumstances, that it's difficult to say with any

DEPOSITION OF DAVID CONNER, 10/27/2014

```
 1        Q.   Okay.  Does he talk with you about why
 2   you're awarded stock options every year?
 3        A.   No.
 4        Q.   They just sort of magically appear,
 5   I guess, would that be a fair way to describe it?
 6        A.   Well, it's no secret that it's based on
 7   whether we have a decent year or not.
 8        Q.   Okay.  What determines whether you have a
 9   decent year or not?
10        A.   Whether or not we're profitable, our return
11   on equity, our earnings for the year.
12        Q.   Similar goals to -- for what happens in
13   like the bonus program?
14        A.   Yes.
15        Q.   Okay.  The same -- Are they the same sorts
16   of targets?
17        A.   I don't know that they utilize them, but
18   you're on the right track with regard to the general
19   theme is similar to what we would see in the bonus
20   program.
21        Q.   Okay.  Now let's talk about your salary
22   increases.  We sort of touched on this a little bit
23   earlier.  What factors drive whether you receive an
24   increase in salary from year to year?
25        A.   In part, whether or not I reach the goals
```

DEPOSITION OF DAVID CONNER, 10/27/2014

1 loss ratio is you would take the amount of claims
2 paid, and then you would divide it by the revenue
3 earned, would that be a fair way to describe it?
4     A.    Correct.
5     Q.    Okay. And by revenue earned, how does
6 United Fire earn revenue in any given year?
7     A.    Through the premiums -- Two ways. Mostly
8 through the premiums that are paid for the policies
9 issued and also through investments.
10     Q.    Okay. If you wouldn't mind grabbing --
11 just moving forward to Exhibit 11.
12     A.    (Witness complies.)
13     Q.    And look at -- oh, it's just that -- that's
14 part of the employee handbook, which is -- I've
15 marked here as Bates 25 -- which is Bates UF 2588 to
16 2703. If you wouldn't mind turning to page UF 2680.
17 It's a ways in there.
18     A.    (Witness complies.) Okay.
19     Q.    Okay. Do you mind reading how United Fire
20 defines loss ratio in its handbook?
21     A.    The proportionate relationship of incurred
22 losses to earned premium expressed as a percentage.
23     Q.    And so was how I described the calculation
24 of loss ratio consistent with that definition?
25     A.    Yes.

1  Q. Okay. I just wanted to make sure. And
2  just so I understand, lower -- the lower the loss
3  ratio, the more profitable United Fire is, right?
4  A. Correct.
5  Q. And what's an expense ratio?
6  A. That is the -- a ratio of incurred expenses
7  to the incoming revenue.
8  Q. And that's a generally accepted term in the
9  insurance industry, right?
10 A. Correct.
11 Q. Okay. And if you wouldn't mind looking at
12 UF -- well -- Sorry. I'm going to take a step back
13 before I do that. So that's basically -- you take
14 the incurred expenses, you divide it by the premiums
15 and the revenue and -- or premiums, which is -- or
16 the revenue, which is the premiums and the investment
17 income, you divide it, and then you get a number,
18 is that --
19 A. Correct.
20 Q. -- a fair way to describe how you calculate
21 the expense ratio?
22 A. Yes.
23 Q. Okay. And then if you wouldn't mind
24 looking at -- a few pages back at UF 2676.
25 A. (Witness complies.)

DEPOSITION OF DAVID CONNER, 10/27/2014

```
 1        Q.   Do you see where it says, expense ratio,
 2   there?
 3        A.   Yes.
 4        Q.   Okay.  Would you read the definition.
 5        A.   The percentage of the premium used to pay
 6   all the costs of acquiring, writing and servicing
 7   business.
 8        Q.   And is that definition consistent with
 9   the process of calculating the expense ratio that I
10   described to you before?
11        A.   Yes.
12        Q.   Okay.  Would you agree with the definition
13   that's in this book?
14        A.   Yes, I would.
15        Q.   Now, we already talked a little bit about
16   it, but what is the combined ratio?
17        A.   The combined ratio is the overall revenue
18   to overall expenses, both incurred expenses and
19   losses paid.
20        Q.   Okay.  Now -- And I'm going to take a step
21   back quick.  Sorry.  I forgot to ask you a question
22   related to the expense ratio.  So if United Fire has
23   a lower expense ratio, that's also a measure of
24   profitability, right?
25        A.   Correct.
```

1  Q.  Okay.  Now back to the combined ratio.
2  A.  Yes.
3  Q.  Okay.  And I apologize for jumping back
4  and forth there.  The same with the last two terms,
5  I'm going to have you take a look at how it's defined
6  in the handbook, so if you wouldn't mind turning to
7  UF 2673.
8  A.  (Witness complies.)
9  Q.  And how does the handbook define the
10 combined ratio?
11 A.  The sum of the loss ratio and expense
12 ratio.
13 Q.  Okay.  Basically you take the percentage of
14 the loss ratio, and then you add the expense ratio,
15 and you get the combined ratio?
16 A.  Correct.
17 Q.  Okay.  And when you combine those two
18 together, that combined ratio, it's a measure of
19 profitability, right?
20 A.  Yes, it is.
21 Q.  Okay.  And what is a net UW gain or loss?
22 A.  Net underwriting gain or loss is a term --
23 a phrase in the industry that talks about whether or
24 not there is a profit on the underwriting side of the
25 business.  That would be the profitability ratio

DEPOSITION OF DAVID CONNER, 10/27/2014

```
 1   the expense ratio --
 2        A.    Correct.
 3        Q.    -- but I was asking about loss ratio.
 4        A.    Sorry.
 5        Q.    And -- as opposed to the combined ratio or
 6   the expense ratio.  And so -- But they would know
 7   that a loss ratio is based off of, you know, payment
 8   of claims, right?
 9        A.    They would definitely understand that --
10   most of them would understand that the loss ratio is
11   generated by the indemnity dollars that we pay on
12   claims.
13        Q.    Okay.
14        A.    But they -- It would be the same answer,
15   and I apologize getting off target with the expenses
16   versus the loss ratio, but I would have the same
17   answer for that.  I don't -- I know there isn't a
18   single individual out there that looks at that and
19   would ever contemplate paying less than what is owed
20   on a particular claim simply because, you know,
21   sometime down the road when they -- when we add
22   thirty-five or forty thousand claims up, you know,
23   you're going to have a percentage less on the loss
24   ratio that's going to give a little bonus at the end
25   of the year.
```

DEPOSITION OF DAVID CONNER, 10/27/2014

1  Q. Are you there?
2  A. Yep.
3  Q. Okay. Would the employees know the
4 percentages listed there?
5  A. I don't think so.
6  Q. Why not?
7  A. I think each individual group that fits
8 into those percentages knows.
9  Q. Well, I'm looking there at tier A where it
10 says, all others, and who would fit into all others?
11  A. Those that were not AVPs, managers and
12 supervisors --
13  Q. Would that be --
14  A. -- or VPs or CEO.
15  Q. Would claims adjusters be in that all
16 others tier?
17  A. Yes.
18  Q. Would a claims adjuster know those
19 percentages there?
20  A. Yes.
21  Q. Okay. How would they know those
22 percentages for themselves?
23  A. I believe they're published at the time the
24 bonuses are awarded.
25  Q. Okay. How would that be communicated to

DEPOSITION OF DAVID CONNER, 10/27/2014

1  the -- and when you say when the bonuses are awarded,
2  what's -- is that on a document or something?
3      A.   Each individual receives a letter showing
4  the award of the bonus.
5      Q.   Just so I understand, a claims adjuster,
6  like, example, Sherri Wade, would she have received
7  a letter indicating what her bonus was in 2011?
8      A.   If she received one, yes.
9      Q.   Or for whatever year she was in, she would
10 have -- if Sherri Wade received a bonus, she would
11 have received a letter explaining it?
12     A.   Yes.
13     Q.   And that letter would have explained the
14 percentages there listed on UF 759?
15     A.   Correct.
16     Q.   What if that department didn't get a bonus,
17 would that be communicated?
18     A.   Yes.
19     Q.   Okay.  How would that be communicated?
20     A.   In the same manner.
21     Q.   And would it also include those percentages
22 as to the --
23     A.   I don't believe so.
24     Q.   Absent receiving a bonus previously, how
25 would an employee know what those percentages were?

```
 1        Q.    And for the expense ratio?
 2        A.    30.
 3        Q.    I think we already covered earlier that A
 4   are the claims examiners and claims supervisors,
 5   right?
 6        A.    Correct, all other.
 7        Q.    And is Roberta --
 8        A.    Did you say supervisors?
 9        Q.    Yes.
10        A.    Supervisors are in the double A.
11        Q.    Okay.  So Roberta Sniffen would be in
12   double A then?
13        A.    Correct.
14        Q.    Okay.  So Sherri Wade would have been under
15   tier A, and what percentage of her bonus is dependent
16   upon the corporate ROE?
17        A.    30.
18        Q.    And that's -- and then how much for
19   Sniffen -- I'm sorry.  -- Sherri Wade's bonus is
20   dependent upon the loss ratio?
21        A.    35.
22        Q.    And then the expense ratio?
23        A.    35.
24        Q.    And the loss ratio, that's the -- When we
25   talk about loss ratio in Exhibit 12, it's the same
```

```
 1  thing, right?
 2       A.    Correct.
 3       Q.    Okay.  And the expense ratio in the --
 4  for those percentages there, that's the same as the
 5  expense ratio, is that --
 6       A.    Correct.
 7       Q.    Okay.  Why is it that loss ratio becomes
 8  a higher percentage of someone's bonus the closer
 9  they get to a claims examiner?
10       A.    I don't know.
11       Q.    Who would?
12       A.    I'm thinking of two things at once.
13  That's why I'm not responding.
14       Q.    That's fine.  Take your time.
15       A.    I think it would probably be -- HR would
16  be able to provide some insight as to the changes.
17       Q.    And that's Tim Spain again?
18       A.    Yes.
19       Q.    Do you know why the expense ratio becomes
20  increasingly important -- or, sorry, not increasingly
21  important -- but why the expense ratio becomes an
22  increasingly large percentage for claims examiners?
23       A.    No, I don't know why that is built in that
24  way.
25       Q.    Okay.  Would that be Tim Spain again?
```

```
 1  marked from UF 2704 to 2717.
 2       A.   Okay.
 3       Q.   If you would turn to 2705.
 4       A.   (Witness complies.)
 5       Q.   It shows -- It looks here that in 2011 one
 6  of the goals was to control loss adjustment expenses,
 7  is that correct?
 8       A.   That is correct.
 9       Q.   Who was assigned to -- I see that it has
10  Doug Walters there assigned.  What does that mean?
11       A.   That means that Doug Walters oversees the
12  drafting of this particular claims goal.
13       Q.   And why was he assigned this task?
14       A.   As corporate claims manager, he has
15  experience in managing a region as well as handling
16  claims, and I felt his expertise best suited him
17  overseeing this particular goal.
18       Q.   And loss adjustment expenses, that's --
19  is that also known by the acronym LAE?
20       A.   Yes, it is.
21       Q.   Okay.  And I see a number of expenses that
22  Mr. Walters assigned here that were -- it was a goal
23  to reduce in 2011.  Would that be fair to say that
24  each of these expenses listed here are LAEs that were
25  supposed to be reduced in 2011?
```

1  A.  That's correct.
2  Q.  Now, is one of the expenses that was
3 supposed to be controlled in 2011 the cost of
4 obtaining medical records?  It's on the left column
5 there.
6  A.  I have medical records expense.  That is
7 correct, that is a component of LAE, loss adjustment
8 expenses.
9  Q.  And then subrogation expenses, is that
10 another one of the LAEs that was supposed to be part
11 of the loss expense control for 2011 goals?
12  A.  It is, but I would like to put this in
13 context, because taken out of context, this would
14 give -- potentially could give the appearance that
15 the sole objective of our claims department is from
16 year to year to reduce these expenses, which we all
17 know is -- number one, it's impossible, and,
18 number two, earlier on I mentioned that we teach our
19 claims staff that if the expense is necessary in
20 order to perform the objective that we have, which is
21 to treat our policyholders with the utmost respect
22 and handle the entire claim process fairly, then we
23 spend the money.
24      So the context I'm trying to put on this
25 is that while we are always cognizant of our expenses

DEPOSITION OF DAVID CONNER, 10/27/2014

```
 1  let them do it?
 2       A.   We would have to let them do it, because
 3  they wouldn't accept our form.  But, again, I've not
 4  run into any situations where our forms have not been
 5  accepted.
 6       Q.   I just want to make sure that I -- that
 7  you're agreeing with me that if Mayo or some other
 8  hospital insisted on using their own form, that
 9  United Fire would let them do it?
10       A.   Yes, we would jump on it in order to get
11  the documentation that we needed to handle the claim.
12       Q.   Okay.  Are you familiar with the language
13  in United Fire's claims -- medical authorization
14  forms?
15       A.   No.
16       Q.   Who would be?
17       A.   I would think, again, Kristine, Roberta
18  and/or Sherri would be familiar, but --
19       Q.   How were those forms developed?
20       A.   I can't answer that.  We've had them on
21  board since I was here.
22       Q.   Do you know when they were developed?
23       A.   No, I don't.
24       Q.   Do you have any idea who would have any
25  idea how those were developed?
```