# EXHIBIT L

United Fire Group

# ANNUAL INCENTIVE PLAN (AIP)
# PLAN DOCUMENT

| | | Performance Targets | | |
| Tier | Position | Corporate ROE | Corp/Branch LR | Dept. Expense |
|---|---|---|---|---|
| AAAA | CEO | 75.0% | 25.0%* | -- |
| AAA | VP/Reg Pres | 60.0% | 20.0% | 20.0% |
| AA | AVP/Mgr/Supv | 40.0% | 30.0% | 30.0% |
| A | All Others | 30.0% | 35.0% | 35.0% |

* Revenue Growth

4.4 When multiple performance measures are assigned, each will be weighted based on the desired focus for each goal.

## 5.0 TARGET AWARDS

5.1 Target Awards are established based on the participant's level, and a participant's Target Award is calculated as a percentage of his/her base salary. Earned Awards may range from 0% to 120% of the Target Award. Target Awards are as follows:

| Tier | Position | At Target % |
|---|---|---|
| AAAA | CEO | 40.0% |
| AAA | VP/Reg Pres | 25.0% |
| AA | AVP/Mgr/Supv | 17.5% |
| A | All Others | 10.0% |

## 6.0 DETERMINATION OF CALCULATED AND EARNED AWARDS

6.1 Calculated Awards reflect a combination of Corporate, Branch and Department performance that are indicative of each participant's performance and contribution.

6.2 Each performance Component (Corporate, Branch and Department) will stand alone when evaluating performance. Therefore, each Component must meet or exceed the established Threshold (minimum) performance level in order for Awards to be paid for that Component of the Plan.

6.3 For determining the level of financial performance when two or more performance indices are used, a formula will be utilized to determine the overall performance.

6.4 Each participant's Calculated Award will be based on the level of performance achieved against assigned performance measures.

UF000759