UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| DEBBIE PLUCKER,<br><br>   Plaintiff,<br><br>vs.<br><br>UNITED FIRE & CASUALTY COMPANY,<br><br>   Defendant. | Civ. 12-4075<br><br>**PLAINTIFF'S TRIAL EXHIBITS** |

  Plaintiff Debbie Plucker submits the following list of exhibits reasonably expected to be used at trial:

  1. Debbie Plucker's Insurance Policy

  2. Debbie Plucker's Claim File

  3. United Fire's 2009 Proxy Statement

  4. United Fire's 2010 Proxy Statement

  5. United Fire's 2011 Proxy Statement

  6. United Fire's 2012 Proxy Statement

  7. United Fire's 2013 Proxy Statement

  8. United Fire's 2011 Annual Statement

  9. United Fire's 2014 Annual Statement

  10. United Fire Organizational Chart

  11. Employee Compensation Summary

  12. Excerpts from United Fire's Employee Handbook

  13. Unfair Trade Practices from United Fire's Branch Manual

  14. Excerpts from United Fire's Employee Bonus Plan

15. Excerpts from United Fire's Claims Manual

16. United Fire's Financial Goals for 2010

17. United Fire's Financial Goals for 2011

18. United Fire's Financial Goals for 2012

19. Letter from Kathy Justice to United Fire

20. Letter from Dr. Lanpher to Bornitz

21. Plaintiff's Other Medical Releases

22. Excerpts from United Fire's Branch Manual

23. Paul Brenkman CV

24. Brenkman Report

25. Other correspondence regarding Plaintiff's claim

26. NUCC Instruction Manual for 1500 Claim Form

27. Exhibits listed by Defendant

28. Exhibits disclosed in discovery

29. Exhibits necessary for rebuttal or impeachment

Dated this 14th day of March, 2016.

/s/Robert D. Trzynka_____
Michael D. Bornitz
Robert D. Trzynka
Cutler Law Firm, LLP
100 N. Phillips Ave., 9th Floor
PO Box 1400
Sioux Falls, SD  57101-1400
(605) 335-4950
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I certify that on the 14th day of March, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the appropriate parties:

- **Lon Kouri**
  LKouri@mayjohnson.com

- **Eric DeNure**
  edenure@mayjohnson.com

                                                /s/Robert D. Trzynka
                                                Michael D. Bornitz
                                                Robert D. Trzynka
                                                Cutler Law Firm, LLP
                                                100 N. Phillips Avenue, 9th Floor
                                                PO Box 1400
                                                Sioux Falls, SD  57101-1400
                                                Telephone:  (605) 335-4950
                                                *Attorneys for Plaintiff*