**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH DAKOTA**
**SOUTHERN DIVISION**

| | |
|---|---|
| DEBBIE PLUCKER,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED FIRE & CASUALTY COMPANY,<br><br>Defendant. | Civ. 12-4075<br><br>**PLAINTIFF'S WITNESS LIST** |

Plaintiff Debbie Plucker submits the following list of witnesses reasonably expected to testify at trial:

1.   Debbie Plucker

2.   Paul Brenkman

3.   Kathy Justice

4.   David Connor

5.   Kristine Schares

6.   Roberta Sniffen

7.   Sherri White

8.   Dr. Robin Lanpher

9.   Mary Lanpher

10.   Robert Underdown

11.   Witnesses listed by Defendant (if necessary)

12.   Witnesses disclosed in discovery (if necessary)

13.   Witnesses necessary for rebuttal or impeachment

Dated this 14th day of March, 2016.

> /s/Robert D. Trzynka_____
> Michael D. Bornitz
> Robert D. Trzynka
> Cutler Law Firm, LLP
> 100 N. Phillips Ave., 9th Floor
> PO Box 1400
> Sioux Falls, SD  57101-1400
> (605) 335-4950
> *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on the 14th day of March, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the appropriate parties:

- **Lon Kouri**
  LKouri@mayjohnson.com

- **Eric DeNure**
  edenure@mayjohnson.com

> /s/Robert D. Trzynka_____
> Michael D. Bornitz
> Robert D. Trzynka
> Cutler Law Firm, LLP
> 100 N. Phillips Avenue, 9th Floor
> PO Box 1400
> Sioux Falls, SD  57101-1400
> Telephone:  (605) 335-4950
> *Attorneys for Plaintiff*