UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| DEBBIE PLUCKER,<br><br>        Plaintiff,<br><br>vs.<br><br>UNITED FIRE & CASUALTY COMPANY,<br><br>        Defendant. | Civ. 12-4075<br><br><br>**DEFENDANT'S WITNESS LIST** |

Defendant United Fire lists the following witnesses which may be used in defense of Plaintiff's claims at trial:

1. Sherri White (former United Fire claims representative) – will testify about her handling of Plaintiff's medical payments claim, efforts to gather Plaintiff's accident related medical records and written and verbal communications with Plaintiff.

2. Roberta Sniffen, (United Fire claims supervisor) – will testify about her handling of Plaintiff's medical payments claim, efforts to gather Plaintiff's accident related medical records and written and verbal communications with Plaintiff.

3. Robert E. Underdown (United Fire's bad faith expert) – will testify that United Fire properly handled Plaintiff's medical payments claim.

In addition to the above witnesses, Defendant reserves the right to call at trial all such witnesses as may be necessary to rebut Plaintiff's case and further reserves the right to call any witnesses identified by Plaintiff or as may be necessary to lay foundation to the introduction of evidence or documents.

Dated this 14th day of March, 2016.

                        MAY & JOHNSON, P.C.

                        BY    /s/ Eric D. DeNure
                              Lon J. Kouri
                              Eric D. DeNure
                        P.O. Box 88738
                        Sioux Falls, SD  57109-8738
                        (605) 336-2565; (605) 336-2604 (Fax)
                        edenure@mayjohnson.com
                        Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the foregoing **Defendant's Witness List** was served through the Court's ECF system upon Michael D. Bornitz and Robert D. Trzynka, Cutler & Donahoe, LLP, 100 N. Phillips Avenue, P.O. Box 1400, Sioux Falls, SD  57101-1400, attorneys for Ms. Plucker, this 14th day of March, 2016.

                                              /s/ Eric D. DeNure
                                        Eric D. DeNure