# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA
# SOUTHERN DIVISION

Karen E. Schreier United States District Judge Presiding

| | |
|---|---|
| Courtroom Deputy - SLW | Court Reporter – Connie Heckenliable |
| Courtroom - SF #2 | March 21, 2016 |

CIV12-4075

| | |
|---|---|
| Debbie Plucker | Michael Bornitz, Robert Trzynka |
| Plaintiff, | |
| vs. | |
| United Fire & Casualty Company | Eric DeNure |
| Defendant. | |

TIME HEARING SCHEDULED TO BEGIN: 1:30 p.m.

TIME:

1:25 p.m.    Enter pretrial conference before the Hon. Karen E. Schreier, United States District Judge, Sioux Falls, SD. Counsel state their appearances for the record.

All jurors will be seated, striking down to 11 or 12.

Each side will have one hour for voir dire

Each side will have 30 minutes for opening statements

Plaintiff to use 1-100, Defendants to use 101-200.  Parties to provide a copy to the other side and to the Court by noon on Friday.

Motion to review jury questionnaires (docs 90 and 92) are granted.

The Court rules on motions in limine.

The Court questions counsel re: the proposed jury instructions.

2;45 p.m.    Court in recess.