# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA
# SOUTHERN DIVISION

Karen E. Schreier United States District Judge Presiding

| | |
|---|---|
| Courtroom Deputy - SLW | Court Reporter – Jill Connelly |
| Courtroom - SF #2 | Date – March 28, 2016 |

CIV12-4075

| | |
|---|---|
| Debbie Plucker | Robert Trzynka, Michael Bornitz |
| Plaintiff, | |
| vs. | |
| United Fire & Casualty Company | Eric DeNure |
| Defendant | |

TIME HEARING SCHEDULED TO BEGIN: 12:30 p.m.

TIME:

12:25 p.m.   Enter motion hearing before the Hon. Karen E. Schreier, United States District Judge, Sioux Falls, SD.  Counsel note their appearances for the record.

Motion in Limine (doc 105): Argument by Attorney Trzynka.  Argument by Attorney DeNure.  The Court rules on the pending issue.

Discussion between the Court and counsel regarding other matters.

1:05 p.m.   Court in recess.