AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

Southern Division

Debbie Plucker  
V.  
United Fire & Casualty Co.

**PLAINITFF'S EXHIBIT LIST**

Case Number:  Civ. 12-4075

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Karen E. Schreier, United States District Judge | Robert D. Trzynka, Michael D. Bornitz | Eric D. DeNure |
| **TRIAL DATE (S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| March 28, 2016 | Jill Connelly | SLW |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 |  | 3/29/16 | X | Rec'd | Debbie Plucker's Insurance Policy |
| 2 |  | 3/29/16 | X | Rec'd | Debbie Plucker's Claim File |
| 3 |  | 3/29/16 | X | Rec'd | 2010 Objectives |
| 4 |  | 3/29/16 | X | Rec'd | 2011 Objectives |
| 5 |  | 3/29/16 | X | Rec'd | 2012 Objectives |
| 6 |  | 3/29/16 | X | Rec'd | AIP Documents |
| 7 |  | 3/29/16 | X | Rec'd | Unfair Claims Procedures |
| 8 |  | 3/29/16 | X | Rec'd | Bonus Payout Spreadsheet |
| 9 |  | 3/29/16 | X | Rec'd | Letter from Kathy Justice to United Fire |
| 10 |  | 3/29/16 | X | Rec'd | United Fire Organizational Chart |
| 11 |  | 3/30/16 | X | Rec'd | Bad Faith Presentation |
| 12 |  | 3/29/16 | X | Rec'd | United Fire Annual Statement 2011 |
| 13 |  | 3/29/16 | X | Rec'd | United Fire Annual Statement 2014 |
| 14 |  | 3/29/16 | X | Rec'd | United Fire's 2009 Proxy Statement |
| 15 |  | 3/29/16 | X | Rec'd | United Fire's 2010 Proxy Statement |
| 16 |  | 3/29/16 | X | Rec'd | United Fire's 2011 Proxy Statement |
| 17 |  | 3/29/16 | X | Rec'd | United Fire's 2012 Proxy Statement |
| 18 |  | 3/29/16 | X | Rec'd | United Fire's 2013 Proxy Statement |
| 19 |  | 3/29/16 | X | Rec'd | Excerpts from Claims Manual on Negotiations |
| 20 |  | 3/29/16 | X | Rec'd | Excerpts from Claims Manual with Definitions |
| 21 |  | 3/31/16 | X | Rec'd | NUCC Instruction Manual for 1500 Claim Form |

Page 1 of 3

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| **Debbie Plucker** | | | vs. | United Fire & Casualty Co. | Case No. Civ. 12-4075 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| 22 | | | | | Excerpt from Claim Manual with Denial Procedures |
| 23 | | 3/29/16 | X | REFUSED | United Fire Discovery Responses |
| 24 | | | | | Marketfare v. U.F. Final Judgment |
| 25 | | | | | Marketfare v. U.F. (5th Cir. Appeal) |
| 26 | | | | | D & M Iron Horse v. U.F. Special Interrogatories |
| 27 | | 3/29/16 | X | Rec'd | D & M Iron Horse v. U.F. Trial Order |
| 28 | | 3/31/16 | X | Rec'd | CV Brenkman |
| 29 | | 3/31/16 | X | REFUSED | Brenkman Report |
| 30 | | 3/29/16 | X | Rec'd | Plaintiff's Other Medical Releases |
| 31 | | 3/29/16 | X | Rec'd | 3-26-12 Letter from Dr. Lanpher to Bornitz |
| 32 | | 3/29/16 | X | Rec'd | 8-29-12 Letter from Dr. Lanpher to Bornitz |
| 33 | | 3/29/16 | X | Rec'd | 8-1-12 Letter from Bornitz to Wade |
| 34 | | 3/29/16 | X | Rec'd | 8-1-12 Letter from Bornitz to Kouri |
| 35 | | 3/29/16 | X | Rec'd | 8-29-12 Letter from Bornitz to Kouri |
| 36 | | | | | 10-2-12 Letter from Bornitz to Kouri |
| 37 | | | | | 11-1-12 Letters from Bornitz to Kouri |
| 38 | | | | | 12/12/12 Letters from Kouri to Bornitz |
| 39 | | | | | Witness List |
| 40 | | | | | Lanpher Insurance Questionnaire |
| 41 | | | | | Lanpher Patient Health Information Consent Form |
| 50 | | 3/29/16 | X | Demonstrative | Demonstrative on large format – Same as Exhibit 7 |
| 51 | | 3/29/16 | X | Demonstrative | Demonstrative on large format – Same as Exhibit 3 at UF777 |
| 53 | | 3/29/16 | X | Demonstrative | Demonstrative on large format – Same as Exhibit 6 at UF756 |
| 54 | | 3/29/16 | X | Demonstrative | Demonstrative on large format – Same as Exhibit 8 at UF2719 |
| 55 | | | | | Excerpt as Exhibit 1 at UF4935 |
| 56 | | 3/29/16 | X | Demonstrative | Demonstrative on large format – Same as Exhibit 2 at UF110 |
| 57 | | | | | Demonstrative on large format – Same as Exhibit 9 |
| 58 | | | | | Demonstrative on large format – Same as Exhibit 2 at UF80 |
| 59 | | | | | Demonstrative on large format – Same as Exhibit 1 at UF4929-4030 |
| 60 | | | | | Demonstrative on large format – Same as Exhibit 2 at UF114 |

Page 2 of 3

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| **Debbie Plucker** | | | vs. | United Fire & Casualty Co. | Case No. Civ. 12-4075 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| 61 | | | | | Demonstrative on large format – Same as Exhibit 2 at UF113 |
| 62 | | | | | Demonstrative on large format – Same as Exhibit 5 at UF2712 |
| 63 | | | | | Demonstrative on large format – Same as Exhibit 4 at UF2705 |
| 64 | | | | | Demonstrative on large format – Same as Exhibit 6 at UF759 |
| 65 | | | | | Demonstrative on large format – Same as Exhibit 3 at UF780 |
| 66 | | 3/31/16 | X | Demonstrative | Brinkman Diagram |

Page 3 of 3

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.