AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

Southern Division

Debbie Plucker  
V.  
United Fire & Casualty Co.

**DEFENDANT'S EXHIBIT LIST**

Case Number: Civ. 12-4075

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Karen E. Schreier, United States District Judge | Robert D. Trzynka, Michael D. Bornitz | Eric D. DeNure |
| **TRIAL DATE (S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| March 28, 2016 | Jill Connelly | SLW |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 101 |  |  |  | Insurance policy (UF 4921-4952) |
|  | 102 | 3/29/16 | X | Rec'd | Policy renewal – 9/30/11-3/30/12 (UF 2504-2507) |
|  | 103 | 3/29/16 | X | Rec'd | Policy renewal – 3/30/12-9/30/12 (UF 2520-2523) |
|  | 104 | 3/29/16 | X | Rec'd | Policy renewal – 9/30/12-3/30/13 (UF 2536-2539) |
|  | 105 |  |  |  | Lanpher Chiropractic medical records |
|  | 106 | 3/30/16 | X | Rec'd | Psychology Associates medical records |
|  | 107 |  |  |  | Plaintiff's medical bills |
|  | 108 |  |  |  | UF Claim File (UF 0001-0114) |
|  | 109 |  |  |  | Blank authorization from UF to D. Plucker (UF 0110) |
|  | 110 |  |  |  | Authorization dated 6/1/2011 (UF 0114) |
|  | 111 | 3/29/16 | X | Rec'd | Authorization dated 7/26/12 to Dr. Lanpher (UF 0943-0944) |
|  | 112 | 3/30/16 | X | Rec'd | Authorization dated 5/8/12 to Sandbulte (PA 07) |
|  | 113 | 3/30/16 | X | Rec'd | Authorization dated 1/17/02 to SSA (PTF 1009) |
|  | 114 | 3/30/16 | X | Rec'd | Authorization dated 11/12/05 to SSA (PTF 1011) |
|  | 115 |  |  |  | Letter – Bornitz to Wade 8/1/12 (UF 5003) |
|  | 116 |  |  |  | Letter – Bornitz to Kouri 11/1/12 (UF 5005-5006) |
|  | 117 |  |  |  | Letter – Kouri to Bornitz 12/12/12 (UF 5007) |
|  | 118 | 3/30/16 | X | Rec'd | Check from UF to D. Plucker/attorneys for $3,221 (UF 5008) |
|  | 119 |  |  |  | Robert Underdown's 9/8/14 report (UF 5009-5018) |
|  | 120 |  |  |  | Accident Report (UF 0067-0069) |
|  | 121 |  |  |  | Photos of Plucker vehicle (PTF 0351) |

Page 1 of 2

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | **Debbie Plucker** vs. United Fire & Casualty Co. | Case No. Civ. 12-4075 |
| | 122 | | | | Plaintiff's Supplemental discovery answers (UF 5000-5002) |
| | | | | | |

Page 2 of 2

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.