UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION



**FILED**

MAR 3 1 2016

CLERK

| | |
|---|---|
| DEBBIE PLUCKER,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED FIRE & CASUALTY COMPANY,<br><br>Defendant. | 4:12-CV-04075-KES<br><br><br>**VERDICT FORM** |

Complete this form by placing a "X" or "✓" on the appropriate line and fill in the blanks, if applicable.

We, the jury, unanimously find as follows:

| **BREACH OF CONTRACT** |
|---|
| 1. On the issue of breach of contract against United Fire & Casualty Company, we find in favor of:<br><br>_✓_ Debbie Plucker<br><br><br>_____ United Fire & Casualty Company |
| If you answered United Fire & Casualty Company, please sign and date the verdict form. |
| If you answered Debbie Plucker, please proceed to question 2. |

| BREACH OF CONTRACT - DAMAGES | |
|---|---|
| 2. | If you found in favor of Debbie Plucker on the breach of contract claim, determine the amount of damages to which she is entitled. | $ _3,321.00_ <br> Gross amount of damages <br><br> — $3,221.00 <br><br> (The amount already paid to Debbie Plucker under the Medical Payments Coverage of her United Fire policy.) <br><br> $ _100.00_ <br> Net amount of damages |
| | If you did not award Debbie Plucker any gross damages, please sign and date the verdict form. | |
| | If you awarded Debbie Plucker gross damages, please proceed to question 3. | |



| BAD FAITH | |
|---|---|
| 3. | On the issue of bad faith against United Fire & Casualty Company, we find in favor of: <br><br> _____ Debbie Plucker <br><br> __✓__ United Fire & Casualty Company | |
| | If you answered United Fire & Casualty Company, please sign and date the verdict form. | |
| | If you answered Debbie Plucker, please proceed to question 4. | |

| COMPENSATORY DAMAGES | |
|---|---|
| 4. | If you found in favor of Debbie Plucker on the issue of bad faith, determine the amount of compensatory damages as a result of the bad faith conduct to which she is entitled. | $_____<br>Amount of damages |
| | If you did not award Debbie Plucker any compensatory damages as a result of the bad faith conduct, please sign and date the verdict form. | |
| | If you awarded Debbie Plucker compensatory damages as a result of bad faith conduct, please proceed to question 5. | |

| PUNITIVE DAMAGES | |
|---|---|
| 5. | On the issue of punitive damages against United Fire & Casualty Company, we find in favor of:<br><br>_____ Debbie Plucker<br><br>_____ United Fire & Casualty Company | |
| | If you answered United Fire & Casualty Company, please sign and date the verdict form. | |
| | If you answered Debbie Plucker, please proceed to question 6. | |

| PUNITIVE DAMAGES AWARD | |
|---|---|
| 6. | If you found in favor of Debbie Plucker on the issue of punitive damages, determine the amount of punitive damages against United Fire & Casualty Company. | $_____<br>Amount of damages |

Please sign and date the verdict form.

Dated this __31__ day of March 2016.

_____
Foreperson