UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| DEBBIE PLUCKER,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>UNITED FIRE & CASUALTY COMPANY,<br><br>　　　　　Defendant. | 4:12-CV-4075-KES<br><br><br>JUDGMENT |

This action came before the court for trial by jury. The issues have been tried, and the jury has rendered its verdict. Therefore it is

ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Debbie Plucker, plaintiff, and against United Fire & Casualty Company, defendant, for a sum of $100.00 for claim 1.

IT IS FURTHER ORDERED, ADJUDGED, AND DEGREED that judgment is entered in favor of United Fire & Casualty Company, defendant, and against Debbie Plucker, plaintiff, for claim 2.

Dated March 31, 2016.

　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　/s/ *Karen E. Schreier*　　　　　　　　

　　　　　　　　　　　　　　　　　KAREN E. SCHREIER
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE